IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| IN RE: SANTA FE NATURAL TOBACCO COMPANY MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Lead Case No. 1:16-md-02695 JB/LF |

*This Document Relates To All Actions*

### CERTIFICATE OF SERVICE OF PLAINTIFFS' INITIAL DISCLOSURES

Plaintiffs, through Co-Lead Counsel, Melissa W. Wolchansky, Scott P. Schlesinger and John Yanchunis, hereby certify that **Plaintiffs' Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a)(1)** and a copy of this Certificate were served on May 31, 2016 via electronic mail upon all counsel of record.

Dated: May 31, 2016

Respectfully Submitted:

*/s/ Melissa W. Wolchansky*
Melissa W. Wolchansky
**HALUNEN LAW**
1650 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: 612-605-4098
Facsimile: 612-605-4099
wolchansky@halunenlaw.com

Scott P. Schlesinger
**SCHLESINGER LAW OFFICES, P.A.**
1212 SE 3rd Avenue
Fort Lauderdale, FL 33316
Telephone: 954-467-8800
Facsimile: 954-320-9509
scott@schlesingerlaw.com

John A. Yanchunis
**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: 813-223-5505
Facsimile: 813-223-5402
*jyanchunis@forthepeople.com*

*Co-Lead Counsel for Plaintiffs*