IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| IN RE: SANTA FE NATURAL TOBACCO COMPANY MARKETING & SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Lead Case No. MD 16-2695 JB/LF |

*This Document Relates To All Actions*

### CERTIFICATE OF SERVICE OF DEFENDANTS' FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1) DISCLOSURES

Defendants Santa Fe Natural Tobacco Company, Inc. ("Santa Fe") and Reynolds American Inc. ("RAI")[1] hereby certify that Defendants' Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a)(1) and a copy of this Certificate were served on May 31, 2016 via electronic mail upon all Plaintiffs' Co-Lead Counsel of record.

Dated: May 31, 2016                                    Respectfully Submitted,

/s/ David M. Monde
**David M. Monde**                                     **Andrew G. Schultz**
dmmonde@jonesday.com                                   aschultz@rodey.com
**Michael F. Stoer**                                   RODEY, DICKASON, SLOAN,
mstoer@jonesday.com                                    AKIN & ROBB, P. A.
JONES DAY                                              201 3rd Street NW, Suite 2200
1420 Peachtree Street, N.E.                            Albuquerque, NM 87102
Suite 800                                              Telephone: 505-768-7205
Atlanta, GA 30309                                      Facsimile: 505-768-7395
Telephone: 404-521-3939
Facsimile: 404-581-8330

---

[1] Defendants assert that RAI is a holding company that neither manufactures nor sells any product, and which has no general or specific jurisdictional presence in New Mexico or in any district of a transferor court and thus this Court lacks personal jurisdiction over it. By joining Santa Fe in this mandatory pleading, RAI does not waive its right to challenge personal jurisdiction at the appropriate time.

**Peter J. Biersteker**
pbiersteker@jonesday.com
**Noel J. Francisco**
njfrancisco@jonesday.com
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001
Telephone: 202-879-3939
Facsimile: 202-626-1700

**Sharyl A. Reisman**
sareisman@jonesday.com
JONES DAY
250 Vesey Street, Floor 34
New York, NY 10281-1047
Telephone: 212-326-3939
Facsimile: 212-755-7306

*Counsel for Defendants Santa Fe Natural Tobacco Company, Inc. and Reynolds American Inc.*