```
                                                    1

 1            UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW MEXICO
 2   _____
     ANTHONY DUNN, et al.,      )     No. 1:16-MD-02695-JB-LF
 3                              )
          Plaintiffs,           )
 4                              )     Vermejo Courtroom
                 v.             )     Albuquerque, New Mexico
 5                              )     May 24, 2016
     SANTA FE NATURAL TOBACCO   )     10:00 a.m.
 6   COMPANY, INC., et al.,     )
                                )
 7        Defendants.           )
     _____)
 8

            TRANSCRIPT OF SCHEDULING CONFERENCE
 9
          Before the Honorable James O. Browning
10            United States District Judge

11   APPEARANCES:

12   For the Plaintiffs:   Melissa W. Wolchansky, Esq.
                           Amy E. Boyle, Esq. (Tele)
13                         Charles J. LaDuca, Esq. (Tele)
                           Brendan S. Thompson, Esq. (Tele)
14                         Michael R. Reese, Esq. (Tele)
                           Nicholas Koluncich, III, Esq.
15                         John C. Bienvenu, Esq.
                           Ronald A. Marron, Esq.
16                         Michael T. Houchin, Esq. (Tele)
                           Daniel L. Warshaw, Esq. (Tele)
17                         Alexander R. Safyan, Esq. (Tele)
                           Erika E. Anderson, Esq.
18                         Nancy R. Long, Esq.
                           Caleb L. H. Marker, Esq.
19                         Hart L. Robinovitch, Esq. (Tele)
                           D. Greg Blankinship, Esq.
20                         Scott P. Schlesinger, Esq.
                           Gretchen Elsner, Esq.
21                         Randi McGinn, Esq.
                           Marisa K. Glassman, Esq. (Tele)
22                         John A. Yanchunis, Sr., Esq.
                           Matthew D. Schultz, Esq.
23                         Kelly Hyman, Esq.

24   For the Defendants:   Andrew G. Schultz, Esq.
                           David M. Monde, Esq.
25                         Sharyl A. Reisman, Esq.
                           Peter J. Biersteker, Esq.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2

Court Reporter:          Thomas L. Garrett, FCRR, CCR
                         Bean & Associates, Inc.
                         201 Third St., NW, Ste. 1630
                         Albuquerque, NM  87102
                         (505)843-9494

Proceedings recorded by mechanical stenography,
transcript produced by computer-aided transcription.


                         CONTENTS

Statement by Ms. McGinn                              10

Statement by Mr. Schlesinger                         13

Statement by Mr. Yanchunis                           26

Statement by Mr. Monde                               31

Response by Mr. Yanchunis                            42

Response by Mr. Schlesinger                          43

Discussion (Scheduling)                              45

Reporter's Certificate                              104

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1       (In session at 10:03 a.m.)
 2             THE COURT:  Please be seated.
 3             Good morning, everyone.
 4             COUNSEL:  Good morning, Your Honor.
 5             THE COURT:  I appreciate everyone making
 6    themselves available to me today.
 7             All right.  The Court will call In Re
 8    Santa Fe Natural Tobacco Company Marketing and Sales
 9    Practices and Products Liability Litigation.
10             If counsel will enter their appearances.
11    Let's start with -- I'll have counsel enter their
12    appearances by case here, so let's start with Dunn,
13    15-1142.
14             MS. MELISSA WOLCHANSKY:  Good morning.
15    Melissa Wolchansky, Halunen Law, Minneapolis,
16    Minnesota.
17             THE COURT:  All right.  And Ms. Wolchansky,
18    good morning to you.  And you've got Ms. Boyle on the
19    telephone?
20             MS. WOLCHANSKY:  That's correct.
21             THE COURT:  All right.  Good morning to
22    you, Ms. Boyle.
23             All right.  Who else?
24             MS. AMY BOYLE:  Good morning, Judge.
25             THE COURT:  Who else on the phone for the
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4

1   Dunn case?  Mr. LaDuca?

2          MR. CHARLES LaDUCA:  Good morning, Your

3   Honor.  May it please the Court.  This is Charles

4   LaDuca and my colleague Brendan Thompson both on the

5   phone this morning for the Cuneo, Gilbert & LaDuca

6   firm.

7          THE COURT:  All right.  Mr. LaDuca,

8   Mr. Thompson, good morning to you.

9          And Mr. Reese, are you there?

10         MR. MICHAEL REESE:  I am, Your Honor.  Good

11   morning, Your Honor.

12         THE COURT:  Mr. Reese, good morning to you.

13         Mr. Koluncich.

14         MR. NICHOLAS KOLUNCICH:  Good morning, Your

15   Honor.

16         THE COURT:  Good morning to you.

17         MR. KOLUNCICH:  Nicholas Koluncich on

18   behalf of Plaintiff Dunn.

19         THE COURT:  All right.  Mr. Koluncich, good

20   morning to you.

21         All right.  Let's talk the Haksal, et al.,

22   05-1163.  Let's do local counsel first on that.

23         MR. JOHN BIENVENU:  John Bienvenu.  Good

24   morning, Your Honor.  John Bienvenu of the Bienvenu,

25   Rothstein, Donatelli law firm on behalf of the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5

1  plaintiffs.

2          MR. RONALD MARRON:  And Ronald Marron on

3  behalf of the plaintiffs.  I also have Mike -- Mike

4  Houchin on the telephone, Your Honor.

5          THE COURT:  All right.  Mr. Bienvenu, --

6          MR. MICHAEL HOUCHIN:  Good morning, Your

7  Honor.

8          THE COURT:  -- Mr. Marron, good morning to

9  you.  Mr. Houchin, good morning to you.

10         White case, 16-0209, Mr. Warshaw.

11         MR. DANIEL WARSHAW:  Good morning.  Daniel

12  Warshaw and Alexander Safyan, Pearson, Simon &

13  Warshaw, in Los Angeles, Your Honor.

14         THE COURT:  All right.  Good morning to

15  you, Mr. Warshaw.

16         And Ms. Anderson.

17         MS. ERIKA ANDERSON:  Your Honor, Erika

18  Anderson with the Law Offices of Erika E. Anderson.

19         THE COURT:  All right.  Ms. Anderson, good

20  morning to you.

21         The LeCompte case, 16-221.  Is Ms. Long

22  here?

23         MS. NANCY LONG:  Yes, Your Honor.  Nancy

24  Long on behalf of the plaintiff.

25         THE COURT:  All right.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6

1              MR. CALEB MARKER:  Caleb Marker, Zimmerman

2    Reed, on behalf of the plaintiff.  Also, on the

3    telephone is my partner, Hart Robinovitch.

4              THE COURT:  All right.  Good morning.

5              MR. HART ROBINOVITCH:  And Hart Robinovitch

6    on the telephone from Zimmerman Reed in Scottsdale,

7    Arizona.

8              THE COURT:  All right.  Good morning to

9    you.

10             And the Rothman case, 16-0294.  It's again

11   you, Ms. Long.  And Mr. Marker, are you there?

12             MR. MARKER:  Yes, Your Honor.

13             MR. GREG BLANKINSHIP:  Your Honor, I think

14   there's a little confusion about --

15             THE COURT:  Okay.

16             MR. BLANKINSHIP:  -- who represents the

17   plaintiff in the Rothman -- my name is Greg

18   Blankinship from Finkelstein, Blankinship,

19   Frei-Pearson & Garber.

20             THE COURT:  Okay.

21             MR. BLANKINSHIP:  I'm here for the

22   plaintiff.

23             THE COURT:  All right.  All right.  Anybody

24   else in the Rothman case?

25             All right.  Sproule, et al., 16-296.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

                                                                7

1              MR. SCOTT SCHLESINGER:  Scott Schlesinger,

2    Your Honor.  Good morning.

3              THE COURT:  Mr. Schlesinger, good morning

4    to you.

5              And for -- nobody from the Brattain case,

6    16-300.

7              Grandison, et al., 16-319.

8              MR. BLANKINSHIP:  Your Honor, I'm also

9    representing the Grandison plaintiffs.  Greg

10   Blankinship from Finkelstein, Blankinship.

11             THE COURT:  Mr. Blankinship, good morning

12   to you.

13             And the Cuebas case.

14             MS. GRETCHEN ELSNER:  And Your Honor, on

15   Grandison, I'm Gretchen Elsner, Elsner Law & Policy.

16             THE COURT:  Ms. Elsner, good morning to

17   you.

18             Cuebas case, 16-320.  Again, that's yours,

19   Mr. Schlesinger.

20             MR. SCHLESINGER:  Yes, sir.

21             THE COURT:  And then the Okstad, et al.,

22   16-323.

23             MR. SCHLESINGER:  Also mine.

24             THE COURT:  All right.  Mr. Schlesinger and

25   Ms. McGinn, good morning to you.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MS. RANDI McGINN:  Good morning, Judge.
 2              THE COURT:  And the Waldo case, 16-234.
 3   Ms. Glassman, are you there?
 4              MS. MARISA GLASSMAN:  Yes.  Hi, Your Honor.
 5              THE COURT:  Good morning to you.
 6              And Mr. Yanchunis?
 7              MR. JOHN YANCHUNIS:  Yes, Your Honor, John
 8   Yanchunis.  Good morning.
 9              THE COURT:  Good morning to you,
10   Mr. Yanchunis.
11              And then the Ruggiero case, 16-329.  That's
12   yours as well, Mr. Yanchunis?
13              MR. YANCHUNIS:  Yes, Your Honor.
14              THE COURT:  Okay.  And then Gudmundson,
15   16-383, we don't have anybody for that.
16              And our newest case, we don't have a number
17   assigned to it yet from Florida Southern.  Matt
18   Schultz, are you --
19              MR. MATTHEW SCHULTZ:  Yes, Your Honor.
20   Matt Schultz, Levin, Papantonio, from Pensacola,
21   Florida, and we also have counsel from the Searcy
22   firm on that case.
23              THE COURT:  All right.
24              MS. KELLY HYMAN:  Kelly Hyman.  Good
25   morning, Your Honor.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  All right.  Mr. Schultz,
 2    Ms. Hyman, good morning to you.
 3              And then for the defendants, local counsel?
 4    Anybody local?  Oh.
 5              MR. ANDREW SCHULTZ:  Your Honor, Andrew
 6    Schultz from the Rodey firm --
 7              THE COURT:  All right.
 8              MR. A. SCHULTZ:  -- for the defendant.
 9              THE COURT:  Mr. Schultz, good morning to
10    you.
11              From Jones Day?
12              MR. DAVID MONDE:  Judge, David Monde from
13    Jones Day.  Good morning.
14              THE COURT:  Mr. Monde, good morning to you.
15              MS. SHARYL REISMAN:  Good morning, Your
16    Honor.  Sharyl Reisman, Jones Day.
17              THE COURT:  All right.  Ms. Reisman, good
18    morning to you.
19              MR. PETER BIERSTEKER:  And Peter.  The last
20    name is Biersteker.
21              THE COURT:  Mr. Biersteker.
22              MR. BIERSTEKER:  Also with Jones Day.
23              THE COURT:  Good morning to you.
24              MR. BIERSTEKER:  Thank you.
25              THE COURT:  All right.  Well, I've joi --
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

10

1  I've read your Joint Preliminary Report, the

2  Disclosure Statement by Reynolds, and then also the

3  Joint Application for Appointment of Plaintiffs'

4  Leadership Structure, and then, of course, the Joint

5  Status Report and Provisional Discovery Plan.  Where

6  you agree, I don't have any problems.  You do have

7  some disagreements.  I do have some thoughts but

8  would like to hear your comments first.

9        Is there anything else you'd like to tell

10  the case -- the Court about the case that might

11  impact scheduling or how we're going to handle

12  matters?

13        I'll start with you, Ms. McGinn.

14        MS. McGINN:  Yes, Judge.  Judge, I'm the

15  proposed liaison counsel for the plaintiffs.  As you

16  can tell, the good news in this excellent MDL

17  adventure is that we've agreed and don't have to

18  fight over who are going to be in leadership

19  positions.  I think I just wanted to just give the

20  Court a brief overview of our thinking behind the

21  leadership structure.

22        This case is an interesting mash-up between

23  tobacco law and consumer misrepresentation law

24  around, can something that can kill you ever be

25  advertised as a healthier option?  That's kind of

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  what we're going to be looking at in this particular

2  case, and so we've put together a team that has

3  strengths from both of those areas of law, both

4  people who've done lots of tobacco litigation, and

5  then also people on the consumer misrepresentation

6  side, particularly for misrepresentations of things

7  such as natural or organic.

8          And so that's how we've selected the

9  leadership team, is to put people with those

10  strengths on all the committees and on all the

11  groups.  And that's why we have proposed co-lead

12  counsels, who I just want to introduce you to, and

13  then I'll let you decide if you want to hear from

14  them.

15          Scott Schlesinger is probably one of the

16  premier tobacco litigators in the country.  He and

17  his father have taken on the tobacco industry for

18  years, and he has hundreds of plaintiffs in the Engle

19  versus Liggett case there in Florida.  He will be

20  trial counsel, and I hope I get to try the case with

21  him here in New Mexico.  He is able to give the Court

22  maybe a five-minute overview of tobacco litigation

23  and what he thinks the issues will end up being in

24  this case.

25          John Yanchunis, he's with the Morgan &

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

12

1  Morgan Complex Litigation Group.  As you can tell,

2  all of these people are eminently qualified.  He's

3  been co-lead counsel on a number of cases around the

4  country.  He will be willing to talk to you about the

5  process and how the leadership structure will work,

6  if you want more details about that.

7          And then Melissa Wolchansky, of the Halunen

8  Law Firm, they do all complex consumer litigation.

9  That's the consumer side, particularly involving

10 cases where their products are being represented as

11 natural products, as is happening in this particular

12 case.  And she can -- she's the one that's been

13 designated to talk to you about scheduling, and if

14 you have any questions about the law, she can talk to

15 you about that, too.

16          So who would you like to start with, Judge?

17          THE COURT:  Are we taking up, then, the

18 joint application for appointment of counsel first?

19 Is that what you'd like to do?

20          MS. McGINN:  That would be great, Judge,

21 yes.

22          THE COURT:  All right.  Well, whatever

23 you'd like, however you'd like to present it, then.

24          MS. McGINN:  Okay.  Why don't I have

25 Mr. Schlesinger give a brief overview of, sort of,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

13

1   what the issues are in the case, and then

2   Mr. Yanchunis can come tell you about our

3   application.

4             THE COURT:  All right.  Mr. Schlesinger.

5             MR. SCHLESINGER:  May it please the Court.

6             THE COURT:  Mr. Schlesinger.

7             MS. McGINN:  We've picked lead counsel

8   based on the most difficult names for the Court to

9   pronounce.  I just want to let Your Honor know that.

10            THE COURT:  Thank you.

11            MR. SCHLESINGER:  Good morning, Judge.

12            THE COURT:  Mr. Schlesinger.

13            MR. SCHLESINGER:  The -- the -- this -- the

14  litigation, I think a little history of tobacco can

15  give the Court an overview, because sometimes tobacco

16  gets lumped in with food.  But tobacco is not food,

17  and it's recently been put under the penumbra of FDA

18  regulation.

19            But there's a vexatious history of various

20  entities, organizations, and plaintiffs trying to

21  regulate, control, or impact this particular brand of

22  cigarettes, the Natural American Spirit 100 percent

23  additive-free, organic tobacco cigarette.  The first

24  bit of business that I would offer to Your Honor is

25  that, based on litigation that's preceded us, we've

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1 discovered through litigation repositories of

2 extensive materials what was once the internal secret

3 documents of the tobacco industry.

4        In no uncertain terms, they characterize

5 their product as a nicotine delivery device.  They

6 say specifically in their once internal documents

7 that cigarettes are not the product.  The cigarette

8 is the package, and the -- the package, the highly

9 engineered unit that is a cigarette is only for one

10 purpose, and that is to deliver a unit dose of

11 nicotine, which is an addictive drug, and that's why

12 people smoke.

13        When the first knowledge of tobacco harm

14 started to become prominent in the '50s, Tobacco

15 embarked upon a campaign to create doubt about the

16 health effects of tobacco and also to reassure the

17 public with alternative designs that would imply,

18 without specifically promising, health benefits.

19 That was known as the Health Reassurance Campaign.

20 It started with filters.

21        There never used to be filters on

22 cigarettes.  Filters were and always were an

23 effective marketing gimmick, but they were internally

24 described by the tobacco industry as the

25 psychological crutch that would keep folks smoking,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  for folks that have concerns about health when the

2  news came out before the Surgeon General's report

3  that cigarettes caused cancer.

4         So what we've got today now is the 20 --

5  what we propose to prove in this case is we have the

6  classic example of the 21st century health

7  reassurance in the modern form of referring to things

8  as "organic" and "all natural."  State attorneys

9  general have come after Tobacco on this and made

10  arrangements to add some additional voluntary

11  labeling on these packages of cigarettes called

12  "organic."

13         The FTC, in 2000, came after American

14  Spirit, and there was some additional labeling, which

15  we suggest is a little confusing, because the

16  prominent word is "safer."  And more --

17         THE COURT:  Are any other manufacturers,

18  other than Santa Fe Natural, doing this?

19         MR. SCHLESINGER:  As a matter of fact,

20  Winston cigarettes, for some period of time, had a

21  "no bull" campaign, meaning no bull, no additives,

22  and they used those terms as well.  Imperial Tobacco

23  of Britain has bought the Winston brand in the merger

24  that Reynolds undertook to buy Lorillard and acquire

25  the Newport brand.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

16

1          They disposed of some of their lesser

2   brands like Winston, which is sort of a downsloping

3   brand.  They disposed of it to Imperial Tobacco, a

4   British company that now has some market share, the

5   idea being to get by FTC concerns about consolidation

6   and antitrust.

7          That's a little bit of a side story, but it

8   brings up an important point that Your Honor may want

9   to consider.  And some of the facts we'll put in

10  evidence in this case is that historically -- and

11  since the FDA act has come in over the last many

12  years, tobacco consumption per capita in the United

13  States has dropped very considerably and is often,

14  the last several years, 17 percent.  However, there's

15  still 45 to 50 million smokers in the United States.

16          But -- and this is quite an anomaly and can

17  only be explained in one way, and that is because of

18  the -- and there's extensive peer review research out

19  on this, that folks smoke these cigarettes because

20  they think they're healthier and safer and perhaps

21  will help them quit and are particularly attractive

22  to young people.

23          But the -- the fact is that American Spirit

24  is the only brand of cigarettes in the United States

25  that is a -- essentially, a meteoric growth brand.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

17

1   American Spirit cigarettes are now up 25 percent year

2   over 2-14 to 2-15.  They're now selling almost

3   4.8 billion units, and that's a stick of a cigarette,

4   so 20 sticks in a pack.  They're selling 4.8 billion

5   of these cigarettes, and they're making an

6   incremental premium profit of a nickel a stick.

7            That's about $250 million a year, and

8   that's in an environment where all of the

9   restrictions on smoking and secondhand smoke and no

10  smoking in public places has driven the overall

11  smoking rate down in the United States to under 20

12  percent.  Despite that, there's still 45 to

13  50 million smokers, but the only growth brand in the

14  United States at its meteoric growth, it's now up to

15  about three percent of the tobacco market, which is

16  quite successful for them, is this Natural American

17  Spirit brand.

18           We've already -- we have -- while we don't

19  have experts for -- you know, ready for trial, we

20  have extensive experts who can speak about the peer

21  review literature that shows that folks are smoking

22  these brands because they think they're healthier and

23  safer.  And it harkens back to the '50s, which was

24  the filters, what we call the "filter fraud," which

25  many courts have found to be a filter fraud, the



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  Health Reassurance Campaign.

2          Subsequently in the '70s and '80, they

3  moved to light cigarettes, and the word of the -- the

4  word of that generation was "lights."  And lights

5  were a reassurance brand, and they were for the

6  health-conscious consumer.  And now, we have the

7  youngsters, the hipsters, the Brooklyn hipsters, the

8  San Francisco folks that are driving this great rise

9  in cigarettes.

10          And it's -- you know, you can do anecdotal

11  surveys.  You can do surveys of our clients that have

12  called us.  But you can go to the peer review

13  literature in the Journals of Tobacco Control,

14  Society for Research on Nicotine and Tobacco, and

15  constantly, there's studies and research coming out

16  that definitively indicate that the brand is

17  successful because of the words "natural,"

18  "additive-free," and "organic."

19          And I've put on the screen here, just to

20  cut to the chase and not bury the lead, that the

21  basic contradiction in terms to call -- this is a

22  pack of American Spirit cigarettes.  They call it

23  100 percent additive-free natural tobacco on the

24  front.  On the back, if you'll look at the bottom

25  there, it's menthol, menthol, mellow menthol taste,



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  menthol mellow taste.

2          Menthol is an additive, and one of the

3  fellows that can talk extensively about this and we

4  hope to depose is a guy named James Swauger, who is

5  the vice president of their regulatory affairs.  And

6  I've deposed some of his underlings over the years.

7          We talk about menthol.  Menthol is

8  determined by the FDA to be an additive in tobacco.

9  It makes it more addictive.  It makes it hard to

10  quit.  And most importantly and in concert with this,

11  it gets young people smoking, because nicotine

12  addiction is considered by all medical societies to

13  be a disease of adolescence.  It is the pediatric and

14  adolescent brain that is exquisitely sensitive to

15  exposure to nicotine and starts the process of

16  addiction.

17          There is no smoking -- less than five

18  percent of all smoking begins after the age of 21.

19  The target market are 12 to 16 year olds.  And this

20  health reassurance brand is very popular among young

21  people, and it is a continuation, what we say, of

22  what's been found to be the health reassurance fraud

23  going back to the -- to the '50s.

24          Interestingly, and something that isn't in

25  any of your papers but I think will be relevant to

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

20

1  these proceedings, is that Judge Kessler, a federal

2  judge in -- in D.C., presided over the large case

3  that went through two presidential administrations,

4  both the Clinton and the Bush administration, whereby

5  a RICO charge was levied by the Department of Justice

6  against the combined manufacturers, including

7  Reynolds, who now owns, as a wholly owned subsidiary,

8  American Spirit.

9          And during that litigation, eventually, in

10  2006, Judge Kessler issued her order, which had some

11  prohibitive findings.  It was not monetary, but there

12  was injunctive release, but -- relief.  Excuse me.

13  But she specifically said that all defendants -- and

14  when she talked about defendants, she talked about

15  Reynolds and their assigns and their successors, of

16  which American Spirit is one.  She specifically said

17  that forbidden health descriptors include the words

18  "low tar," "light," "ultra light," "mild," and

19  "natural."

20          And there was a time when the light

21  cigarettes were considered to be implied health

22  reassurance.  They've been banned.  Cigarettes can no

23  longer contain that language.  However, to some

24  extent, time is always of the essence with these

25  types of litigation, because to this day, the three

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   different color packs of cigarettes -- the Marlboro

2   lights, the Marlboro ultra lights and the Marlboro

3   regulars -- come in red, gold, and silver.

4          And the color-coding has been proven to

5   still let folks know that these cigarettes are the

6   brands that are known as lights or ultra lights, and

7   they're still asked for by name.  And if you go to

8   any convenience store anywhere in America and ask for

9   a pack of Marlboro lights, they're going to hand you

10  the pack.  If you ask for a pack of Marlboro silvers,

11  they're going to hand you the silver pack.

12         And extensive study has gone on to show

13  that, even when the words "lights" were taken off,

14  the marketing, the branding, the long history of the

15  way in which Tobacco is positioned endured even after

16  some of the descriptors were removed.  And perhaps if

17  this case takes too long to resolve, the same could

18  be true of Natural American Spirit.  Folks would

19  still know it was natural or additive-free or

20  organic, even though it's got menthol and things like

21  that, even after some of these descriptors were

22  removed.

23         The FDA is trying to remove those

24  descriptors.  They've warned them.  They're in

25  negotiations right now as to what to do, because the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  FDA proceedings -- and this really does give some

2  support to our positions.  The FDA perceives that the

3  Natural American Spirit cigarette is the equivalent

4  of a modified-risk tobacco product, meaning that the

5  claims imply it's healthier and safer.

6          And therefore, it has not gone through the

7  rigorous scientific process at the FDA required for

8  the FDA to give them permission to characterize a

9  product as modified or lowered risk.  It has to show,

10  through true scientific benefit, that it is.

11          Now, here's an ironic and very unfortunate

12  truth about these cigarettes.  Not only are they not

13  safer, not only are they not healthier, not only are

14  they not a lower risk, but in fact, they are the most

15  carcinogenic cigarettes in the country.  Recent peer

16  reviewed studies have demonstrated that the number

17  one most cancerous cigarette in the country is the

18  Natural American Spirit.  I think it's the blue 100's

19  pack or the blue pack.  It was the top of the list in

20  terms of nitrosamines and other cancer-causing

21  chemicals.

22          So our position is that they've -- they've

23  got excess profits to disgorge because they've been

24  able to charge a premium.  They've got additional

25  profits to disgorge because this is also known as a

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1 quitting interrupter.

2          The folks are always also studied.  The

3 smokers study.  They're like they're going to smoke

4 these because it will help them quit.  There's a

5 perception that the additives enhance addiction, and

6 they do.  In the regular cigarettes that are made

7 with ammonium diphosphate, that drug, that additive

8 freebases or crack -- crack -- it's crack nicotine,

9 and it speeds delivery of nicotine with lesser

10 amounts of tobacco to the brain.

11          So folks have come to think that additives

12 make things worse.  Part of the people that switch to

13 these brands or smoke these brands believe that they

14 do so to quit, and the concept, the internal secret

15 concept developed by Tobacco of interrupting quitters

16 is another reason why they've earned excess profits.

17          I think that gives you a little bit of an

18 overview.  It's hard to bombard you with 50 or 60 or

19 a hundred years of tobacco engineering and marking

20 and what's gone on, but we propose that, classically,

21 the American Spirit brand is the living, breathing,

22 21st incarnation of the health reassurance fraud that

23 has been, you know, reduced to judgments in many of

24 the state court cases.

25          In the Judge Kessler case, she specifically

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                                  Albuquerque, NM 87102
(505) 989-4949                                                                    (505) 843-9494
FAX (505) 843-9492                                                    FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

24

1  prohibited "natural," but they've not been able to do

2  it.  They made a deal with the FTC to put a warning,

3  an additional warning, on the pack, which we suggest

4  adds virtually nothing to the understanding of the

5  pack.  No additives in our tobacco does not mean a

6  safer cigarette.  It contains a double negative, and

7  the prominent word there is "safer."

8          Nowadays, if anybody travels abroad or goes

9  to a duty-free shop, whether it's in Atlanta or south

10  Florida or abroad, if you're going to the Bahamas or

11  England or anything, they have different warning

12  systems, and the FDA's supposed to have authority as

13  well.  And you will see huge warnings that

14  unceremoniously say two words:  "Smoking kills."

15          These cigarettes don't do that, and they

16  are -- they are very beholden to this language.  This

17  language is extremely profitable for them, and they

18  will -- they will fight very vigorously and -- you

19  know, to set -- to explain why it isn't safe.  It

20  isn't a more danger -- you know, it's not anything to

21  suggest that it's -- they're implying safety.  And

22  that'll be their position in the case.

23          But I think, for an overview, that's just a

24  little bit about the story of how we got here.  We're

25  litigating this issue and taking testimony on this

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

25

1  issue quite frequently now in front of the many state

2  court judges and federal court judges in Florida that

3  are listening to the Engle progeny case, which is a

4  decertified class action.

5          But when it comes to the punitive damage

6  phase of those trials and the concepts of

7  reprehensibility and whether Tobacco has mitigated or

8  changed their ways, American Spirit and its ongoing

9  health reassurance figures prominently in those -- in

10  that exposition in the evidence.

11          I've tried cases with Mr. Biersteker here.

12  He's -- we've been on either side of this issue.

13  We've litigated this issue.  It's interesting that it

14  actually was years ago.  I was actually in New Mexico

15  and had a lengthy trial with the Rodey firm many

16  years ago.

17          So I have a little familiarity with the

18  folks involved, and I look forward to being a

19  participant in this case.  If there's any questions

20  Your Honor wishes to pose to me, I'm happy to hear

21  them, but I thank you for letting me lay it out for

22  you a little bit.

23          THE COURT:  All right.  Thank you,

24  Mr. Schlesinger.

25          MR. SCHLESINGER:  Thank you, sir.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      THE COURT:  Mr. Yanchunis, are you going to

2  elaborate?

3      MR. YANCHUNIS:  Thank you, Your Honor.

4      THE COURT:  Mr. Yanchunis.

5      MR. YANCHUNIS:  As sometimes happens in

6  litigation, there are a number, obviously, as you

7  know, cases filed around the country and in New

8  Mexico against the defendants in this case.  And the

9  Court asked us to come up with a leadership

10  structure.  I've had the benefit, perhaps because of

11  the years of practice, of ascending to the leadership

12  in a number of much larger multidistrict litigation

13  cases than this, and one of the things that we did

14  was we first met by phone and then met in person in

15  Albuquerque to come up with a consensus of leadership

16  structure rather than have what can be and what

17  occasionally is a challenge for the Court, and that

18  is to pick between competing slates.

19      What we've done is come up with a consensus

20  slate that I believe utilizes the resources, talents,

21  and experience of lawyers in the tobacco arena as

22  well as in the consumer class action arena.  My firm

23  happens to have both because we're based in Florida.

24  We have Engle cases, but I run the firm's class

25  action practice.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          We also ensured that we had diversity, and

2   you know, we have a co-lead -- a three-co-lead

3   structure that is not only aggressive, and we do have

4   diversity with Ms. Wolchansky as a co-lead.

5          One of the things that a court -- I'm sure

6   you're very concerned about is duplication of effort.

7   We've proposed a billing protocol which we've

8   distributed to every lawyer in the case.  We'll

9   demand that time be kept by increments of tenths

10  of -- or six minutes, that those will be submitted to

11  the co-leads on a monthly basis.  If the Court would

12  want those to be submitted in chambers, that can be

13  accomplished.

14         I presently co-lead in a case before Judge

15  Thrash, the chief judge in the Northern District of

16  Georgia.  It's a much larger case, probably

17  110 million people, involving the Home Depot data

18  breach litigation.  Judge Thrash wanted those time

19  records submitted.

20         I spent last Friday with the other co-leads

21  going through everybody's submission, because we did

22  settle that case.  And we were reviewing, again, to

23  make certain that, along with our monthly task of

24  ensuring that people were properly focused and

25  properly working on the things that were assigned to

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                                (505) 843-9494
FAX (505) 843-9492                                      FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

28

1  them and not things that weren't.  We went through

2  those submissions, again, before our fee application

3  is due later this month in that case.

4         One of the things we've done, as the Court

5  has seen in our applications, is created a committee

6  structure so that lawyers are properly tasked, within

7  their experience and talents, to work on certain

8  aspects of the case:  Pleading client vetting,

9  research trial experts, discovery.  And we've

10  assigned people to those committees so that there's

11  not overlapping of work and that only lawyers who

12  will undertake tasks will do so at the request of the

13  three co-leads.  It is a -- certainly a large

14  committee, but it's one in which I think the size of

15  this case and the demands of the litigation

16  facilitate.

17         The Court asked for a building structure.

18  Obviously, if this results in a common fund, we

19  proposed a 25 to 30 percent range to the common fund.

20  However, the case also -- courts do require sometimes

21  a cross-check.  That's the reason we have -- require

22  detailed billing records.  Most of the consumer

23  statutes that are in play in this case that may come

24  up in the amended consolidated complaint -- which, of

25  course, we've asked the Court to give us until

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  August 22nd to file -- have fee entitlements

2  statutes.

3           Some states, such as my own state, Florida,

4  is on the lodestar approach with a multiplier and not

5  the common fund.  Other states not -- don't follow

6  that approach.  But that's kind of an overview.

7           THE COURT:  Have you -- have you had cases

8  before where you've had three co-leads?

9           MR. YANCHUNIS:  I have -- in the case I was

10  talking about, the Home Depot litigation, we have

11  three co-leads, and then the former governor of

12  Georgia, Roy Barnes, is our liaison and is a

13  presumptive lead.  So in actuality, we have four

14  co-leads.

15           In the DirecTV NFL -- God bless you --

16  there are -- just approved by the court, there are

17  four co-leads in that case.  In the -- so, yes, I've

18  personally experienced a three-co-lead structure, and

19  again, in Home Depot, it's almost four, because we've

20  given that power to judge -- to Governor Barnes to --

21           THE COURT:  Do you see any downside to

22  four -- three, rather than just a single one?

23           MR. YANCHUNIS:  I -- I don't.  Again, I

24  have -- I've found that, in working with multiple

25  co-leads, we work together.  We don't duplicate work,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  and effectively, that -- that's the upper management

2  of the case.  Again, this is one in which there's a

3  marriage of tobacco issues and consumer mislabeling

4  issues, and I think what we've done is create a

5  three-co-lead structure which draws upon all of those

6  talents.

7            THE COURT:  Have you worked with your

8  co-leads before?

9            MR. YANCHUNIS:  My law firm has.  I've not

10 personally worked with Mr. Schlesinger.  My law firm

11 has a substantial working relationship with him and

12 his law firm.  I've not worked with Ms. Wolchansky at

13 the co-lead level, but in our time up until now, I

14 can work with all of them.  I have a very -- I have a

15 career both in the law, in the professional bar, as

16 well as my committee work in my community of being a

17 facilitator of visions or divisions and in

18 facilitating compromise.

19           I'm a professional mediator, and I do that

20 when I have the time, and I can work with both my

21 co-leads.  I have a tremendous amount of experience

22 with a number of the committee members in other

23 cases, not every single one of them, but in a number

24 of them.  Because typically, in the class action

25 world, we -- we come together in cases like this and,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  when possible, work with consensus slates.

2  THE COURT:  All right.  Anything else,

3  Mr. Yanchunis?

4  MR. YANCHUNIS:  Your Honor, I would be

5  happy to answer any questions in that regard.  If you

6  have none, then I'll sit down.

7  THE COURT:  I think that's all I have at

8  the present time.

9  MR. YANCHUNIS:  Thank you, Judge.

10  THE COURT:  Thank you, Mr. Yanchunis.

11  Anyone else want to speak?

12  Mr. -- Ms. McGinn.

13  MS. McGINN:  I think that's it for now,

14  Judge, until you get to the scheduling, to the

15  scheduling order.

16  THE COURT:  All right.

17  MS. McGINN:  And then Ms. Wolchansky will

18  talk about that.

19  THE COURT:  All right.  I'll just make

20  sure.  Everybody on the phone, anybody else want to

21  say anything on the motion, the joint motion to --

22  for appointment of plaintiffs' leadership structure?

23  How about on the defense side?  Anybody

24  want to speak to that?

25  MR. MONDE:  Your Honor, David Monde --

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1           THE COURT:  Mr. Monde.

2           MR. MONDE:   -- on behalf of the defense.

3    The defense takes no position regarding the proposed

4    leadership structure, would simply observe that there

5    are a number of people on the other committees as

6    well, I believe nine on the executive committee, five

7    on the local steering committee.  And while we take

8    no position on that, it certainly raises the bar in

9    terms of efficiency for those folks to work together.

10   I will say --

11          THE COURT:  You're -- you're concerned

12   about so many people in the leadership structure?

13          MR. MONDE:  Not so much the leadership

14   structure, sir, but the point that, if there are --

15   is there more than one lead lawyer on that leadership

16   committee?  It puts a premium on avoiding duplication

17   of effort, and that would be something that we will

18   all have to confront down the road.

19          I will say --

20          THE COURT:  Let me make sure I understand

21   your concern.  You're saying that, because they have

22   three co-leaders, you're concerned about duplication?

23          MR. MONDE:  And potential inefficiency.  If

24   you have three people operating as a -- as a

25   leadership committee, there is more potential than if

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   just one lawyer is doing it to duplicate effort.
 2   Provided that the effort is not duplicated, then
 3   those concerns would be obviated.
 4            I will note that we have successfully
 5   agreed with the plaintiffs on a number of points in
 6   the 26(f) joint report.  In fact, we've continued
 7   those discussions this morning and have some
 8   additional agreements that are not yet reflected in
 9   the papers.  That we'll get to when we get to that
10   stage of things.
11            So again, no objection per se, but given
12   the proposal that the plaintiffs have made, it will
13   put a premium on them being efficient and not
14   duplicating effort of each other.
15            THE COURT:  So far, are you impressed
16   with -- with where they are?
17            MR. MONDE:  So far, I would agree that we
18   have successfully negotiated several points of
19   potential contention in the 26(f).
20            THE COURT:  And has it been more or less
21   difficult because you're dealing with three co-lead
22   plaintiffs?
23            MR. MONDE:  Honestly, no, not at this
24   point, Judge.
25            THE COURT:  All right.  Anything else,
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

34

1   Mr. Monde?

2            MR. MONDE:  Not on that point.

3            THE COURT:  All right.

4            MR. MONDE:  Now, Mr. Schlesinger gave a

5   detailed background in terms of his view of the case.

6            THE COURT:  Would you like to give one?

7            MR. MONDE:  I would.

8            THE COURT:  You may.

9            MR. MONDE:  All right.  And again,

10  Mr. Schlesinger's description certainly applies to

11  the so-called Engle litigation that's been going on

12  in Florida for some time.  Santa Fe Natural Tobacco

13  is not a party in that litigation.  The Kessler order

14  does not address Santa Fe, and so what I'd like to

15  take a few minutes to do is give the Court our view

16  of what this case is about.  To us, this is a

17  straightforward product labeling claim.

18            Now, Santa Fe was founded in 1982.  It

19  first sold cigarettes using the terms "natural" and

20  "additive-free" in 1985 under the name Original

21  American Spirit.  In 1992, they changed the brand to

22  Natural American Spirit, continuing to use those

23  terms, "additive-free" and "natural tobacco."  And

24  Santa Fe has used those terms to describe its tobacco

25  on its labels and in its advertisements since then.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          In 2000, Santa Fe entered into a consent

2    order with the Federal Trade Commission, and in that

3    consent order, the commission allowed Santa Fe to

4    continue using those terms "natural" and

5    "additive-free tobacco" in those advertisements,

6    provided it be accompanied with a disclaimer stating

7    that no additives in our tobacco does not mean a

8    safer cigarette, the very thing that is in front of

9    the Court on the monitor.

10         Santa Fe, in addition, voluntarily added

11   that disclaimer to its labeling.  In other words, the

12   FTC order was to advertising only.  Santa Fe

13   voluntarily added it to the label.  Reynolds did not

14   acquire Santa Fe until 2002.  And the term "organic"

15   was subject of litigation and subsequent agreement

16   with 30 attorney generals, state attorney generals,

17   including the New Mexico state attorney general, in

18   2010.

19         THE COURT:  Does Santa Fe have any ties to

20   New Mexico?  Does it have a plant, or what is its tie

21   to the state?

22         MR. MONDE:  It was founded in Santa Fe by

23   three folks from New Mexico.  It has an office there

24   in Santa Fe today.  The marketing and the

25   advertising, many of the executives involved with




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   that from the founding of the company up to today --

2   that is, even since Reynolds' acquisition -- is based

3   in Santa Fe.

4           Now, the manufacturing of the product has

5   been in North Carolina.  That was true both before

6   Reynolds' acquisition and after.  But Santa Fe has

7   very deep ties to the community, and that is actually

8   part of its marketing approach and philosophy.

9           THE COURT:  So if we were to go up to the

10  office in Santa Fe, how many employees and people

11  would we see there?

12          MR. MONDE:  At least 30 directly involved

13  in the marketing and advertising domains, and then

14  additional employees in various support functions.

15  And then the manufacturing, as I said, is in North

16  Carolina.

17          Now, so the disclaimer regarding "organic";

18  "organic" does not mean a safer cigarette.  That was

19  the result of the agreement with the state attorney

20  generals.

21          So in our view, there are really two key

22  factual issues to be resolved in this case.  Number

23  one, during the class period, were Santa Fe's claims

24  that the tobacco in Natural American Spirit

25  cigarettes was additive-free, natural, and where

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492
                                                                   1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                                                  e-mail: info@litsupport.com

37

1  applicable, organic, were those truthful?  And our

2  position is that they were.

3         Then the second key factual issue is

4  whether, during the class period -- and as I've

5  described, Natural American Spirit carried both in

6  the advertising and on the labels the Surgeon -- both

7  the Surgeon General warning and the disclaimers that

8  we've talked about this morning.  Would a reasonable

9  consumer believe that the alleged implied claim of

10  health, in the face of the express disclaimer on the

11  label and in the advertising, that it does not mean

12  safer, that those terms do not mean safer?  Those are

13  the two key factual issues as we see them.

14         Then there are three principal legal issues

15  as we view the case:  First, what is the legal effect

16  of those disclaimers regarding additive-free and

17  organic?  Well, in our view, there are several.

18  First of all, because of the FTC consent order, we

19  believe that that preempts plaintiffs' claims, and we

20  will be bringing a motion to dismiss, with the

21  Court's permission, on that basis.

22         Number two, many of the state consumer

23  protection statutes that have been alleged in the

24  various complaints create a safe harbor, if you will,

25  for FTC-approved claims.  In other words, there's a

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

38

1   safe harbor that, under those state protection

2   statutes, the claims are not unfair or deceptive if

3   they are the product of an FTC-approved claim, which

4   is what we have in this case.

5           The disclaimers also raise First Amendment

6   issues, because First Amendment issues arise with any

7   construction of state law that prohibits truthful

8   commercial speech accompanied by a disclaimer

9   disavowing any allegedly misleading implication.

10          No. 4, disclaimers first appeared in the

11  late 1990s, even before the FTC consent order that

12  I've described, and those disclaimers, in our view,

13  would present substantial obstacles to plaintiffs'

14  efforts to expand the class period beyond what we

15  view as a -- at a maximum, a six-year class period

16  based on the claims that have been brought to date.

17  In other words, those disclaimers would put someone

18  on inquiry notice regarding the -- any alleged

19  implied claim of a health benefit.

20          And then finally, the disclaimers present

21  significant obstacles, in our view, to showing

22  reasonable reliance or proximate causation based on

23  alleged implicit health claims that were expressly

24  disclaimed.

25          That's the first legal issue as we see it.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

39

1   The second one is focused on Reynolds American and

2   specifically what they are doing in this case.

3   Reynolds American, or RAI, is the parent of Santa Fe.

4   It's a holding company.  It does not manufacture any

5   product, including Natural American Spirit

6   cigarettes.

7          It does not advertise.  It -- none of its

8   conduct gave rise to the claims here.  It does not

9   have a continuous presence in New Mexico such that

10  general jurisdiction would be proper.  And so we plan

11  to bring a motion to dismiss with regard -- lack of

12  personal jurisdiction with regard to RAI.

13         THE COURT:  Is there another subsidiary

14  that does the actual manufacturing?

15         MR. MONDE:  Santa Fe does its own

16  manufacturing, but again, not here in New Mexico, but

17  over in North Carolina.

18         THE COURT:  All right.

19         MR. MONDE:  Then the third key legal issue,

20  given the claims, is obviously related to class

21  certification and whether class certification is

22  appropriate.  And without getting into the details of

23  that, we believe that there will be issues on a

24  number of required elements, Commonality and

25  predominance coming to the forefront.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Because for example, not all consumers who

2  read the claims of "natural free" and -- I'm sorry,

3  "additive-free" and "natural," not all of them would

4  read an implied health message at all with regard to

5  that, especially in the face of the disclaimer.  And

6  then there would be a variety of implied claims.

7  Some people may view it as a health benefit claim

8  implied, notwithstanding the disclaimer.  Others

9  would view the terms "natural" and "additive-free" as

10  descriptors of the quality of the tobacco.

11      And as the Court will hear, for example,

12  Santa Fe is produced -- and it's unique in this

13  regard.  It's produced only from whole-leaf tobacco.

14  It does not include some of the fillers, that

15  reconstituted tobacco, expanded tobacco, some of the

16  other things that are typically seen in cigarettes.

17  Santa Fe is unique in that regard.

18      Some people also view those descriptors as

19  describing a better-tasting product, and we believe

20  that it is, and the company believes that it is, and

21  we believe that that's responsible for some of the

22  commercial success that the products enjoyed.  In the

23  context of class, the point being that there will be

24  a variety of different interpretations of what the

25  terms at issue mean.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

41

1        So for those reasons, that is our view of

2   the case, a little bit distinct from what

3   Mr. Schlesinger describes.

4        THE COURT:  What is -- what is your

5   position on the fact that it says, "No additives in

6   our tobacco," and then it being, like, menthol added?

7        MR. MONDE:  So menthol is added not to the

8   tobacco but to the filter, and so it is not in the

9   tobacco.  It is additive-free tobacco, and this is

10  very important, Judge.  The descriptors

11  "additive-free" and "natural" are tied to and refer

12  to the tobacco, and that's an important distinction

13  that sometimes gets overlooked.

14        THE COURT:  All right.  Anything else,

15  Mr. Monde?

16        MR. MONDE:  Nothing in terms of an

17  introduction, and as I said, we have made some

18  progress on some of the items of dispute in the

19  26(f), and at the appropriate time, we can get to

20  those.

21        THE COURT:  All right.  But you're

22  comfortable with this order that they've presented on

23  the management structure?

24        MR. MONDE:  Reserving all rights as to any

25  claims for fees and the reasonableness of the time,





SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

42

1  yes.

2            THE COURT:  All right.  Thank you,

3  Mr. Monde.

4            Mr. Schlesinger, Mr. Yanchunis, do you have

5  any response, particularly maybe some concerns that

6  Mr. Monde raised about the efficiency of your

7  structure?

8            MR. YANCHUNIS:  Again, Your Honor, you

9  know, this case is by no means the largest case which

10 I've been a co-lead or lead on.  It dwarfs many of

11 them, and again, my recent experience with Judge --

12 in the Home Depot case where we had, as I mentioned

13 to you, a leadership structure very similar to this,

14 it was a very efficient method of managing people.

15           And already, prior to today, we've enlisted

16 and charged certain responsibilities to certain

17 members of the committee.  All understand the need to

18 reduce duplication, and we'll make certain of that at

19 the time.  I don't have any problem with the

20 efficiencies of the leadership structure.

21           And let me just kind of give the Court this

22 added assurance.  On the plaintiffs' side of a class

23 case, we work not based upon the hour.  We work based

24 upon the result.  We do not get paid for our labor

25 unless we are successful.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

43

 1          Inefficiencies do not arise in that type of

 2    context, because it doesn't make any sense for us as

 3    lawyers who need to produce a result in order to live

 4    and survive and to pay our overhead.  That may not be

 5    the case on a defendant practice, and I -- as the

 6    Court knows from my resume, I was on the other side

 7    for many years.  But on the plaintiffs' side, we tend

 8    to be a lot more careful about overloading issues.

 9    And again, I'm confident, with Mr. Schlesinger and

10    Ms. Wolchansky at the helm, that we'll be able to run

11    a very efficient ship.

12          THE COURT:  All right.  Thank you,

13    Mr. Yanchunis.

14          Anything further, Mr. Schlesinger?

15          MR. SCHLESINGER:  Briefly, Judge.  May I --

16    may I speak from here?

17          THE COURT:  You may.

18          MR. SCHLESINGER:  I agree with what

19    Mr. Yanchunis says.  My thinking on this was I

20    brought the first case because I was so intimately

21    involved in my regular trial activities, which are

22    pretty busy down there in Florida -- I brought the

23    first case particularly after the FDA said that this

24    is a modified-risk tobacco product and they reflected

25    on the voluntary labeling from the FTC to 2000 and

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

44

1  said, "But we're the FDA, and we've got authority,

2  and we think you're in violation."

3          But I really encouraged those that came

4  from the consumer class action side to join, and my

5  concept was big ten.  Because our experience in

6  tobacco litigation is they are a formidable

7  adversary, and they have tremendous manpower and

8  resources.

9          And what we see in front of us today is

10 often matched behind the scenes with a great deal of

11 support staff and attorneys who are extremely

12 talented.  And so it does help to have the manpower

13 to match the opponent.  And for that reason, I

14 thought, why not have a big group?

15         And I think that ultimately what we'll do,

16 we'll all come through the top and the leadership

17 structure we've proposed.  And I think that it won't

18 create confusion with our opponent, because we will

19 be of like mind and present the opponent with a

20 single planned approach.  I don't see any reason why

21 myself, John, and Melissa would ever disagree and put

22 out separate ideas about how to proceed.  We'll come

23 to an agreement, and it'll always be a uniform

24 approach, so I think it can be successful in that

25 regard, Judge.



SANTA FE OFFICE                                               MAIN OFFICE
119 East Marcy, Suite 110                            201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492
                                                          1-800-669-9492
                                              e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

45

```
 1              THE COURT:  All right.  Thank you,
 2   Mr. Schlesinger.
 3              Ms. McGinn, anything further?
 4              MS. McGINN:  Nothing, Your Honor.
 5              THE COURT:  All right.  I have signed,
 6   then, the proposed order that the plaintiffs have
 7   presented, and I've given it to Ms. Wild for
 8   entering.
 9              All right.  Shall we take up, then, the
10   scheduling?  Do you want to tell me now the
11   agreements that you've reached, or do you want me to
12   go ahead and approve?  As I indicated, most of these
13   are acceptable to the Court.  Do you want me to go
14   through those and then, when we get to the ones where
15   you disagree, before I blurt out anything, I wait and
16   listen to see if you-all have reached agreement?
17              Mr. Monde.
18              MR. MONDE:  Your Honor --
19              THE COURT:  Do you have a better plan?
20              MR. MONDE:  Oh, no, no.  I was just going
21   to come tell you where we've agreed.
22              THE COURT:  Where you agree.  All right.
23              MR. MONDE:  We have agreed on the duration
24   of the fact witness depositions as --
25              THE COURT:  Take -- take me to the page in
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

46

1  your -- your joint status report.

2          MR. MONDE:  It's the bottom of Page 16,

3  Judge.

4          THE COURT:  Sixteen.  All right.

5          MR. MONDE:  And the paragraph that begins,

6  "Each deposition other than the 30(b)(6) deposition."

7  We have agreed with the plaintiffs that, for fact

8  witness depositions, setting aside a 30(b)(6) of the

9  Defendant Santa Fe, setting that aside, it will be as

10  represented here:  Eight hours.  And as we have

11  explained both on the paper and informally with

12  counsel, you know, good goes around, and

13  accommodation goes around.

14          And so each side is going to need to

15  accommodate a reasonable request to go beyond the

16  eight hours where that is reasonable, and if we

17  really come to a disagreement on that, in that

18  unlikely event, we will seek assistance from the

19  court.

20          THE COURT:  So each defen -- each

21  deposition, other than the 30(b)(6) of Santa Fe, will

22  be limited to eight hours?

23          MR. MONDE:  That's right.  And then as to

24  the 30(b)(6) portion, Judge, we've agreed that

25  perhaps the better thing to do here is to defer

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

47

1  discussion of what is a reasonable time limit until

2  the plaintiffs have had an opportunity to craft a

3  30(b)(6) notice and we have an opportunity to discuss

4  that with the plaintiffs.  And at that point, I think

5  we will all be in a better position to judge what

6  constitutes a reasonable time limit.

7          THE COURT:  All right.  So that second

8  sentence that follows, there's no agreement on that

9  yet.  We'll just --

10          MR. MONDE:  That's -- that's --

11          THE COURT:  We'll just defer that to

12  another day?

13          MR. MONDE:  Yes, sir.

14          THE COURT:  All right.  Does your agreement

15  of eight hours, does it also include this

16  parenthetical:  "Excluding breaks and time used by

17  counsel representing the witness to ask questions"?

18  Does it include that?

19          MR. MONDE:  Yes.

20          THE COURT:  And then "unless extended."

21  Your agreement includes the first sentence, correct?

22          MR. MONDE:  That's right.

23          THE COURT:  All right.

24          MR. MONDE:  Down through 30(d)(1).

25          THE COURT:  All right.  What else?  Have

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

48

1  you got some other agreements, or do others need to
2  be decided?

3          MR. MONDE:  I think the rest will need to
4  be decided.

5          THE COURT:  Okay.  All right.  Is that your
6  understanding as well from the plaintiffs' side?

7          MS. WOLCHANSKY:  That's correct, Your
8  Honor.

9          THE COURT:  All right.  Let me just ask
10 Ms. Wild something.

11     (The Court and the Clerk confer.)

12         THE COURT:  All right.  Let me orally give
13 these, and then, of course, we'll put them in order
14 just to make sure we're in agreement on all this.
15 The plaintiffs shall file a consolidated amended
16 complaint August 22nd, 2016.

17         The plaintiffs shall be allowed until
18 December 2nd, 2016, to amend the pleadings for
19 purpose of joining additional parties in compliance
20 with the requirements of Rule 15.  That doesn't
21 change the requirements, so if you can do it as of
22 right, you need to do it by right.  If you need to
23 move, you need to move, but it just sets a deadline
24 for that.

25         And then the defendants shall be allowed 30

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

49

1   days following the filing of an answer to move to

2   amend the pleadings and join additional parties.

3   Again, it doesn't change the substantive requirements

4   of 15(a).  It just sets a deadline of when you have

5   to do whatever you are allowed to do under 15(a).

6          All right.  Let's go, then, to Page 11.

7   This looks like the first place there may be a

8   dispute.  Let me get some education for you on the

9   CEO Susan Ivey.  Is that the CEO of Santa Fe, or is

10  that the CEO of Reynolds?  Who is this person?

11         Mr. Schlesinger.

12         MR. SCHLESINGER:  Her name is Susan Ivey

13  Cameron.  She's currently -- her last name is

14  Cameron.  She's the CEO of Reynolds.

15         THE COURT:  Okay.

16         MR. SCHLESINGER:  But she was specifically

17  communicated with by the FDA.

18         THE COURT:  Let me -- let me throw out a

19  proposal on this and see -- let me give you some

20  dates, that what I'm toying with here is, turning to

21  Page 12, your joint proposed case management, jumping

22  ahead here, we're going to have the -- we're going to

23  have a hearing on -- I'm going to set it, if this is

24  okay with everyone, for -- hold on a second.  This

25  can't be right.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

50

```
1        (The Court and the Clerk confer.)
2            THE COURT:  So I was going to set a hearing
3   on the defendants' motion to dismiss.  This is a --
4   this is Reynolds' 12(b)(1) motion -- or 12(b)(2)
5   motion, for November 30th, 2016, at 9:00 a.m.  I was
6   wondering if this would work for everybody, if we
7   just had an agreement that we won't depose Ivey --
8   Susan Ivey before I have that hearing, and assuming I
9   can get a prompt ruling to you out.  And that way, if
10  there's a debate about whether we're going to have a
11  deposition of her, if she's an apex deposition or
12  if -- I'll know how I'm treating it, and I'll know
13  whether I'm treating it as a third party or I'm
14  treating it as a party to the case.
15            Let me ask -- let me ask the plaintiffs
16  first.  Could you-all live with that:  We don't
17  depose her until I get it ruled, if I can have a
18  prompt hearing on November 30th and then promptly
19  give you a ruling?
20            MR. YANCHUNIS:  Yes, Your Honor, that will
21  work.
22            THE COURT:  Will that work?  Will that work
23  for Reynolds?
24            MR. MONDE:  It does, Your Honor, and just
25  to be certain I'm understanding what the Court is
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

51

1  saying, the Court's not making any rulings about the

2  propriety of the deposition.  It's simply saying that

3  the first thing it would like to resolve is the

4  status of RAI.

5          THE COURT:  Yeah, we just have an agreement

6  that we just put Ivey down the road a little bit.  We

7  don't -- plaintiffs just don't notice her up

8  tomorrow, and give us a little bit of time to rule on

9  your motion.  Then I'll know how I'm treating her

10  when I get to this problem.  If you-all can't work it

11  out, I'll know whether I'm dealing with the CEO of

12  Reynolds as a party or a CEO of Reynolds as a third

13  party.  That might inform the debate.  It might not.

14          Yes?

15          MR. MONDE:  That's fine, Your Honor.

16          MS. WOLCHANSKY:  Judge, and we're okay with

17  that with respect to Ms. Ivey, the only caveat being,

18  with respect to the personal jurisdiction issue, we

19  believe there may be discovery that needs to be

20  conducted --

21          THE COURT:  Right.

22          MS. WOLCHANSKY:  -- on that issue.  And so

23  we want to reserve our right to conduct discovery in

24  terms of what RAI's involvement was in the

25  design/manufacture of the products, which we believe

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

52

1  will inform the Court as to whether RAI is the proper

2  defendant and there is jurisdiction, Your Honor.

3          THE COURT:  Yeah, and I wasn't putting any

4  restriction on that, and then if you-all have

5  problems with any particular deposition, then we can

6  deal with it as it comes up.

7          MR. MONDE:  Again, just for clarification,

8  the defense position is that, until November 30th and

9  the resolution of that motion, discovery directed

10 specifically to RAI, not Santa Fe, but specifically

11 to RAI would be limited to issues related to the

12 personal jurisdiction issue.

13         THE COURT:  How do the plaintiffs feel

14 about that?

15         MS. WOLCHANSKY:  It's our position that

16 it's just premature at this stage to include that in

17 the 26(f), that when we file the consolidated amended

18 complaint, we identify which allegations we have,

19 which causes of action we have, and we serve

20 discovery.  If, in fact, that discovery goes beyond

21 the scope of what Mr. Monde and the defendants

22 believe is appropriate, then we think that issue

23 should be briefed and argued before the Court.

24         THE COURT:  Well, let me leave it that way.

25 I'm going to -- I'm going to try to -- you know, I'm

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

53

1  giving you a pretty quick setting, and so this should

2  keep you busy for a while.  I guess I would encourage

3  the parties to focus on this point, on the personal

4  jurisdiction, if it's directing discovery at

5  Reynolds.  But if there's a dis -- but I won't limit

6  the plaintiffs to that, and I won't make a ruling

7  that they're limited to that.  And I'll just take the

8  disputes as they come.

9          I think we have an agreement on what we're

10  going to do with Ivey.  Everything else is in game,

11  but I encourage us to focus, in this short time we

12  have left this year, to -- as far as discovery on

13  Reynolds, maybe we can focus it on the 12(b)(2)

14  motion that we know is coming.

15          Does that work for everybody?

16          MR. MONDE:  Yes, sir.

17          THE COURT:  We'll talk about how I handle

18  discovery disputes in a moment, and we'll see if that

19  works for you-all or if you-all need something

20  different in this case.

21          The other thing I -- as far as the

22  defendants' proposing to do discovery on unnamed

23  proposed class members, I'll certainly do this, and I

24  don't think I need to probably make any decision on

25  that today and probably wouldn't want me to make a



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

54

1  decision without listening to it.  And we'll see if

2  we get to that point where that's a problem or an

3  issue that I have to resolve, but I'll be receptive

4  to it and won't make any judgment at the present

5  time.

6         The plaintiffs seemed to indicate that

7  they're going to do discovery before the class

8  period.  The defendants are -- indicate opposition to

9  that.  I guess, just as a general thought, you know,

10 I'll keep an open mind when these issues come up and

11 I have to resolve them, but I probably can't say

12 today that discovery's going to be limited to the

13 class period.  I can think of some evidence that

14 might be appropriate from prior to the class period

15 that would need to be -- need to be allowed.  So I'm

16 not going to make any ruling on that today.

17        Let me ask the plaintiffs, looking at

18 Page 11, is there anything else that I need to rule

19 on or give guidance on before we move on to other

20 pages?

21        MS. WOLCHANSKY:  I think you've covered it,

22 Your Honor.

23        THE COURT:  All right.  Mr. Monde?

24        MR. MONDE:  No, Your Honor.

25        THE COURT:  All right.  Then let's go to

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

55

1  Page 12.  I'll orally give these:  May 31st, the

2  parties to serve their Rule 26(a)(1) disclosures, and

3  I guess -- well, I'll order what you have there.

4  Does the May 31st -- today's the -- how does that

5  work?  It's disclosure within 14 days of the 26(f).

6          MR. MONDE:  That was the basis for the

7  date, Judge.

8          THE COURT:  Has somebody got a phone?  If

9  you've got a phone, that's probably what's causing

10  the microphone to do that.  So if you've got a phone,

11  you might move it away.

12          THE CLERK:  Or if they've got a laptop

13  connected to the Wi-Fi.

14          THE COURT:  All right.  Sorry to be dense

15  here, but the May 31st date is what?

16          MR. MONDE:  It's 14 days after the 26(f),

17  Judge.

18          THE COURT:  Okay.  So you-all --

19          THE CLERK:  They've agreed on the date.

20          THE COURT:  You agreed on a date?  Okay.

21          MR. MONDE:  Yes, sir.

22          THE COURT:  All right.  Then that's what it

23  ended up being.  Okay.  And then within -- so that'll

24  be -- your disclosures will be due that date, and

25  then within 30 days of filing the consolidated

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

56

1   amended complaint, the parties will serve amended

2   supplemental disclosures, and the parties may begin

3   to serve initial written disclosures.  Is that also

4   connected to the May 31st date?  That's when you --

5   that's when you can begin to do your initial

6   disclo -- written discovery requests?

7            MR. MONDE:  That was simply a date that the

8   parties agreed to, Judge.

9            THE COURT:  All right.

10           MR. MONDE:  There was no particular magic

11  to it.

12           THE COURT:  All right.  So that's when

13  discovery will begin, I guess, on the written

14  discovery.

15           August 22nd will be the deadline for the

16  plaintiffs to file the consolidated amended

17  complaint.  September 21st, 2016, the parties to

18  serve amended supplemental Rule 26(a) disclosures

19  based on the consolidated amended complaint.

20           And then September 29th, 2016, deadline for

21  defendants to file a motion to dismiss.  August --

22  October 31st, 2016, deadline for plaintiffs to file

23  opposition to motion to dismiss.  November 21st,

24  deadline for defendants to file reply in support of

25  the motion to dismiss.  I'll set the hearing on the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

57

1  motion to dismiss for November 30th, 2016, at

2  9:00 a.m.

3          And then December 2nd, 2016, will be the

4  deadline for the plaintiffs to amend the pleadings

5  for the purpose of joining additional parties, in

6  compliance with the requirements of Rule 15(a), which

7  I already discussed a little bit earlier about how

8  that's a -- that's a deadline.  It doesn't change the

9  substantive requirements of 15(a).

10          Then 30 days after ruling on the motion to

11  dismiss, the defendants to answer consolidated

12  amended answer, and then 60 days after ruling on

13  motion to dismiss.  That'll be the deadline for

14  defendants to move to amend the pleadings and to join

15  additional parties, in compliance with the

16  requirements of Rule 15(a).  And again, that's a

17  deadline.  It doesn't change the substantive

18  requirements.

19          All right.  On the discovery, let's see.

20  Is there anything else on Rule -- let's see.  Okay.

21  Let me go to Page -- I left out some -- some stickers

22  here.

23          All right.  You have competing proposals

24  regarding the deadlines related to class

25  certification and experts.  I guess, as a court, for

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

58

1  all the local lawyers, you're probably wondering when

2  I have -- you know, when you can get your opinions

3  from me and your cases in front of me, but

4  nonetheless, I still like to humor myself that I move

5  cases along.  And so I guess I'm intrigued by the

6  defendants' proposal that it moves things along a

7  little faster than the plaintiffs, but usually, it's

8  the opposite that I see.

9          So I guess I'll ask the defendants first.

10  Mr. Monde, why do you care?

11          MR. MONDE:  Efficiency is the reason.

12          THE COURT:  Tell me why it hurts you to

13  have it go on a few extra months that the plaintiffs

14  propose.

15          MR. MONDE:  More time for discovery when

16  it's not really needed, in my experience, tends to

17  generate disputes, and that's particularly true at

18  the end of an overly lengthy discovery period.

19          THE COURT:  Is there any magic to your

20  deadline of August 23rd rather than theirs of

21  June 20 -- yours of June 23rd and theirs of

22  August 23rd?

23          MR. MONDE:  Just this, Judge.  The

24  deadlines in ours were structured in the following

25  way:  That the plaintiffs would disclose their expert

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

59

1   witnesses and their reports, then they would move for

2   class certification.  The defense would then have an

3   opportunity to depose the plaintiff experts, and then

4   the defense would file their opposition to class and

5   would disclose their experts and their reports.  And

6   then the same thing in terms of the -- setting up the

7   reply brief, that any rebuttal witnesses designated

8   by the plaintiff would be disclosed, deposed, and

9   then plaintiff does their reply.

10          The reason, in our experience, that that's

11  more efficient is that it ensures that the two sides

12  are locked into their positions.  Because what

13  otherwise happens is that, in the motion for class

14  certification, if it is delayed until after all of

15  the experts have been deposed, the -- you get

16  disputes about whether the motion is, in effect,

17  asserting a new or a different claim by an expert.

18  And that generates additional requests for

19  depositions, or at least disputes about whether those

20  depositions are necessary.  So that is the theory and

21  the purpose behind our structure.

22          In terms of the timing, we simply wanted to

23  have adequate time for both sides to do that, and so

24  we came up with this proposal.  If the Court were

25  inclined to follow our structure but to move things

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

60

1   so that the start of it was the date requested by the

2   plaintiffs -- and let me be very specific.  If the

3   Court were to take our proposal, but instead of

4   starting things on June 23rd, 2017, they were to

5   start them on August 23rd, 2017, as the plaintiffs

6   request, the defense would have no objection to that.

7           THE COURT:  So when I look at the

8   plaintiffs' proposed class certification, the biggest

9   problem you have is below the August 23rd date,

10  correct?

11          MR. MONDE:  Yes, sir.

12          THE COURT:  And would -- and where does

13  your disagreement come into play first?

14          MR. MONDE:  First of all --

15          THE COURT:  They want their -- they want

16  your expert witnesses disclosed first?

17          MR. MONDE:  Yes, sir.

18          THE COURT:  Okay.

19          MR. MONDE:  Then secondly -- and that's the

20  efficiency point.  Then the point simply about

21  timing, they suggest that we would get 60 days to

22  disclose our experts after they disclose.  We think

23  90 is reasonable, and then with the --

24          THE COURT:  Say that again.

25          MR. MONDE:  Yes, sir.  There's a 60-day --



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

61

1   approximately 60-day period after the plaintiffs

2   designate their expert witnesses and give their

3   reports to when the defense expert desig --

4   disclosures and reports are due, 60 days,

5   thereabouts.

6          We believe that 90 days would be the

7   appropriate time period between plaintiffs' and the

8   defense disclosure.  And then in addition, going a

9   little bit farther down the page, on Page 13, whereas

10  the plaintiffs propose that defense have 30 days in

11  which to file an opposition to class certification,

12  we believe that 60 days is appropriate.  And that is,

13  in fact, consistent with what the parties have agreed

14  with regard to the motion to dismiss.

15         THE COURT:  All right.

16         Yes.

17         MS. WOLCHANSKY:  As an initial point, the

18  plaintiffs do not have an issue with expediting the

19  schedule or moving this along quickly.  August versus

20  June versus, you know, a date a bit even closer in

21  time, we don't have an issue with that per se, so

22  long as we can obtain the discovery that we need in

23  order to retain experts, in order to move for class

24  certification.

25         So our proposal -- and David and I

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

62

1  discussed this, you know, right before the hearing

2  today to see if we could come closer to an agreement

3  on this very schedule.  And the biggest point of

4  contention is we do not believe that we should move

5  for class certification where we have the burden to

6  prove that the class should be certified without

7  having seen the defendants' experts and having the

8  defendants have the ability to depose our experts

9  without us knowing what's in their reports.  We don't

10  think that that's typical in a class case, and we

11  don't think that that should happen here.

12          So in terms of tightening up the schedule,

13  60 days versus 90 days --

14          THE COURT:  So you don't want to file your

15  motion until you've gotten through those depositions?

16          MS. WOLCHANSKY:  That's correct, Your

17  Honor.

18          THE COURT:  Well, understanding that, do

19  you think you really need to have your -- I guess I

20  find it unusual to have the defendants' deadlines

21  before the plaintiffs' deadlines.  Have you got

22  anything to say in support of that?

23          MS. WOLCHANSKY:  The defendants' deadlines

24  for?

25          THE COURT:  Expert disclosures.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

63

1          MS. WOLCHANSKY:  No, we -- if that's in

2    here, then that's a mistake.

3          THE COURT:  Yeah, look at your

4    October 25th.  It's before the plaintiffs'.

5          MS. WOLCHANSKY:  That's the rebuttal

6    experts.

7          THE COURT:  Oh, that's the rebuttal.  Okay.

8    I got you.  All right.

9          MS. WOLCHANSKY:  So we believe the proper

10   schedule would be we disclose our experts and

11   reports.  The defendants disclose their experts and

12   reports.  We get to respond to those reports.  The

13   parties take depositions of the experts.  We then

14   move for class certification.

15          We can do Daubert briefing on experts and

16   class certification at the same time, but that does

17   not disadvantage the plaintiffs in having the

18   defendants depose our experts without us knowing what

19   their claims are and moving for class certification

20   without having seen the defendants' expert reports.

21          We don't necessarily have an issue with 60

22   days versus 90 days if the defendant needs more time

23   to obtain their experts and get reports written.  I

24   think that that's in the details, but the structure,

25   we feel, is important here and typical in class

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

64

1  cases.

2          THE COURT:  All right.  Let's set the date

3  for the plaintiffs.  It looks like I need to start

4  at -- start with a date of setting the plaintiffs'

5  disclosures, so I'll set it for August 23rd, 2017.

6          And then, Mr. Monde, why do you think -- I

7  guess my experience has been that, if I just set an

8  early deadline for the motion for class

9  certification, I don't get a very -- I don't get much

10  in it.  Do you have any real problem with going ahead

11  and having the discovery on the experts being before

12  the plaintiffs file their motion for class

13  certification?  It seems like it'll be a more weighty

14  and substantive motion if I do that.

15          MR. MONDE:  Well, Judge, I would say that

16  the purpose of the plaintiffs' reply brief would be

17  to address issues that come up with depositions of

18  the defense.  And so it's not that we're excluding

19  that, it's simply that the plaintiffs do have a

20  burden with regard to class certification.  It's a

21  burden that they need to meet or not meet with their

22  experts and not with defense experts.

23          And as I say, the issue that does come up

24  and the structure that we're proposing is also

25  common.  I've seen it both ways, but the proposal

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  that we're making is common.  And it -- and it's done

2  with a practicality in mind, and that is to avoid

3  something that ultimately postpones a decision on

4  class certification and that specifically disputes

5  about whether the briefing is modifying or asserting

6  new expert theories which requires another round of

7  depositions.  That, we believe, is what commends our

8  approach.

9          THE COURT:  Well, I think I get a better

10  motion if I get the discovery front end loaded, and

11  you-all do this every day.  Maybe you're right.

12  Maybe I'd avoid issues, but it seems to me I would

13  probably avoid them more if the discovery is before.

14          So I'm going to go with the plaintiffs'

15  proposal on Page 13.  August 23rd, 2017, will be the

16  deadline for the plaintiffs' expert disclosures.

17  Class experts, including written reports,

18  October 25th, 2017, will be the -- now, did you --

19  did you -- did you want to make a pitch for a longer

20  period of time or a -- did you -- were you

21  comfortable with that October 25th date if I'm going

22  to require the defendants?  Is this the one where you

23  wanted a little bit long?  How much do you have?

24          MR. MONDE:  Just another 30 days, Judge, in

25  other words.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

66

 1          THE COURT:  Any objection to that from the

 2  plaintiffs?

 3          MS. WOLCHANSKY:  We don't have an objection

 4  to that, Your Honor.

 5          THE COURT:  All right.  So November 25th,

 6  then, will become that date.  Let's look at our

 7  calendar.

 8          Do you want the day after Thanksgiving or

 9  do you want --

10          MR. MONDE:  Sorry what you ask for, right,

11  Judge?

12          THE COURT:  Yeah.

13          MR. MONDE:  If -- if -- if it would be a --

14          THE COURT:  Why don't we at least make

15  it -- go ahead.  What were you going to say?

16          MR. MONDE:  Make it the 28th.

17          THE COURT:  All right.  Any objection,

18  plaintiffs?

19          MS. WOLCHANSKY:  No, Your Honor.

20          THE COURT:  All right.  So it will be

21  November 28th, and then you want the December

22  deadline moved out 30 days?

23          MS. WOLCHANSKY:  Yes, Your Honor.

24          THE COURT:  All right.  So that'll then put

25  it January 6th.  I need to get more pages on my

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  calendar.  So it will be January 6th.  All right.

2        So the defendants did not have a deadline

3  for class certification expert depositions.  The

4  defen -- does defense have any problem with making

5  it, say, March 1st, 2018?

6        MR. MONDE:  No.

7        THE COURT:  All right.  Does that work for

8  the plaintiffs?

9        MS. WOLCHANSKY:  Yes, Your Honor.

10        THE COURT:  All right.  So it'll be

11  March 1st.

12        All right.  So then the motion will be

13  filed -- plaintiffs' will be April 3rd, 2018.  And

14  all parties shall file any motions under Daubert.

15  Let's see what the defendants said on this.  Are you

16  com --

17        MR. MONDE:  We have -- we have no

18  objection, Judge, to April --

19        THE COURT:  No objection to that?  So --

20        MR. MONDE:  -- 3 being the deadline for

21  class certification and Daubert motions.

22        THE COURT:  Okay.

23        MR. MONDE:  It's just the following date

24  where that's the other point, where we asked for

25  another 30 days, so that --



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

68

1           THE COURT:  Do you have any problem with

2    the plaintiffs moving that out 60 days for them --

3           MS. WOLCHANSKY:  No.

4           THE COURT:  -- to file a response?

5           MS. WOLCHANSKY:  No, Your Honor.

6           THE COURT:  So it'll be June, June 2nd.

7           And then do you want July 3rd, plaintiffs,

8    July 3rd for your replies?

9           MS. WOLCHANSKY:  Yes, Your Honor.

10          THE COURT:  And then let's set a hearing,

11   then, July 13th and 14th, 2018, for the class

12   certification hearing.

13          You-all had a disagreement on

14   supplementation under Rule 26(e)(1).

15          MR. YANCHUNIS:  Your Honor, may I?  Just a

16   point of clarification --

17          THE COURT:  You may.

18          MR. YANCHUNIS:  -- in connection with that.

19   So you've set one day for that?

20          THE COURT:  I set two days, I thought.

21          MR. YANCHUNIS:  Two days?

22          THE COURT:  Do you think it needs more,

23   less?

24          MR. YANCHUNIS:  No, I just wanted to ask

25   the practice of -- in a contested class cert., do you

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

69

1  entertain live testimony, or do you do it on the

2  submission of declarations?

3           THE COURT:  Well, I'll -- I'll let you run

4  it any way you want.

5           MR. YANCHUNIS:  Okay.  Thank you, Judge.

6           THE COURT:  I've had them both.  If you

7  want to put on a show with live witnesses, I'll let

8  you do it.  If you don't want it and you just want me

9  to consider it on the papers, then I'll do it that

10  way.  But I've done it both ways.

11          MR. YANCHUNIS:  Thank you, Judge.

12          MR. MONDE:  And Judge, would those dates

13  also be the time that the Court would hear argument

14  on the Daubert motions?

15          THE COURT:  Yeah, I'll tell you what

16  I've -- what I'm doing right now in a class

17  certification.  I started with the Daubert motions

18  the day of the class certification hearing, probably

19  will take all testimony during that week or few days,

20  and then in my class certification or in a separate

21  opinion and order, I'll tell you whether I'm going to

22  consider it or not or, in my class certification

23  opinion, make rulings.

24          You know, you pretty much have to do these,

25  or at least I think you do, with findings of fact and



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

70

1  conclusions of law and tell you what I'm doing with

2  the testimony at that time.  Does that seem to work?

3          MR. MONDE:  Yes, sir.

4          THE COURT:  Does that sound all right to

5  the plaintiffs?

6          All right.  You'd had a -- the plaintiffs

7  wanted to have supplementation under Rule 26(e) 30

8  days after the party discovers its disclosure is

9  incorrect or incomplete, and you wanted it just by

10  the rules?

11         MR. MONDE:  The rule states seasonably,

12  Your Honor.

13         THE COURT:  Yeah.

14         MR. MONDE:  Which, I mean, it just -- and I

15  think the rule has that in there because

16  circumstances differ.  It's difficult and artificial

17  to impose a specific time limit.  Generally, 30 days

18  is going to be seasonable, but the rule has that

19  word.  It reflects the wisdom of a lot of folks

20  involved in crafting it, and that's why we would

21  stand on it.

22         THE COURT:  What's the plaintiffs' thoughts

23  about the time?

24         MS. WOLCHANSKY:  We don't feel particularly

25  strongly on this point, Your Honor.  We're

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

71

1   comfortable with your direction on this.

2            THE COURT:  Well, let's start with the 30

3   days.  I -- it seems to me, as Mr. Monde points out,

4   that's going to be enough time in most situations,

5   and it'll probably be better to get this out.  And if

6   people need to get an extension for some reason, then

7   I'll understand that, but let's try to comply with

8   that.

9            All right.  Have we covered every issue

10  that needs to be decided on the class issue and

11  expert witness deadlines?  I guess then

12  you're -- well, let me ask that.

13           MS. WOLCHANSKY:  Yes, Your Honor.

14           THE COURT:  All right.

15           MR. MONDE:  Yes.

16           THE COURT:  Okay.  So then I will order

17  that 60 days following the ruling on the class

18  certification, the deadline for the Rule 56 motions

19  for summary judgment will be 30 days -- or 60 days

20  after the ruling, 120 days following the ruling on

21  class certification, the deadline for briefs in

22  opposition to the Rule 56 motion, and then 150 days

23  following the ruling on class certification will be

24  the deadline for reply briefs in support of the

25  Rule 56 motions.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

72

1        Turning to Page 16, you have an agreement

2   in that last paragraph, first sentence, but it looked

3   to me like you still had a disagreement on the number

4   of depositions.  Am I correct?

5        MS. WOLCHANSKY:  That's right, Your Honor,

6   and we tried to address this before the hearing as

7   well.  And the only difference, the plaintiffs have

8   proposed 20 fact depositions of defendants, excluding

9   any 30(b)(6) depositions, and the defendants'

10  proposal just merely includes the expert depositions.

11       And the plaintiffs just aren't in a

12  position at this point.  We talked about it.  We

13  tried to resolve it, to limit the 20 any further

14  without knowing how many depositions of experts we

15  may need.  We don't know how many experts the

16  defendants will put forward.  Certainly, if they had

17  seven to ten, that would pinch us on fact

18  depositions.  So we'd like to keep those two numbers

19  separate.

20       THE COURT:  All right.  It looked to me --

21  and maybe I'm wrong.  Maybe I'm not reading this

22  right.  You also had a disagreement on whether the --

23  I mean, if I give 20 to each side, so 20 by the

24  defendants, 20 by the plaintiffs, and you both

25  exclude the 30(b)(6) depositions of the defendants

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

73

1  and then exclude the depositions of the named

2  plaintiffs, are we in agreement on that so far, up to

3  that point?  It didn't quite --

4            MS. WOLCHANSKY:  We would be fine with that

5  proposal, Your Honor.

6            THE COURT:  Okay.  All right.

7            MR. MONDE:  Given that I believe there are

8  more than 20 named plaintiffs, a limit of 20,

9  obviously, has to exclude depositions of plaintiffs.

10            THE COURT:  Well, I think that's what I

11  said.

12            MR. MONDE:  Yes.

13            THE COURT:  So it excludes 30(b)(6)'s.  It

14  excludes named plaintiffs.

15            MR. MONDE:  Right.

16            THE COURT:  And it's 20 for each side.

17  We're in agreement on that?

18            MR. MONDE:  Yes.

19            THE COURT:  Up to that point?

20            MR. MONDE:  Yes.

21            THE COURT:  All right.  I think that,

22  probably, I need to go with the plaintiffs.  Go

23  ahead, if you've got any pitch to make on the

24  experts, but it seems to me that guessing in the

25  dark, that could eat up a lot.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

74

1    MR. MONDE:  I really don't.  In fact, I was

2  going to say that, obviously, if, at any point,

3  either party feels that an excessive deposition

4  number are being taken or that depositions are being

5  taken that are not necessary, they, of course, have

6  relief available to them under the rules.  Let's

7  operate under this proposal that excludes the experts

8  for now until we get some better visibility in terms

9  of the number of experts on both sides, and then

10  we'll take it up if it becomes an issue.

11    THE COURT:  All right.  So it sounds like

12  we're in agreement.  Any other issues on Page 16 I

13  need to deal with from the plaintiffs?

14    MS. WOLCHANSKY:  No, Your Honor.

15    THE COURT:  Defendants?

16    MR. MONDE:  No.

17    THE COURT:  All right.  Discovery

18  deadlines, the plaintiffs' proposal was 120 days, and

19  the defendants would cut it off at the time of the

20  reply.  Any pitch you want to make for your proposal?

21    MS. WOLCHANSKY:  Yes, Your Honor.  We

22  just -- discovery can't possibly end at the point of

23  the reply brief for class certification, because we

24  won't know whether Your Honor is going to certify

25  this class.  Certainly, depending on how the Court

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

75

1  rules on class certification, there may be additional

2  discovery that needs to be conducted for trial.

3  There may be -- may be additional experts that the

4  plaintiffs need to retain in order to try this case,

5  and to cut that off at the time of the reply, we

6  simply don't think we can operate under that

7  principle.

8           MR. YANCHUNIS:  And if I might add -- I

9  don't mean to double-team, Your Honor, but may I

10 speak?

11          THE COURT:  You may.

12          MR. YANCHUNIS:  So I'm involved in a case

13 called Pella 1, which is before Judge Zagel in the

14 Northern District of Illinois.  In that case, the

15 court certified a nationwide class under declaratory

16 judgment act and then certified six consumer statutes

17 in six different states.  That was upheld by the

18 Seventh Circuit.

19          The case then was settled, and that

20 court -- this was before I got involved in the

21 case -- reversed that.  And then new counsel came

22 in -- Bob Clifford, myself -- and we've been engaged

23 in discovery for the last two years.  So we just

24 recently hit discovery cutoff.

25          So that's a prime example of a case in



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

76

1  which the court certified a case, it was upheld on

2  appeal, and we've been engaged in discovery for the

3  last two years on the merits, with a trial setting in

4  April of next year.  So it's a circumstance and which

5  I think well supports the extension of the discovery

6  past the Court's ruling on the motion for class cert.

7          THE COURT:  All right.  Mr. Yanchunis.

8          Mr. Monde.

9          MR. MONDE:  Your Honor, our position is --

10  is that, under the current schedule, as I understand

11  it, there will be -- the reply brief on class cert.

12  won't be filed until April of 2018.  That ought to be

13  ample time to complete discovery.

14          We didn't say a hard cutoff.  We said that

15  it ought to be done, because we're not bifurcating

16  discovery here:  Class and merits.  We've agreed not

17  to do that.  But if, as a result of Your Honor's

18  class ruling, there are issues that need discovery,

19  well, the first thing that will happen is the parties

20  will confer and try to reach agreement.  And if they

21  don't, I expect that the plaintiffs will come forward

22  asking for reopening of discovery to explore these

23  additional topics, and I expect the discovery would

24  then be limited.

25          But by setting a deadline for both parties

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  to work towards and given that that deadline is April

2  of 2018, two years from now, that ought to be

3  sufficient time.  Again, because if we were not

4  agreeing on the bifurcation issue, it might be a

5  different situation.  But here, merits discovery will

6  go on in parallel with the class, and so we think our

7  proposal is the one that will be most efficient.

8            THE COURT:  Well, my experience has been,

9  whether I grant or deny, it seems that there's always

10  more discovery to do.  So I'm going to go with the

11  plaintiffs' proposal.  120 days after the Court rules

12  on the motion for class certification will be the

13  discovery deadline.  As within seven days after the

14  Court's ruling on the class certification, the

15  parties will meet and confer regarding the completion

16  of discovery, including but not limited to additional

17  depositions, experts, and other discovery.

18            If the defendants feel like there's

19  duplication or something else is going on, I'm going

20  to talk to you about how I'm going to try to handle

21  discovery disputes in a moment, but we'll -- we'll

22  deal with it then.  But I guess I think it probably

23  makes sense to go ahead and build in some period of

24  time, because it just seems like, even when I've

25  denied class certification, it's the defendants often

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  that need discovery.

2           MR. MONDE:  Understood, Judge.  Given your

3  ruling, I think we need to revisit back on Page 15 a

4  bit, because the parties have jointly proposed that

5  60 days following a ruling on class certification the

6  defendant would make the Rule 56 motion.  So I would

7  propose that, instead of 60 days following the ruling

8  on class certification, it would be 60 days following

9  the close of discovery after class certification.

10 And then the other dates would be amended

11 accordingly.

12          THE COURT:  Ms. Wolchansky, what do you

13 think about that, pushing the summary judgment

14 deadline a little bit further?

15          MS. WOLCHANSKY:  We're fine with that, Your

16 Honor.

17          THE COURT:  All right.  So we will then --

18 let's -- let's -- I guess the change on Page 15 will

19 be -- instead of saying 60 days following the ruling

20 on class certification, it'll be 60 days following

21 the discovery deadline.

22          MR. MONDE:  Yes, sir.

23          THE COURT:  And then 120 days and then 150

24 days.  All right.

25          And we will just leave for the future

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  pretrial conference till we get rulings on the

2  motions for summary judgment, but the parties will

3  request that, what they want and what I can do for

4  you, at that point after the rulings on the motions

5  for summary judgment.

6          Are there any other deadlines, any other --

7  anything else I need to set for you, Ms. Wolchansky?

8          MS. WOLCHANSKY:  Nothing further from the

9  plaintiffs.

10          THE COURT:  All right.  How about from the

11  defendants, Mr. Monde?

12          MR. MONDE:  Nothing to be set, Judge, but I

13  just wanted to bring to the Court's attention to be

14  certain that we're all -- all three are on the same

15  page, that the parties have proposed that we allow

16  for an extension beyond the local rule page limit on

17  the two briefs.

18          THE COURT:  Yeah, I wasn't excited about

19  that, but --

20          MR. MONDE:  That's why I wanted to raise

21  it, at least.

22          THE COURT:  But I did see it.  I did see

23  it.

24          MR. MONDE:  I didn't want you to see it

25  after we had all gone.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

80

1          THE COURT:  Yeah, I know.

2          MS. WOLCHANSKY:  Judge, one more point.

3          And I apologize, David.  We haven't

4   discussed this.

5          But it's our understanding there's a local

6   rule -- rule that limits exhibits to 50 pages in

7   total, which we -- the plaintiffs anticipate might be

8   a problem if we are attaching depositions, and

9   probably likewise for defendants.  I don't know if --

10  if Your Honor wants to have us address that when it

11  comes up or if we can maybe just, here today, address

12  that issue so we don't see multiple motions.

13         THE COURT:  Well, just be generous with

14  each other.  I mean, I'm probably going to allow you

15  to file what you want.  I'll listen to what you have,

16  so just be generous in giving extensions to each

17  other.

18         Mr. Schultz.

19         MR. A. SCHULTZ:  Your Honor, on that point,

20  since our local rules unfortunately have a footnote

21  which limits --

22         THE COURT:  I didn't write it.

23         MR. A. SCHULTZ:  Which unfortunately, Your

24  Honor, I did, which, at the request of the clerk's

25  office, converts 50 pages to a certain computer size.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

81

1          THE COURT:  Yeah.

2          MR. A. SCHULTZ:  It may require an order

3  from this Court in order to allow the clerk's office

4  to -- for us to file more than the size.  Because

5  otherwise, the system automatically bounces anything

6  that's over a certain computer period.  This has

7  nothing to do with our ability to work with each

8  other and cooperate, but it may require some slight

9  intervention from the Court.

10         THE COURT:  Well, if you-all need help on

11 that, just submit me an order.  I'll almost always go

12 along with it.

13         While we're talking about exhibits, as I

14 get older and my eyes get weaker, a lot of times,

15 these computer-generated highlights don't work, and

16 it then forces me to read more than I am even being

17 asked to read, just because I can't see it on the

18 page.  So just be mindful of that.

19         If you can figure out a way to test your

20 CM/ECF filings to make sure that -- take it to your

21 oldest lawyer.  See if they can read it.  Or

22 underline it or figure out some bracketing or

23 something like that.  Underlining and bracketing

24 actually -- I know it's old-school, but it actually

25 works better for me as far as seeing than sometimes

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

82

1  highlighting.

2          But just test it maybe, because if I am

3  being asked to read one sentence on a page and all

4  that and I can't see the highlighting, I have to read

5  the page.  It does slow it down a little bit.

6          All right.  Did I ask?  Mr. Monde, did you

7  have any other things on scheduling?  Any sort of --

8  anything else?

9          MR. MONDE:  No.

10          THE COURT:  I suggest we take a few

11  minutes' break.  We've gone fairly long, and I need

12  to give Mr. Garrett a break to rest his fingers.  And

13  then we'll come back in, and I'll talk to you about

14  how I do things, see if those need to be adjusted for

15  this case.  Then I do have a few questions I want to

16  ask, just that in my reading, and then you-all may

17  have some other things you want to ask me or tell me.

18          All right.  We'll be in recess for a few

19  minutes.

20      (Recess from 11:40 a.m. to 11:58 a.m.)

21          THE COURT:  Please be seated.

22          All right.  Let me -- let me make a few

23  comments as I do for the local counsel.  They've

24  heard this many times, but let's see if it'll work

25  for this case, these cases as well.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

83

1          On discovery, I give you a choice.  I find

2    that most civil lawyers just need an answer, and if

3    you would like to take advantage of that, call

4    Ms. Wild, and I'll get on the phone with you and try

5    to give you an answer.  Sometimes I have to look at

6    something, like an RFP or an interrogatory, to make

7    an informed decision, so sometimes it takes two or

8    three days.  But usually, I can get back to you

9    fairly quickly if I don't give you an answer on the

10   phone.

11         If you would prefer to formally brief the

12   discovery issue, that's fine as well.  We'll talk

13   about motions in a moment, and if you would prefer

14   that Judge Fashing, the magistrate judge, handles

15   discovery, that's fine with me as well.  Just let

16   Ms. Wild know, because if I don't hear from you, I'm

17   my own default.  I do my own discovery unless I hear

18   otherwise from you.

19         On motions, you obviously have an

20   obligation to meet and confer.  That's required by

21   the federal rules as well as the local rules.  What

22   I'm about to tell you is not required, but maybe with

23   this bunch, since you-all litigate all over the

24   country, it might mean something a little more than

25   it seems to mean here, where I don't get many takers.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

84

1          But if you would like for me to sit in on

2     the meet and confers, I find when I do, issues sort

3     of go by the wayside and we begin to focus on what

4     really needs to be decided and what the judge needs

5     to decide to do.  So if you'd like to take advantage

6     of that, just call Ms. Wild, and I'll get on the

7     phone with you, or we can meet here or chambers,

8     whatever, try to -- try to narrow the issues.

9          As you well know, a lot of the judges,

10    particularly in the Southern District of New York, do

11    that, and they're telling us that it resolves

12    95 percent of the disputes.  For some reason, I get

13    few takers here in New Mexico.  And so but if you-all

14    would like to take advantage or try me out, let me

15    know, and we'll do it.  I don't require that like

16    they do in the Southern District of New York.

17    Federal court requires enough stuff, but if you'd

18    like to take advantage of it, let Ms. Wild know.

19    I'll make myself available.

20          Ms. Wild is very good at looking at the

21    docket and figuring out what is being filed, but it

22    does help, if you file something, to call her and

23    say, "We filed this motion," and we'll try to set it

24    promptly for a hearing, and then I'll try to either

25    be prepared to rule or give you an inclination so I

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

85

1  can keep the case moving for you and keep it moving

2  on my docket as well.

3           We talked about Daubert motions.  Can you

4  think of anything else?

5           THE CLERK:  No.

6           THE COURT:  All right.  Let me go through a

7  few things that I would go through with you if this

8  were, sort of, a normal initial scheduling conference

9  where you-all had not -- where we didn't do what we

10 just have done, as going through, setting deadlines.

11          On experts, we've talked about the

12 deadlines and all of that.  But when I set the

13 deadlines for experts, that means you have to

14 disclose your experts, have your ex -- have -- you

15 know, produce your expert reports and have your

16 experts ready to be deposed.  They don't have to be

17 deposed that day, but have them ready to go so that

18 the defendants can get to their work fairly quickly,

19 and then on the other side, on the rebuttal side as

20 well.

21          Let me just ask it.  I assume, looking at

22 the joint status report, probably what the answer

23 will be, but do you want any assistance from our

24 magistrate judges as far as a settlement conference,

25 or do you want to just have them stand down?  What

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

86

1   communication do you want me to give Judge Fashing?

2   And if you don't want Judge Fashing, if there's

3   somebody else in the building, somebody you'd like,

4   somebody else in the district that you'd like, I can

5   certainly run interference for it and make that

6   happen.

7           MR. YANCHUNIS:  Your Honor, could we defer

8   that and allow us to talk internally and then also

9   with Mr. Monde and his group --

10          THE COURT:  Okay.

11          MR. YANCHUNIS:  -- about the issue of using

12  the magistrate or someone else?

13          THE COURT:  All right.

14          MR. YANCHUNIS:  Thank you, Judge.

15          THE COURT:  Is that all right with you,

16  Mr. Monde?

17          MR. MONDE:  It is.

18          THE COURT:  All right.  So I will just not

19  communicate with Ms. Fashing at all.  So if you hear

20  from her, you'll have to deal with her, and if you

21  don't hear from her, then -- but I'm not going to

22  communicate to her.

23          I can't read my writing here.

24      (The Court and the Clerk confer.)

25          THE COURT:  All right.  Let me ask you some



SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                     (505) 843-9494
FAX (505) 843-9492                                 FAX (505) 843-9492
                                                   1-800-669-9492
                                                   e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  questions.  Some -- sometimes in these larger cases,

2  people want this.  I don't want to impose it if you

3  don't want it, but I've had people ask for it in some

4  cases.  In other cases, they don't.  Do you want a

5  status conference?  Do you want me to set status

6  conferences periodically?

7          You know, you could let me know 14 days in

8  advance.  If you don't have anything to discuss, we

9  can vacate it so it's not a waste of everybody's

10 time.  Or do you want to just -- I'm pretty

11 available.  Do you just want to call me when there's

12 issues and not have to worry with any sort of

13 scheduled status conference?

14         And I guess the same question would be, do

15 you want to give me a report, or do you want to just

16 tell me when we get together?  What's your

17 preference?

18         MR. YANCHUNIS:  Perhaps Mr. Monde and I

19 can -- our group can talk with one another.  You

20 know, I will say that, in my district, where -- my

21 home district, we never see a U.S. district judge.

22 But in Chicago and Los Angeles, San Francisco and New

23 York, that's rather routine.  It does help you follow

24 what we're doing.

25         So why don't Mr. Monde and I come up with

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

88

1  what makes sense -- 30, 60, 90 days -- or if, as you

2  suggest, on the cusp of or eve of a date, if there's

3  nothing to discuss, we can file a report.  We could

4  get back with you.

5          THE COURT:  All right.  Does that work for

6  you, Mr. Monde?

7          MR. MONDE:  It does.

8          THE COURT:  All right.  So we'll defer

9  that, and you-all will tell me what you want.  And I

10  won't -- I'm not asking for those.  I'm just trying

11  to be of service here.

12          The same thing for the next question.  Do

13  the plaintiffs want to give me any sort of reports or

14  anything on billing or hours or anything

15  periodically, or do you -- do you want to just wait

16  till the end?

17          MR. YANCHUNIS:  Your Honor, again, we've

18  agreed, and the Court has adopted that by an order

19  that we're going to submit on a monthly basis by the

20  15th of each month.  It's up to you.  We have no

21  problem filing those in camera, and at the conclusion

22  of the case, if we're successful, we will file a fee

23  application.  It is appropriate, in a number of

24  districts, to have those records submitted in camera,

25  so it's up to you.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

89

1          THE COURT:  All right.  Well, let's don't,

2   then.

3          MS. McGINN:  Okay.

4          THE COURT:  Is that all right?

5          MR. YANCHUNIS:  Your Honor, that's quite

6   fine.

7          MR. MONDE:  It is.

8          THE COURT:  All right.  I, at this point,

9   have given up pleasure reading, and about all I read

10  is court filings.  So unless there's a compelling

11  case to be made for it, let's not.

12          All right.  We talked -- I made the offer

13  of the prefiling conferences if you-all want to take

14  advantage of that.

15          I need help with my handwriting.

16      (The Court and the Clerk confer.)

17          THE COURT:  Oh, from the plaintiffs'

18  standpoint, who is the point of contact for Ms. Wild

19  to call?

20          MS. McGINN:  I would think that would be

21  me.

22          THE COURT:  You want it to be you?

23          MS. McGINN:  Yes.

24          THE COURT:  Okay.

25          MS. McGINN:  I love talking to Ms. Wild.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

90

1          THE COURT:  Not to leave the defendants

2   out, Mr. Schultz.

3          MR. A. SCHULTZ:  I think it's me, Your

4   Honor.

5          THE COURT:  All right.  It's a big country.

6   There's a lot of lawyers from a lot of places.  I

7   talk to the phone a lot.  It's a big state, so I get

8   very used to telling -- talking to the phone.  I

9   know, when I was in private practice, I would drive

10  all over the state and fly all over the country

11  because I thought it made a difference.  I have

12  learned that I can tell people know just as well over

13  the phone as in person.

14         So do what you want.  You're always welcome

15  to come to Albuquerque, but also, feel free to use

16  the phone.  A little rule on the phone, please give

17  Ms. Wild 24 hours' advance notice before you use the

18  phone.

19         And this probably is more applicable to the

20  defense coun -- the plaintiffs' counsel.  If, for

21  example, Ms. McGinn, you're going to appear by phone

22  and you find out Mr. Bienvenu is also going to appear

23  by phone, don't give him the number and then him not

24  tell Ms. Wild that he's not calling by phone.

25         MS. McGINN:  Okay.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1           THE COURT:  And the reason for that is

2   because our phone system does have some limitations.

3   So we do have to plan whether we're dealing with a

4   conference call or just a -- just our usual call-in

5   system.  So this is a lot of people, and we'll

6   accommodate, but we do need to know in advance.

7           If you could stand next to me and tell me

8   what I wrote here.

9           MS. McGINN:  Your Honor, I'll be the

10  contact person for Ms. Wild if she'll come to my

11  office and help me read my handwriting, too.

12      (The Court and the Clerk confer.)

13          THE COURT:  Oh, I do want every motion

14  that's filed to indicate precisely what the position

15  of any parties, and this is probably more of an issue

16  for the plaintiffs.  So if the lead counsel has been

17  given authority by all the plaintiffs, then make the

18  representation that you have the consent or the

19  concurrence of all plaintiffs.  But I'm going to put

20  that burden on you-all.

21          So I don't care how you get it.  So if

22  you-all, in your working together -- but I need it.

23  So don't -- just -- just if somebody, for some

24  reason, does something in one case or something like

25  that.  And I don't care how small it is.  So I



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

92

1   want -- I want the position of all parties when a

2   motion is filed.  And so I'll leave it to the

3   plaintiffs to figure out how that's done, but put in

4   there if everybody consents and if somebody doesn't

5   consent.

6           I'm going to ask you in a moment if I can

7   impose upon the parties -- if you're agreeable to

8   this.  If you're not agreeable, we can put it

9   together.  But we're going to put a case management

10  order together following today's hearing, and I'm

11  going to put in here -- or you're going to put in,

12  depending on who's going to draft the order, that

13  these deadlines apply to all new parties and new

14  cases.  We'll put a sentence in there that, if

15  somebody else comes into the case, they can certainly

16  move for relief, but for the present time, this --

17  this is going to apply to all parties.

18          I do have a case management order out of

19  the Manual for Complex Litigation 40.21.  That is

20  what I intend to use, rather than my, sort of, usual

21  scheduling order for this case.  I would request --

22  although if you don't want to do it, we'll do it --

23  you putting this together, showing it to each other,

24  and then submitting it to the Court with the

25  deadlines that we agreed on.  Does that sound

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  reasonable?

2          MR. YANCHUNIS:  Yes.  Would it be

3  appropriate if the plaintiffs take the laboring oar,

4  and then, obviously, upon the preparation of that, we

5  can have the defendants' input?

6          MR. MONDE:  Absolutely.

7          THE COURT:  All right.  So there's the

8  form, and if you-all will submit that.

9          One minute more with Ms. Wild.

10      (The Court and the Clerk confer.)

11          THE COURT:  All right.  I'm about done.

12  Let me just mention one thing.  Be patient with us.

13  We're about to go into a month-long trial on

14  June 6th.  Mr. Schultz knows, and then I come right

15  out of that, and I've got a firm setting and probably

16  a criminal case in July.  So I have this month-long

17  trial that's coming up, and then I've been assigned a

18  death penalty case that has 23 death penalty eligible

19  defendants, 41 defendants and 48 lawyers.

20          And so this is kind of an intense time

21  around here.  So be patient.  We'll try to serve you

22  as well as we possibly can, but we do have kind of a

23  busy time that we're going through right at the

24  present time.

25          I think that is all that I need to discuss



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

94

1  with you.  That's all I need to tell you.  Is there

2  anything else we need to discuss while we're

3  together, anything else I can do for you today?

4          Mr. Yanchunis.

5          MR. YANCHUNIS:  Just one thing, Your Honor.

6  You mentioned some problems reading things.  It is --

7          THE COURT:  It's not -- it's not as bad as

8  I maybe put on, but --

9          MR. YANCHUNIS:  Well, it's certainly bad

10 for me, and I've continued to move up in the strength

11 of these readers.  And I ascertain that it is not the

12 local practice here to submit bench copies of what is

13 filed electronically.  Some judges like that.  Would

14 you not want those?

15         THE COURT:  You know, it's just -- it's too

16 much work.

17         MR. YANCHUNIS:  Okay.

18         THE COURT:  I'm fine.  I'm fine.  I

19 appreciate it.

20         MR. YANCHUNIS:  Yes, sir.

21         THE COURT:  But I need to drag into the

22 21st century with CM/ECF, and I'll get there.  I'll

23 get there.  But I appreciate it.

24         Mr. Monde.

25         MR. MONDE:  Judge, one item.  In your order

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

95

1  setting this conference of May 2nd, Paragraph 2H on

2  Page 6, you said that no motion shall be filed under

3  Rule 12, among other rules, without leave of court.

4          THE COURT:  Right.

5          MR. MONDE:  Can we interpret the Court's

6  rulings today as leave of Court to file the motion to

7  dismiss with regard to RAI and the personal

8  jurisdiction issue and the motion based on preemption

9  and other grounds?

10          THE COURT:  You may.  I assume there's no

11  objection to that.

12          MR. YANCHUNIS:  Of course not, Your Honor.

13          THE COURT:  Okay.

14          MR. MONDE:  Thank you.

15          THE COURT:  Anything else, Mr. Monde?

16          MR. MONDE:  That's it, Your Honor.

17          THE COURT:  I do think I left one thing

18  off.  I found another little list here, so let me go

19  through my list to see if I've covered everything.

20          You-all gave me a summary, and of course, I

21  read everything as well.  And we got -- we got the

22  12(b)(2) motion coming up, but is there a -- is

23  there -- is there some motion or issue in this case

24  that the preemption issue or something like that, is

25  there some key issue here that, if it was pulled

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

96

1   forward, would assist the parties in trying to
2   resolve this case?  Is there some key issue here that
3   can be done sooner rather than later?
4            How about from the plaintiffs' standpoint?
5            MS. McGINN:  Your Honor, I don't think so.
6   The history, why the historical aspect of all this is
7   important, is because Tobacco doesn't settle.  If
8   there's -- you're asking, is there something that
9   would get the cases resolved?  I don't think that's
10  the case here.  Our plan is to get the case ready for
11  trial, because that's where we think it's going to go
12  eventually, so --
13           THE COURT:  Well, as you know, I've sat on
14  both sides of this table.
15           MS. McGINN:  Right.
16           THE COURT:  If there's some big issue out
17  there that is going to -- is going to be there, I
18  want to know the good news and bad news earlier
19  rather than later.  There's not one of those issues
20  here, --
21           MS. McGINN:  I don't think so.
22           THE COURT:  -- the preemption issue or
23  something?
24           MR. SCHLESINGER:  Obviously, class
25  certification is --

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

97

1            MS. McGINN:  Right.

2            MR. SCHLESINGER:  -- a huge matter, and

3    if -- if, hypothetically, Your Honor certifies a

4    class, we're faced with a 23(f) immediate appeal on

5    the propriety of that ruling.  So that's -- that's

6    all -- in addition to the at -- the schedule you've

7    laid out that gets us into 2018, even if we were to

8    prevail, that's going to add substantial time for the

9    appellate courts to assess the propriety of Your

10   Honor's ruling.  So --

11           THE COURT:  For you -- for you, it's the

12   class certification hearing that's --

13           MR. SCHLESINGER:  It is.

14           THE COURT:  -- that's the ball game?

15           MR. SCHLESINGER:  It is, and I'm sure for

16   defense that -- that, you know, they've got interest

17   in dismissal and preemption, and those precede

18   things.  But you know, we're going to try to move

19   expeditiously, and we're going to try to provide what

20   we can ahead of time to keep this moving.

21           THE COURT:  All right.  How would you

22   answer that question, Mr. Monde?

23           MR. MONDE:  Preemption is certainly a key

24   issue that now we know, based on the Court's setting

25   the schedule, will be resolved relatively early, and

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

98

1 that, to us, is an important decision and could well

2 be dispositive.  Don't know, of course, until we see

3 the consolidated amended complaint.

4            THE COURT:  Well, you've got -- you've got

5 the deadlines.  Do you anticipate bringing that

6 motion -- the preemption issue earlier rather than

7 later?  Or is that --

8            MR. MONDE:  Well, there's a -- there's a

9 deadline that's been set.  I don't anticipate

10 bringing that motion earlier than the deadline simply

11 because there is a lot of other work to be done.  If

12 the Court is encouraging us to do that --

13            THE COURT:  No, I'm not.  I just -- I just

14 wondered.  I'm just trying to get a feel for the real

15 world now here:  What are we really fighting over?

16 Class certification seems to be the ball game over

17 here.  You're saying the preemption issue.  I'm just

18 trying to get a feel for, before it all starts,

19 what -- what's the real ball game here.

20            MR. MONDE:  Well, it our view, preemption

21 is the first test that the plaintiffs' claims need to

22 be put to, and in addition, of course, to the RAI

23 personal jurisdiction motion.  If, for whatever

24 reason, the Court denies the motion on preemption or

25 perhaps grants it as to certain claims, that will

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

**BEAN & ASSOCIATES, Inc.**
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

99

```
 1   then help all of us to focus on what's important

 2   going forward.

 3           THE COURT:  Now, it seems to me the

 4   deadlines we've set pushes that motion to dismiss

 5   very far down the pike.  Am I -- am I --

 6           MR. MONDE:  Well, I guess it's all in the

 7   eye of the beholder, but it's September.  The motion

 8   to dismiss both on jurisdiction and on preemption and

 9   related arguments is September 29th.

10           THE COURT:  So that's our November 30th

11   hearing.

12           MR. MONDE:  Well, in other words, the

13   Court --

14           THE COURT:  So I'll have those two issues

15   on November 30th.

16           MR. MONDE:  That's right.  You'll hear both

17   on that -- on that day, and you know, we -- I haven't

18   conferred with my colleagues on the other side in

19   terms of estimated length of time, but I would think

20   that could take the better part of a day, those two

21   arguments.

22           THE COURT:  What did we give?  Did we give

23   one day or two days on that?

24           MR. MONDE:  One currently, and I'm not

25   suggesting we need two, Judge.  I think --
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

100

1          THE COURT:  Well, as you get -- if you get

2     closer and you think you do, call Ms. Wild.  So I'm

3     going to be looking at two issues on that day.

4          MR. MONDE:  That's right.

5          THE COURT:  Jurisdiction and preemption,

6     those will be the two big issues.

7          MR. MONDE:  Yeah.  Yes, with the

8     understanding that, in addition to preemption, there

9     may be other grounds to dismiss, either on a partial

10    or a complete basis.  I don't want to leave the Court

11    with the impression that preemption is the only

12    argument that it might see on the 30th.

13         THE COURT:  Okay.  There are three pending

14    motions in -- there's one in the -- there's motions

15    to dismiss in the Brattain case, the Sproule case,

16    and the White case.  They are pending.  I assume

17    you-all filed them.

18         MR. MONDE:  We did, Judge, and the stays

19    were entered in those cases before responsive

20    briefing was done.  I don't think that there was a

21    motion filed in the White case, because that was

22    filed -- the White case was actually filed just on

23    the eve of the hearing out in Santa Barbara on the

24    MDL.  But you're correct that they were in the

25    Sproule and the Brattain case.  Now that we have

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   agreed that there will be a consolidated amended

2   complaint filed for pretrial purposes, obviously, our

3   motion will be directed towards that.

4            THE COURT:  Do you want to withdraw those

5   three motions or two motions or whatever motions you

6   have and then just -- then we just have the one

7   that's coming or the -- the two that are coming or

8   however many you're going to file?

9            MR. MONDE:  Yes, with the -- with the

10  understanding that we are withdrawing those on the

11  assumption and belief that the plaintiffs will be

12  filing a consolidated amended complaint and we will

13  have an opportunity to move to dismiss against that.

14           THE COURT:  Any objection to withdrawing?

15           MS. McGINN:  No.

16           THE COURT:  All right.

17           MR. YANCHUNIS:  And that would be

18  appropriate.

19           THE COURT:  All right.  So you don't need

20  to file another motion.  Just file a notice

21  indicating that all the -- everybody agrees, just

22  withdrawing those motions.

23           MR. MONDE:  And we'll look at what's on the

24  White docket so we can understand that.

25           THE COURT:  It's not.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            MR. MONDE:  Okay.

 2            THE COURT:  So --

 3            MR. WARSHAW:  Your Honor, this is Dan

 4  Warshaw for White.  It was not filed in my case.

 5            THE COURT:  Yeah.  Yeah, Ms. Wild has just

 6  confirmed that.  So it's Brattain and Sproule, then.

 7            MR. MONDE:  Yes, Judge.

 8            THE COURT:  All right.  Anything else,

 9  Ms. McGinn?

10            MS. McGINN:  Nothing from the plaintiffs,

11  Your Honor.

12            THE COURT:  Mr. Monde?

13            MR. MONDE:  Nothing from defendants.

14            THE COURT:  All right.  Appreciate your

15  presentations and presence today.

16            If we can be of assistance, don't hesitate

17  to call.  I'll try to help you litigate this case as

18  expeditiously and inexpensively as possible.  If you

19  agree on anything, you know, probably I'll go along.

20  So it's not like a criminal case, where I have to

21  sometimes make up my own mind.  But if you agree to

22  change any of this or anything, just submit me an

23  order.  And if you can't agree, don't feel like you

24  have to brief it all up.  Call Ms. Wild and get me on

25  the phone.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

103

1          All right.  Good to see you-all.

2          MR. SCHLESINGER:  Good to meet you, Judge.

3          THE COURT:  I look forward to working with

4   you.

5       (In recess at 12:22 p.m.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

104

1                     REPORTER'S CERTIFICATE

2

3          I, THOMAS L. GARRETT, Court Reporter for

4    the State of New Mexico, hereby certify that I

5    reported the proceedings in 1:16-MD-02695-JB-LF and

6    that the pages contained herein are a true and

7    correct transcript of the proceedings.

8          I FURTHER CERTIFY that I am neither

9    employed by nor related to any of the parties or

10   attorneys in this case and that I have no interest

11   whatsoever in the final disposition of this case in

12   any court.

13          WITNESS MY HAND this 27th day of May 2016.

14

15   _____
     Thomas L. Garrett, FCRR, CCR #255

16   BEAN & ASSOCIATES, INC.
     License Expires 12/31/2016

17

18

19

20

21

22

23

24

25


SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com