IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

IN RE: SANTA FE NATURAL TOBACCO
COMPANY MARKETING, SALES
PRACTICES, AND PRODUCTS LIABILITY
LITIGATION                                    Lead Case No. 1:16-md-02695-JB-LF

THIS DOCUMENT RELATES TO:

    *All actions*

## NOTICE OF DISASSOCIATION OF COUNSEL

Defendants Santa Fe Natural Tobacco Company, Inc. and Reynolds American, Inc. give notice disassociating Joseph R. Coburn of the law firm of Jones Day as counsel for Defendants. As grounds for this Notice, Defendants state as follows:

1. As of July 27, 2016, Joseph R. Coburn no longer will be associated with the law firm of Jones Day and no longer will represent these Defendants.

2. The law firm of Jones Day continues to represent Defendants Santa Fe Natural Tobacco Company, Inc. and Reynolds American, Inc.

3. Defendants Santa Fe Natural Tobacco Company, Inc. and Reynolds American, Inc. request that the Court remove Joseph R. Coburn from the list of counsel in this case who receive electronic notice of filings by counsel or the Court.

                                      RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

                                      By: *"Electronically Filed" /s/ Andrew G. Schultz*   .
                                            Andrew G. Schultz
                                    P.O. Box 1888
                                    Albuquerque, NM  87103
                                    Telephone:    (505) 765-5900
                                    Facsimile:     (505) 768-7395
                                    E-mail:         aschultz@rodey.com

                                                -and-

        JONES DAY
           Peter J. Biersteker
           Noel J. Francisco
        51 Louisiana Avenue, N.W.
        Washington, DC   20001-2113
        Telephone:   (202) 879-3939
        Facsimile:   (202) 626-1700
        E-mail:   pbiersteker@jonesday.com
                    njfrancisco@jonesday.com

        JONES DAY
           David M. Monde
           Michael F. Stoer
        1420 Peachtree St., Suite 800
        Atlanta, GA   30309
        Telephone:   (404) 521-3939
        Facsimile:   (404) 581-8330
        E-mail:   dmmonde@jonesday.com
                    mstoer@jonesday.com

        JONES DAY
           Sharyl A. Reisman
        250 Vesey Street
        New York, NY   10281-1047
        Telephone:   (212) 326-3939
        Facsimile:   (212) 755-7306
        E-mail:   sareisman@jonesday.com

*Attorneys for Defendants Santa Fe Natural Tobacco Company, Inc. and Reynolds American, Inc.*

# CERTIFICATE OF SERVICE

The undersigned certifies that on July 26, 2016 the foregoing *Notice of Disassociation* was electronically filed with the Clerk of Court using the CM/ECF system that will send notification of such filing to all counsel of record.

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By   */s/ Andrew G Schultz*                   .
      Andrew G. Schultz