IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

IN RE: SANTA FE NATURAL TOBACCO
COMPANY MARKETING & SALES
PRACTICES AND PRODUCTS LIABILITY
LITIGATION

                 Lead Case No. MD 16-2695 JB/LF

*This Document Relates To All Cases*
_____

## JOINT MOTION TO EXTEND CERTAIN DEADLINES

Plaintiffs and Defendants jointly move for an extension of certain case deadlines by approximately three weeks and rescheduling of the hearing on Defendants' motions to dismiss from November 30, 2016 to a time and date to be set by the Court, on or between January 25-31, 2017, and show as follows:

WHEREAS, on June 17, 2016, the Court entered Case Management Order No. 2 (Doc. No. 37) governing the case management and discovery schedule;

WHEREAS, the parties have met, conferred and jointly move to extend the deadlines for: (1) Plaintiff to file the Consolidated Amended Complaint, (2) the parties to respond to initial written discovery requests, (3) the parties to serve amended supplemental Rule 26(a)(1) disclosures, (4) the filing or motions to dismiss and related briefing, and to adjust the date for the hearing on those motions, currently set for November 30, 2016, as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Deadline for Plaintiffs to file consolidated amended complaint. | August 22, 2016 | September 19, 2016 |
| Due date for Defendants' responses to initial written discovery requests. | September 6, 2016 | October 4, 2016 |
| Parties to serve amended supplemental Fed. R. Civ. P. 26(a)(1) disclosures based on the Consolidated Amended Complaint. | September 21, 2016 | October 19, 2016 |

1

| | | |
|---|---|---|
| Deadline for Defendants to file Motions to Dismiss. | September 29, 2016 | November 3, 2016 |
| Deadline for Plaintiffs to file Opposition to Motions to Dismiss. | October 31, 2016 | December 12, 2016 |
| Deadline for Defendants to file Reply in Support of Motions to Dismiss. | November 21, 2016 | January 18, 2017 |
| Hearing on Defendants' motions to dismiss | November 30, 2016 at 9:00 a.m. MST | On a date and time to be set by the Court. |

WHEREFORE, the parties jointly move the Court to adopt these proposed amended deadlines. A proposed order is attached hereto as Exhibit A.

Dated: August 18, 2016

/s/ Melissa W. Wolchansky
Melissa W. Wolchansky
Amy E. Boyle
HAULEN LAW
1650 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Tel: 612-605-4098
wolchansky@haulenlaw.com
boyle@haulenlaw.com

John Allen Yanchunis, Sr.
Marisa K. Glassman
MORGAN & MORGAN
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel: 813-223-5505
jyanchunis@forthepeople.com
mglassman@forthepeople.com

Scott P. Schlesinger
Jonathan Gdanski
SHELDON J. SCHLESINGER PA
1212 SE 3rd Avenue
Fort Lauderdale, FL 33316
Tel: 954-467-8800
scott@schlesingerlaw.com
jgdanski@schlesingerlaw.com

/s/ David M. Monde
David M. Monde
JONES DAY
1420 Peachtree Street, Suite 800
Atlanta, GA 30309
Tel: 404-521-3939
dmmonde@jonesday.com

Peter J. Biersteker
JONES DAY
51 Louisiana Avenue, NW
Washington, DC 20001-2113
Tel: 202-879-3939
pbiersteker@jonesday.com

Andrew G. Schultz
RODEY, DICKASON, SLOAN,
AKIN & ROBB, P.A.
201 3rd Street, NW, Suite 2200
Albuquerque, NM 87102
Tel: 505-768-7205
aschultz@rodey.com

Attorneys for Defendants

Attorneys for Plaintiffs and Proposed Class

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 18, 2016, the foregoing *Joint Stipulation and [Proposed] Order Extending Deadlines* was electronically filed with the Clerk of Court using the CM/ECF system that will send notification of such filing to all counsel of record:

By:     *Kathy Love*
          Kathy Love