IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

IN RE: SANTA FE NATURAL TOBACCO
COMPANY MARKETING & SALES
PRACTICES AND PRODUCTS LIABILITY
LITIGATION

Lead Case No. MD 16-2695 JB/LF

*This Document Relates To All Cases*

_____

### [JOINT PROPOSED] ORDER EXTENDING CERTAIN DEADLINES

UPON the joint motion of Plaintiffs and Defendants and for good cause shown, the parties' motion is GRANTED and certain deadlines set forth in Case Management Order No. 2 (Doc. No. 37) governing the case management and discovery schedule are amended as follows:

| Event | Amended Deadline |
|---|---|
| Deadline for Plaintiffs to file consolidated amended complaint. | September 19, 2016 |
| Due date for Defendants' responses to initial written discovery requests. | October 4, 2016 |
| Parties to serve amended supplemental Fed. R. Civ. P. 26(a)(1) disclosures based on the Consolidated Amended Complaint. | October 19, 2016 |
| Deadline for Defendants to file Motions to Dismiss. | November 3, 2016 |
| Deadline for Plaintiffs to file Opposition to Motions to Dismiss. | December 12, 2016 |
| Deadline for Defendants to file Reply in Support of Motions to Dismiss. | January 18, 2017 |
| Hearing on Defendants' motions to dismiss | On a date and time to be set by the Court. |

SO ORDERED, this _____ day of August, 2016.

_____

HON. JAMES O. BROWNING

United States District Judge

1

**EXHIBIT A**