**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

| | |
|---|---|
| IN RE: SANTA FE NATURAL TOBACCO COMPANY MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Lead Case No. 1:16-md-02695 JB/LF |

*This Document Relates To All Actions*

# CERTIFICATE OF SERVICE OF PLAINTIFFS' SECOND REQUEST FOR PRODUCTION TO DEFENDANT SANTA FE NATURAL TOBACCO COMPANY

Plaintiffs, through Co-Lead Counsel, Melissa W. Wolchansky, Scott P. Schlesinger and John Yanchunis, hereby certify that (1) **Plaintiffs' Second Request for Production of Documents to Defendant Santa Fe Natural Tobacco Company**; and (2) a copy of this **Certificate of Service** were served on October 7, 2016 via electronic mail upon all counsel of record for Defendants and Plaintiffs' Executive Committee.

Dated: October 7, 2016

Respectfully Submitted:

*/s/ Melissa W. Wolchansky*
Melissa W. Wolchansky
**HALUNEN LAW**
1650 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: 612-605-4098
Facsimile: 612-605-4099
wolchansky@halunenlaw.com

Scott P. Schlesinger
**SCHLESINGER LAW OFFICES, P.A.**
1212 SE 3rd Avenue
Fort Lauderdale, FL 33316
Telephone: 954-467-8800

1

Facsimile: 954-320-9509
scott@schlesingerlaw.com

John A. Yanchunis
**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: 813-223-5505
Facsimile: 813-223-5402
jyanchunis@forthepeople.com

*Co-Lead Counsel for Plaintiffs*