IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

IN RE: SANTA FE NATURAL TOBACCO
COMPANY MARKETING, SALES
PRACTICES, AND PRODUCTS LIABILITY        Lead Case No. 1:16-md-02695 JB/LF
LITIGATION

*This Document Relates To All Actions*

# CERTIFICATE OF SERVICE OF

# PLAINTIFFS' SUPPLEMENTAL DISCLOSURES

Plaintiffs, through Co-Lead Counsel, Melissa W. Wolchansky, Scott P. Schlesinger and John Yanchunis, hereby certify that **Plaintiffs' Supplemental Disclosures**; and (2) a copy of this **Certificate of Service** were served on October 19, 2016 via electronic mail upon all counsel of record for Defendants and Plaintiffs' Executive Committee.

Dated: October 19, 2016                    Respectfully Submitted:

                                           */s/ Melissa W. Wolchansky*
                                           Melissa W. Wolchansky
                                           **HALUNEN LAW**
                                           1650 IDS Center
                                           80 South 8th Street
                                           Minneapolis, MN 55402
                                           Telephone: 612-605-4098
                                           Facsimile: 612-605-4099
                                           wolchansky@halunenlaw.com

                                           Scott P. Schlesinger
                                           **SCHLESINGER LAW OFFICES, P.A.**
                                           1212 SE 3rd Avenue
                                           Fort Lauderdale, FL 33316
                                           Telephone: 954-467-8800
                                           Facsimile: 954-320-9509
                                           scott@schlesingerlaw.com

> John A. Yanchunis
> **MORGAN & MORGAN COMPLEX**
> **LITIGATION GROUP**
> 201 N. Franklin Street, 7th Floor
> Tampa, Florida 33602
> Telephone: 813-223-5505
> Facsimile: 813-223-5402
> *jyanchunis@forthepeople.com*
>
> *Co-Lead Counsel for Plaintiffs*