BRUCE HALL
JOHN P. SALAZAR
JOHN P. BURTON
CATHERINE T. GOLDBERG
EDWARD RICCO
W. MARK MOWERY
ELLEN T. SKRAK
HENRY M. BOHNHOFF
CHARLES K. PURCELL
ANDREW G. SCHULTZ
SCOTT D. GORDON
NELSON FRANSE
THERESA W. PARRISH
PAUL R. KOLLER
CHARLES J. VIGIL
THOMAS L. STAHL
DAVID W. BUNTING
LESLIE McCARTHY APODACA
JEFFREY M. CROASDELL
SUNNY J. NIXON
JEFFREY L. LOWRY
R. TRACY SPROULS
DONALD B. MONNHEIMER
ALAN HALL
SETH L. SPARKS
LISA CHAVEZ ORTEGA
JOCELYN C. DRENNAN
MICHAEL J. BRESCIA

AARON C. VIETS
KURT B. GILBERT
RICK BEITLER
JUSTIN A. HORWITZ
SANDRA L. BEERLE
VALERIE REIGHARD DENTON
BRENDA M. SAIZ
BRIAN P. BRACK
TODD E. RINNER
CHARLES R. HUGHSON
JOSE R. BLANTON
MICHAEL E. KAEMPER
MARGOT A. HEFLICK
KRYSTLE A. THOMAS
GLENN A. BEARD
ROBERT L. LUCERO
DENISE M. CHANEZ
PERRY E. BENDICKSEN III
DAVID P. BUCHHOLTZ
TYLER M. CUFF
MELANIE B. STAMBAUGH
SHANNON M. SHERRELL
JESSICA R. TERRAZAS
STEPHANIE L. LATIMER
LUIS G. CARRASCO
JUAN M. MARQUEZ
TAYLOR C. ZANGARA

**RODEY, DICKASON, SLOAN, AKIN & ROBB, P. A.**
ATTORNEYS AT LAW
201 THIRD STREET NW, SUITE 2200
ALBUQUERQUE, NEW MEXICO 87102

P.O. BOX 1888
ALBUQUERQUE, NEW MEXICO 87103
WWW.RODEY.COM

TELEPHONE (505) 765-5900
FACSIMILE (505) 768-7395

OF COUNSEL
ROBERT M. ST. JOHN
MARK K. ADAMS
RICHARD C. MINZNER
JO SAXTON BRAYER
DEWITT M. MORGAN
PATRICK M. SHAY
CHARLES A. SEIBERT III
CRISTINA ADAMS
CYNTHIA A. LOEHR
JOHN N. PATTERSON
DEBORA E. RAMIREZ

BERNARD S. RODEY (1856-1927)
PEARCE C. RODEY (1889-1958)
DON L. DICKASON (1906-1999)
WILLIAM A. SLOAN (1910-1993)
JACKSON G. AKIN (1919-2010)
JOHN D. ROBB (1924-2014)

SANTA FE OFFICE
119 EAST MARCY STREET, SUITE 200
SANTA FE, NEW MEXICO 87501-2046
P.O. BOX 1357
SANTA FE, NEW MEXICO 87504-1357
TELEPHONE (505) 954-3900
FACSIMILE (505) 954-3942

WRITER'S DIRECT NUMBER
(505) 768-7205

ASCHULTZ@RODEY.COM

January 26, 2017

Honorable James O. Browning
United States Courthouse
333 Lomas Blvd., NW – Suite 660
Albuquerque, NM 87102

      RE:    In Re: Santa Fe Natural Tobacco Company Marketing & Sales Practices and Products Liability Litigation
             Lead Case No. MD 16-2695 JB/LF

Dear Judge Browning:

The Court has set a status conference in this case for February, 8, 2017 at 9:00 AM.

Pursuant to Case Management Order No. 2 [Doc. 37], lead counsel for the parties have conferred and are in agreement that the parties have no agenda items to be heard by the Court. The parties thus respectfully ask that the Court cancel the February 8, 2017 status conference.

If you have any questions, or if we can provide the Court with any additional information, please let me know.

Very truly yours,

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By *[signature]*
     Andrew G. Schultz

cc:    Randi McGinn / Kathy Love
       Scott P. Schlesinger
       John A. Yanchunis
       Melissa Wolchansky
       David M. Monde