# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

| | |
|---|---|
| **In Re: Santa Fe Natural Tobacco Company Marketing & Sales Practices Litigation**<br><br>*This Document Relates to All Actions* | Lead Case No. 1:16-md-02695-JB-LF |

## PLAINTIFFS' NOTICE OF FILING

**PLEASE TAKE NOTICE** that Plaintiffs respectfully file a letter written by the American Academy of Pediatrics, American Cancer Society Cancer Action Network, American Heart Association, American Lung Association, Campaign for Tobacco-Free Kids and Truth Initiative to Dr. Scott Gottlieb, the Commissioner of the FDA, on June 7, 2017. *See* Exhibit 1.

Dated: June 7, 2017                          Respectfully submitted,

*s/Scott P. Schlesinger*
Scott P. Schlesinger
Jonathan R. Gdanski
Jeffrey L. Haberman
SCHLESINGER LAW OFFICES. P.A.
1212 SE Third Avenue
Ft. Lauderdale, FL 33316
scott@schlesingerlaw.com
jgdanski@schlesingerlaw.com
jhaberman@schlesingerlaw.com
Tel: 954-320-9507

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 7, 2017, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system that will send notification of such filing to all counsel of record.

                                                s/*Jeffrey L. Haberman*
                                                Jeffrey L. Haberman