IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

IN RE: SANTA FE NATURAL TOBACCO
COMPANY MARKETING & SALES
PRACTICES AND PRODUCTS LIABILITY
LITIGATION

Lead Case No. MD 16-2695 JB/LF

*This Document Relates To All Cases*

### NOTICE OF FILING HEARING EXHIBIT

As requested by the Court, Defendants file the chart they submitted at the June 9, 2017 hearing on Defendants' Motion to Dismiss the Consolidated Amended Complaint. A copy of that chart is attached as Exhibit A.

                              RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

                              By: *"Electronically Filed" /s/ Andrew G. Schultz*      .
                                      Andrew G. Schultz
P.O. Box 1888
Albuquerque, NM 87103
Telephone:     (505) 765-5900
Facsimile:     (505) 768-7395
E-mail:         aschultz@rodey.com

                                  -and-

JONES DAY
    Peter J. Biersteker
    William D. Coglianese
51 Louisiana Avenue, N.W.
Washington, DC   20001-2113
Telephone:     (202) 879-3939
Facsimile:     (202) 626-1700
E-mail:         pbiersteker@jonesday.com
                      wcoglianese@jonesday.com

JONES DAY
   David M. Monde
1420 Peachtree St., Suite 800
Atlanta, GA 30309
Telephone:   (404) 521-3939
Facsimile:   (404) 581-8330
E-mail:   dmmonde@jonesday.com

JONES DAY
   Sharyl Reisman
250 Vesey Street
New York, NY 10281
Telephone:   (212) 326-3939
Facsimile:   (212) 755-7306
E-mail:   sareisman@jonesday

*Attorneys for Defendants Santa Fe Natural Tobacco Company, Inc., Reynolds American, Inc. and R.J. Reynolds Tobacco Company*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 12, 2017, the foregoing *Notice of Filing Hearing Exhibit* was electronically filed with the Clerk of Court using the CM/ECF system that will send notification of such filing to all counsel of record:

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By:   *"Electronically Filed" /s/ Andrew G. Schultz*   .
      Andrew G. Schultz