*In re SFNTC Marketing, Sales Practices & Products Liability Litigation* (No. 1:16-md-2695-JB-LF):
**DEFICIENCIES IN PLAINTIFFS' CLAIMS**

## STATUTORY CLAIMS

| Cause of Action | Claim | Safe Harbor | Reasonable-Consumer Standard | Other |
|---|---|---|---|---|
| Cal. 1 | Consumer Legal Remedies Act (Cal. Civ. Code § 1750) | X | X | |
| Cal. 2 | False Advertising Law (Cal. Bus. & Prof. Code § 17500) | X | X | |
| Cal. 3 | Unfair Competition Act (Cal. Bus. & Prof. Code § 17200) | X | X ("fraudulent" prong) | |
| Colo. 1 | Consumer Protection Act (Col. Rev. Stat. § 6-1-101) | X | | |
| Fla. 1 | Unfair & Deceptive Trade Practices Act (Fla. Stat. § 501.201) | X | X | |
| Ill. 1 | Consumer Fraud & Deceptive Business Practices Act (815 Ill. Comp. Stat. 505/1) | X | X | |
| Ill. 2 | Uniform Deceptive Trade Practices Act (815 Ill. Comp. Stat. 510/1) | X | | X |
| Mass. 1 | Unfair And Deceptive Business Practices (Mass. Gen. Laws ch. 93A) | X | X | |
| Mich. 1 | Consumer Protection Act (Mich. Comp. Laws § 445.901) | X | X | |
| N.J. 1 | New Jersey Consumer Fraud Act (N.J.S.A. § 56:8-1) | X | X | |
| N.J. 2 | New Jersey Truth-In-Consumer Contract, Warranty & Notice Act (N.J.S.A. §56:12-14) | X | | X |
| N.M. 1 | Unfair Practices Act (N.M. Stat. Ann. § 57-12-1) | X | X | |
| N.M. 2 | False Advertising Law (N.M. Stat. Ann. § 57-15-1) | X | | |
| N.Y. 1 | N.Y. G.B.L. § 349 | X | X | |
| N.Y. 2 | N.Y. G.B.L. § 350 | X | X | |
| N.C. 1 | Unfair & Deceptive Trade Practices Act (N.C. Gen. Stat. § 75-1.1(a)) | X | X | |
| Ohio 1 | Consumers Sales Practice Act (Ohio Rev. Code ch. 1345) | X | X | X |
| Ohio 2 | Deceptive Trade Practices Act (Ohio Rev. Code ch. 4165) | X | | X |
| Wash. 1 | Consumer Protection Act (Wash. Rev. Code Ann. § 19.86.010) | X | X | |

- 1 -

**EXHIBIT A**

*In re SFNTC Marketing, Sales Practices & Products Liability Litigation* (No. 1:16-md-2695-JB-LF): **DEFICIENCIES IN PLAINTIFFS' CLAIMS**

## UNJUST-ENRICHMENT CLAIMS
*(Based on States of Purchase)*

| Cause of Action | No Injustice | Adequate Remedy at Law | No Direct Benefit | Other |
|---|---|---|---|---|
| Cal. 4 | X | | | |
| Colo. 2 | X | X | | |
| Fla. 2 | X | X | | |
| Ill. 3 | X | | | |
| Mass. 2 | X | X | | |
| Mich. 2 | X | X | X | |
| N.J. 3 | X | X | X | X |
| N.M. 3 | X | | | |
| N.Y. 3 | X | X | | X |
| N.C. 2 | X | X | X | |
| Ohio 3 | X | X | X | |
| Wash. 2 | X | X | | |

## EXPRESS-WARRANTY CLAIMS
*(Based on States of Purchase)*

| State | No Breach | No Pre-Suit Notice | No Privity |
|---|---|---|---|
| California | X | X | |
| Colorado | X | | |
| Florida | X | X | X |
| Illinois | X | X | X |
| New Jersey | X | | |
| New Mexico | X | X | |
| New York | X | X | X |
| North Carolina | X | X | |