# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

IN RE: SANTA FE NATURAL TOBACCO
COMPANY MARKETING & SALES
PRACTICES AND PRODUCTS LIABILITY
LITIGATION

Lead Case No. MD 16-2695 JB/LF

*This Document Relates To All Cases*

_____

## NOTICE OF FILING HEARING EXHIBIT

As requested by the Court, Plaintiffs hereby file the PowerPoint presentation labeled "Plaintiffs' Opposition to Motion to Dismiss" that they submitted at the June 9, 2017 hearing on Defendants' Motion to Dismiss the Consolidated Amended Complaint. A copy of that presentation is attached as Exhibit A.

Dated: June 12, 2017

Respectfully submitted,

s/ Melissa W. Wolchansky
Melissa W. Wolchansky
Amy E. Boyle
HALUNEN LAW
1650 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Tel: 612-605-4098
wolchansky@halunenlaw.com
boyle@halunenlaw.com


John Allen Yanchunis, Sr.
Marisa K. Glassman
MORGAN & MORGAN
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel: 813-223-5505
jyanchunis@forthepeople.com
mglassman@forthepeople.com

Attorneys for Plaintiffs and Proposed Class

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2017, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system that will send notification of such filing to all counsel of record.

*/s Melissa W. Wolchansky*
Melissa W. Wolchansky