## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

**In Re: Santa Fe Natural Tobacco Company Marketing & Sales Practices Litigation**

*This Document Relates to All Actions*

Lead Case No. 1:16-md-02695-JB-LF

## JOINT MOTION TO EXPAND PAGE LIMIT FOR SUPPLEMENTAL BRIEFS

The Plaintiffs and the Defendants (the "Parties") jointly move for this Court to expand the page limit for the Parties' supplemental briefs from 10 pages to 15 pages.

At the June 9, 2017, hearing on the Defendants' *Motion to Dismiss the Consolidated Amended Complaint and Incorporated Memorandum of Law*, ECF No. 90, the Court permitted the Plaintiffs to file a 10 page supplemental brief within 21 days (*i.e.*, by June 30, 2017), and permitted the Defendants to file a 10 page response within 2 weeks (*i.e.*, by July 14, 2017). *See* Tr. at 139:16–151:1, 154:24–155:24.

The Parties have conferred and agreed to an increased page limit for the Parties' supplemental briefs from 10 pages to 15 pages.

Therefore, the parties jointly move the Court to permit a 15 page limit for the supplemental briefs. A proposed order has been submitted in accordance with the Court's instructions.

1

| | |
|---|---|
| Dated:  June 29, 2017 | Respectfully Submitted, |
| /s/ Melissa W. Wolchansky | /s/ David M. Monde |
| Melissa W. Wolchansky | David M. Monde |
| Amy E. Boyle | JONES DAY |
| HALUNEN LAW | 1420 Peachtree Street, Suite 800 |
| 1650 IDS Center Atlanta, GA 30309 | 80 South 8th Street Tel: 404-521-3939 |
| Minneapolis, MN 55402 | dmmonde@jonesday.com |
| Tel: 612-605-4098 | |
| wolchansky@halunenlaw.com | |
| boyle@halunenlaw.com | |
| | |
| John Allen Yanchunis, Sr. | Peter J. Biersteker |
| Marisa K. Glassman | JONES DAY |
| MORGAN & MORGAN | 51 Louisiana Avenue, NW |
| 201 N. Franklin Street, 7th Floor | Washington, DC 20001-2113 |
| Tampa, FL 33602 | Tel: 202-879-3939 |
| Tel: 813-223-5505 | pbiersteker@jonesday.com |
| jyanchunis@forthepeople.com | |
| mglassman@forthepeople.com | |
| | |
| Scott P. Schlesinger | Andrew G. Schultz |
| Jonathan Gdanski | RODEY, DICKASON, SLOAN, |
| SHELDON J. SCHLESINGER PA | AKIN & ROBB, P.A. |
| 1212 SE 3rd Avenue | 201 3rd Street, NW, Suite 2200 |
| Fort Lauderdale, FL 33316 | Albuquerque, NM 87102 |
| Tel: 954-467-8800 | Tel: 505-768-7205 |
| scott@schlesingerlaw.com | aschultz@rodey.com |
| jgdanski@schlesingerlaw.com | |
| *Attorneys for Plaintiffs and Proposed Class* | *Attorneys for Defendants* |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 29, 2017, the foregoing *Joint Motion to Expand Page Limit for Supplemental Briefs* was electronically filed with the Clerk of Court using the CM/ECF system that will send notification of such filing to all counsel of record.

*/s/ Randi McGinn*
Randi McGinn

2