IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

IN RE: SANTA FE NATURAL TOBACCO
COMPANY MARKETING, SALES PRACTICES,
AND PRODUCTS LIABILITY LITIGATION

Lead Case No. 1:16-md-02695-JB-LF

THIS DOCUMENT RELATES TO:

*All actions*

## ENTRY OF APPEARANCE OF COUNSEL FOR DEFENDANTS SANTA FE NATURAL TOBACCO COMPANY, INC. AND REYNOLDS AMERICAN, INC.

Geoffrey K. Beach of Womble Bond Dickinson (US) LLP hereby enters his appearance, through local counsel, Rodey, Dickason, Sloan, Akin & Robb, P.A. (Andrew G. Schultz), for Defendants Santa Fe Natural Tobacco Company, Inc. and Reynolds American, Inc. in the above-captioned case.

Pursuant to D.N.M. LR-Civ. 83.3, the undersigned counsel certifies that Geoffrey K. Beach of Womble Bond Dickinson (US) LLP, who is not a member of the bar of the United States District Court for the District of New Mexico ("Federal Bar"), is a member in good standing of the bars of District of Columbia, Maryland, North Carolina, and Florida, and has associated with attorneys who are members of the Federal Bar.

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By:       */s/ Andrew G. Schultz*
Andrew G. Schultz
P.O. Box 1888
Albuquerque, NM  87103
Telephone:    (505) 765-5900
Facsimile:    (505) 768-7395
E-mail:       aschultz@rodey.com

-and-

WOMBLE BOND DICKINSON (US) LLP

By: _____*/s/ Geoffrey K. Beach*_____
    Geoffrey K. Beach
One West Fourth Street
Winston-Salem, NC  27101
Telephone:   (336) 721-3504
E-mail:    Geoff.Beach@wbd-us.com

-and-

JONES DAY
    David M. Monde
1420 Peachtree St., Suite 800
Atlanta, GA  30309
Telephone:   (404) 521-3939
Facsimile:   (404) 581-8330
E-mail:    dmmonde@jonesday.com

JONES DAY
    Peter J. Biersteker
51 Louisiana Avenue, N.W.
Washington, DC  20001-2113
Telephone:   (202) 879-3939
Facsimile:   (202) 626-1700
E-mail:    pbiersteker@jonesday.com

*Attorneys for Defendants Santa Fe Natural Tobacco Company, Inc. and Reynolds American, Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that on June 1, 2018, I filed the foregoing pleading electronically through the CM/ECF system, which caused all parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By: _____*/s/ Andrew G. Schultz*_____
    Andrew G. Schultz