# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| IN RE: SANTA FE NATURAL TOBACCO COMPANY MARKETING & SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This Document Relates To: All Actions* | Lead Case No. 1:16-md-02695-JB-LF |

### CERTIFICATE OF SERVICE OF SANTA FE NATURAL TOBACCO COMPANY'S RESPONSES AND OBJECTIONS TO PLAINTIFFS' THIRD <u>REQUEST FOR PRODUCTION OF DOCUMENTS</u>

Defendant Santa Fe Natural Tobacco Company, Inc. ("Santa Fe") certifies that its Responses and Objections to Plaintiffs' Third Request for Production of Documents to Santa Fe Natural Tobacco Company were served on September 10, 2018 via electronic and U.S. First Class Mail upon Plaintiff Leadership Counsel.

Date:   September 11, 2018

**Peter J. Biersteker** (*pro hac vice*)
pbiersteker@jonesday.com
**Debra R. Belott** (*pro hac vice*)
dbelott@JonesDay.com
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001
Telephone:  202-879-3939
Facsimile:  202-626-1700

**Sharyl A. Reisman** (*pro hac vice*)
sareisman@jonesday.com
JONES DAY
250 Vesey Street, Floor 34
New York, NY 10281-1047
Telephone:  212-326-3939
Facsimile:  212-755-7306

*Counsel for Defendants Santa Fe*
*Natural Tobacco Company, Inc., R.J.*
*Reynolds Tobacco Co.,*
*and Reynolds American Inc.*

*/s/ David M. Monde*
**David M. Monde** (*pro hac vice*)
Dmmonde@jonesday.com
**Michael F. Stoer** (*pro hac vice*)
mstoer@jonesday.com
JONES DAY
1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA 30309
Telephone:  404-521-3939
Facsimile:  404-581-8330

**Andrew G. Schultz**
aschultz@rodey.com
RODEY, DICKASON, SLOAN,
AKIN & ROBB, P. A.
201 3rd Street NW, Suite 2200
Albuquerque, NM 87102
Telephone:  505-768-7205
Facsimile:  505-768-7395

## CERTIFICATE OF SERVICE

I hereby certify that, on September 11, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will deliver the document to all counsel of record.

*/s/ Michael F. Stoer*
**Michael F. Stoer** (*pro hac vice*)
mstoer@jonesday.com
JONES DAY
1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA 30309
Telephone:  404-521-3939
Facsimile:  404-581-8330

***Counsel for Defendants Santa Fe Natural Tobacco Company, Inc., R.J. Reynolds Tobacco Co., and Reynolds American Inc.***