# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| IN RE: SANTA FE NATURAL TOBACCO COMPANY MARKETING & SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This Document Relates To: All Actions* | Lead Case No. 1:16-md-02695-JB-LF |

### CERTIFICATE OF SERVICE OF REYNOLDS AMERICAN, INC.'S RESPONSES AND OBJECTIONS TO PLAINTIFFS' THIRD REQUEST FOR <u>PRODUCTION OF DOCUMENTS</u>

Defendant Reynolds American, Inc. ("RAI") certifies that its Responses and Objections to Plaintiffs' Third Request for Production of Documents to Reynolds American, Inc. were served on September 10, 2018 via electronic and U.S. First Class Mail upon Plaintiff Leadership Counsel.

Date:   September 11, 2018

| | |
|---|---|
| | */s/ David M. Monde* |
| **Peter J. Biersteker** (*pro hac vice*) | **David M. Monde** (*pro hac vice*) |
| pbiersteker@jonesday.com | Dmmonde@jonesday.com |
| **Debra R. Belott** (*pro hac vice*) | **Michael F. Stoer** (*pro hac vice*) |
| dbelott@JonesDay.com | mstoer@jonesday.com |
| JONES DAY | JONES DAY |
| 51 Louisiana Avenue, N.W. | 1420 Peachtree Street, N.E. |
| Washington, DC 20001 | Suite 800 |
| Telephone:  202-879-3939 | Atlanta, GA 30309 |
| Facsimile:  202-626-1700 | Telephone:  404-521-3939 |
| | Facsimile:  404-581-8330 |
| **Sharyl A. Reisman** (*pro hac vice*) | **Andrew G. Schultz** |
| sareisman@jonesday.com | aschultz@rodey.com |
| JONES DAY | RODEY, DICKASON, SLOAN, |
| 250 Vesey Street, Floor 34 | AKIN & ROBB, P. A. |
| New York, NY 10281-1047 | 201 3rd Street NW, Suite 2200 |
| Telephone:  212-326-3939 | Albuquerque, NM 87102 |
| Facsimile:  212-755-7306 | Telephone:  505-768-7205 |
| | Facsimile:  505-768-7395 |

***Counsel for Defendants Santa Fe Natural Tobacco Company, Inc., R.J. Reynolds Tobacco Co., and Reynolds American Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that, on September 11, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will deliver the document to all counsel of record.

*/s/ Michael F. Stoer*
**Michael F. Stoer** (*pro hac vice*)
mstoer@jonesday.com
JONES DAY
1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA 30309
Telephone:  404-521-3939
Facsimile:  404-581-8330

***Counsel for Defendants Santa Fe Natural Tobacco Company, Inc., R.J. Reynolds Tobacco Co., and Reynolds American Inc.***