1                   IN THE UNITED STATES DISTRICT COURT

2                     FOR THE DISTRICT OF NEW MEXICO

3

4    IN RE: SANTA FE NATURAL
     TOBACCO COMPANY MARKETING
5    AND SALES PRACTICES LITIGATION,

6
                               NO. 16-MD-2695 JB/LF
7

8

9

10

11
            Transcript of Motion Proceedings before
12   The Honorable James O. Browning, United States
     District Judge, Albuquerque, Bernalillo County,
13   New Mexico, commencing on October 26, 2018.

14
     For the Plaintiffs:  Mr. Scott Schlesinger; Ms. Erika
15   Anderson; Mr. Nicholas Koluncich

16   For the Plaintiffs (Via telephone):  Mr. Jeffrey
     Haberman; Mr. Matt Schultz
17
     For the Defendants:  Mr. Andrew Schultz; Mr. Peter
18   Biersteker; Mr. David Monde

19   For the Defendants (Via telephone):  Ms. Sharyl
     Reisman
20

21          Jennifer Bean, FAPR, RDR, RMR, CCR
               United States Court Reporter
22             Certified Realtime Reporter
                333 Lomas, Northwest
23             Albuquerque, NM  87102
                Phone:  (505) 348-2283
24               Fax:  (505) 843-9492

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          THE COURT:  Good morning everyone.  I

2    appreciate everyone making themselves available to me

3    this morning.

4          All right.  The Court will call In Re:

5    Santa Fe Natural Tobacco Company Marketing and Sales

6    Practice and Products Liability Litigation, No. MD

7    16-2695 JB/LF.

8          If counsel will enter their appearances for

9    the plaintiffs.

10         MR. SCHLESINGER:  Good morning, Judge.  May

11   it please the Court.  Scott Schlesinger for the

12   plaintiffs.

13         THE COURT:  Mr. Schlesinger, good morning

14   to you.

15         MR. KOLUNCICH:  Good morning, Your Honor,

16   counsel.  Nicholas Koluncich on behalf of plaintiffs.

17         THE COURT:  Mr. Koluncich, good morning to

18   you.

19         MS. ANDERSON:  Erika Anderson, Your Honor,

20   also on behalf of the plaintiffs.

21         THE COURT:  All right.  Ms. Anderson, good

22   morning to you.

23         Is there anybody on the phone from the

24   plaintiffs' side?  Who is on the phone?

25         MR. SCHULTZ:  Good morning, Your Honor.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                     201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492
                                                                  1-800-669-9492



BEAN & ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE                          e-mail: info@litsupport.com

```
 1    Matt Schultz with Levin Papantonio in Pensacola.  And
 2    on our end, Your Honor, there is maybe some car noise
 3    or something that's making it difficult to hear
 4    y'all.
 5              THE COURT:  It's not too bad.  Mr. Schultz,
 6    good morning to you.  Anyone else on the phone?
 7              MR. HABERMAN:  Good morning, Your Honor.
 8    Jeffrey Haberman from Scott Schlesinger's office.
 9              THE COURT:  All right.  Mr. Haberman, good
10    morning to you.
11              Anyone else on the plaintiffs' side that is
12    on the phone?
13              All right.  For the defendants?
14              MR. MONDE:  Good morning, Judge.  David
15    Monde on behalf of the defendants.
16              THE COURT:  Mr. Monde, good morning to you.
17              MR. MONDE:  Good morning.
18              MR. BIERSTEKER:  Good morning, Your Honor.
19    Peter Biersteker.
20              THE COURT:  Mr. Biersteker, good morning to
21    you.
22              MR. SCHULTZ:  Your Honor, Andrew Schultz
23    for the defendants.
24              THE COURT:  Mr. Schultz, good morning to
25    you.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                 All right --
 2                 MR. MONDE:  Judge, we have someone on the
 3     phone as well.
 4                 THE COURT:  Okay.  I'm sorry, I should have
 5     asked that.  Who do you have?  Ms. Reisman?
 6                 MS. REISMAN:  That's correct, Your Honor.
 7     Good morning.
 8                 THE COURT:  All right.  Ms. Reisman, good
 9     morning to you.  Anyone else for defendants?
10                 All right.  I apologize about that.
11                 All right.  I have reviewed all the filings
12     on your dispute about the scheduling order.  It
13     seemed to me that everybody was in agreement that the
14     schedule needed to be amended.  It was a little
15     unclear in spots, but I'm assuming that everybody
16     thinks it needs to be amended.
17                 I'm all for trying to cut seven weeks or
18     two months out of the schedule to try to get this
19     thing moving along, but I guess I'm not interested in
20     trying to use this opportunity to restructure what
21     we've always had, and go to -- instead of a staggered
22     disclosure, go to a simultaneous disclosure.  I'm not
23     sure that, A, that would be appropriate at this
24     stage, given that we've always said that we were
25     going to have staggered, and change it; at this
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                           201 Third NW, Suite 1630
Santa Fe, NM 87501                                                  Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                                  FAX (505) 843-9492
                                                                    1-800-669-9492
BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
e-mail: info@litsupport.com

1   point, I'm not sure it would be fair to the

2   defendants.  And I also think that, generally,

3   staggered is better to try to get the rebuttal in a

4   proper posture so the person that has the burden of

5   proof -- and that being the plaintiffs here -- have a

6   chance to have rebuttal experts.

7          So I labeled these as Exhibit As and Bs.  I

8   think you did, too.  The only thought that possibly

9   crossed my mind is that at the bottom of what is

10  Exhibit B, where you have "all expert depositions to

11  be completed," if there was some way to pick up that

12  April deadline, of April 26, that all depositions be

13  completed by that date; take the first four blocks on

14  Exhibit B, and then everything else on Exhibit A,

15  start with "all expert depositions to be completed,"

16  that would then get the time savings.  But I don't

17  know if anybody is interested in that other than me.

18  So if they're not interested -- it would seem to me

19  that probably what generally happens is the

20  plaintiffs disclose their experts, they're deposed;

21  and then the defendants disclose their experts,

22  they're deposed; and then the disclosure of rebuttal

23  witnesses, and if necessary, they're deposed.

24         So I'm not sure I quite understand why we

25  need 60 days.  It's actually more like 70 days before

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    the -- all the expert depositions are completed.  But

2    if that's what y'all want, I'll sign Exhibit B and

3    make that the order.  If not, if there is something

4    to be done to try to trim some time out, that's a

5    proposal.

6            All right.  I believe it's the plaintiffs'

7    motion to amend that laid this all out.  Then I got a

8    response.  So, Mr. Schlesinger, if you wish to speak

9    in support of your motion, you may do so at this

10   time.

11           MR. SCHLESINGER:  I do.

12           THE COURT:  Mr. Schlesinger.

13           MR. SCHLESINGER:  Yes.  Thank you, Judge.

14           Good morning.  I've heard Your Honor's

15   inclination.  You know, I will say that it wasn't

16   anything I didn't anticipate.  But I will still argue

17   for a simultaneous disclosure.  And I'll keep it

18   brief.  My conceptualization of this is that, like a

19   medical malpractice case, sometimes the people that

20   know the facts and the evidence best are the

21   defendants.

22           And Your Honor may recall that, in excess

23   of a year ago, during some of the arguments we made

24   on other issues, I identified the bulk of our

25   experts.  And they know who they are because they've

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    deposed them many times.  And the subject matter of

2    their opinions about American Spirit, and what we

3    contend are the deceptive nature of the advertising,

4    suggesting that it's a healthier product is laid out

5    in extensive sworn testimony.

6           Dr. Proctor was one of our experts.  I

7    alerted the defendants to him long ago.  He was

8    recently deposed before a trial we had -- a couple

9    trials we had this year that I tried, where American

10   Spirit figured prominently in the proofs at trial.

11   And he was deposed extensively on no other subject

12   than American Spirit extensively.  It was a different

13   firm; it was the King & Spalding firm, Mr. Jeff Furr.

14   But the entirety of the subject matter was about

15   American Spirit.

16          So there is just so much evidence in the

17   record already from our experts about the subject

18   matter.  And there really aren't -- there is no

19   mysteries.  I mean, we have to show the economic

20   damages, obviously, and we've got an expert on that

21   who is working diligently.  But the rest of our

22   experts are so close to being ready to go, I'm happy

23   to give them over anytime, even in advance of the

24   deadlines in the scheduling order.  We're just trying

25   to move some of it back.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8

```
 1          Apparently, in December of '17, there were
 2   some materials that were owed to us by defendants,
 3   and some of the documentary paperwork that they were
 4   supposed to get to us, they didn't get to us, and
 5   there has been sort of a side squabble going on about
 6   that, Your Honor may have picked up some information
 7   about, for an extended period of time.  And it was
 8   not until deep into the summer that some of the
 9   omissions were corrected, and hundreds of thousands
10   of additional documents were produced.  We're still
11   digesting them, and that's part of the reason why
12   we're seeking to push the expert deadlines back a
13   bit.
14          But we thought that, perhaps because the
15   delays we argue were occasioned by this late
16   disclosure of the defendants, that it might be
17   equitable to reconsider the staggered disclosure, and
18   try to make it more simultaneous in order to, as Your
19   Honor said, trim some time off of this.  Because the
20   case is taking an extremely long time.
21          And one of the things that's a major
22   concern to me -- and I've told Your Honor this many
23   times -- I know there is an economic component to
24   this, but there is a public health component as well;
25   that being that the market share of the American
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Spirit wholly owned company continues to rise, and

2    the sales have gone up over 100 percent, even during

3    the pendency of this litigation.  And to the extent

4    that's a harmful thing for young people and other

5    addicted smokers to be buying a cigarette they think

6    is healthier, which I will contend there is no other

7    explanation in an otherwise down cigarette market for

8    sales to be rising meteorically, there is no other

9    reason except for an ongoing health reassurance

10   misleading of consumers.

11          The labeling and the injunctive relief that

12   I seek regarding the words "natural, organic and

13   additive-free," as long as that's on there, these

14   sales will continue to rise.  They're already at

15   about 3 percent market share.  There comes a point,

16   like in the olden days with light cigarettes and

17   Marlboro Light, there comes a point where, even after

18   you take away the descriptor "light," like they did

19   with Marlboro Light, and make it Marlboro Gold Pack,

20   they've locked in the market share.  They've locked

21   in the perception that this is a healthier product.

22   So at some point it won't matter as much for health

23   purposes if we do get the injunctive relief granted

24   and remove the descriptors "natural, organic," it

25   won't matter as much, because time is on their side.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              What's interesting is -- and I'll show this
 2     to Your Honor -- you may remember that -- may I
 3     approach?
 4              THE COURT:  You may.
 5              MR. SCHLESINGER:  I'll just give them to
 6     you.  You may remember that I had explained to the
 7     Court some time ago that Philip Morris owned a
 8     company, Nat Sherman, that made a cigarette called
 9     "Naturals."  And they received the same warning
10     letter in September of 2015, from the FDA that
11     Reynolds, owning American Spirit, received:  Hey,
12     your reference to Naturals is an implied health
13     descriptor that suggests a modified risk tobacco
14     product that hasn't gone through the proof of safety,
15     and therefore, it's an improper descriptor.  Philip
16     Morris went ahead and complied.  And I showed Your
17     Honor those old packs -- there may be a few still
18     laying around, if Your Honor kept them -- where
19     Philip Morris changed Nat Sherman Naturals to what's
20     called Nat Sherman Select.  That was how they
21     immediately complied.
22              What's very interesting is, now, and
23     concomitant with the rise in sales of the Natural
24     American Spirit, Nat Sherman has gone and basically
25     duplicated the American Spirit package to try to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



```
1   obtain some of that market share and sales.  And if
2   you look at those two packs, they've gotten very,
3   very similar.  And that's not the only color pattern
4   that's similar.
5            What's also interesting is they no longer
6   use the word "select."  They now use a contraction,
7   the word Nat's, and they're showing N-A-T apostrophe
8   S, as possessive, but really what they're doing is
9   they're using a contraction of the word "natural,"
10  which is ingenious.  But it shows that it is an
11  ongoing and clear present risk of public health that
12  these companies, who are fierce competitors, are now
13  aligning in a similar marketing scheme to achieve the
14  benefit of this conceptualization of "natural" of
15  what is a lethal product.
16           So I won't go any further than that, except
17  to say that that is why I think time is of the
18  essence.  And I'm will to do anything, including Your
19  Honor's suggestion of shortening the time to get all
20  of the experts done.  I'm willing to do anything to
21  achieve that end.
22           THE COURT:  Well, I don't know how the
23  defendants would feel about this, but if you're ready
24  to go with your disclosures, you know, we got
25  completion of discovery, depositions of class reps,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    all that done by the end of the month, but then there

2    is a gap of 40 days before you disclose your experts.

3    That's a great bulk of the time that we would save

4    from going with the Exhibit B, or the alternative

5    one, that the last date for that being the week of

6    December 9 or 16, I think, and the Exhibit A, it's

7    the October.  So we're playing with two months, is

8    what we're trying to trim down.  Is there a way that

9    that December 10th date could be cut down some?

10           MR. SCHLESINGER:  I think it could be, at

11   least as to some of our experts.  I mean, I've got to

12   believe -- I think that one of the drags, the sea

13   anchor in our expert disclosure was our pricing

14   expert, the fellow talking about what are the

15   economic damages with regard to the premium that

16   folks are paying for these cigarettes?  And I think

17   that was our sea anchor that was dragging us.  But a

18   lot of these liability experts that will talk about

19   fraudulent health reassurance:  Dr. Proshaska, Dr.

20   Proctor -- I mean, chances are they could give their

21   depos tomorrow.  Perhaps a long lengthy written

22   report is still in the drafting stage, but these

23   folks are certainly very close to being ready to go.

24   And they can be put out, you know, put up pretty

25   soon.

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                                          Albuquerque, NM 87102
(505) 989-4949                                                                        (505) 843-9494
FAX (505) 843-9492                                                              FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  What did you think about my
 2   suggestion -- I mean, if you could do your
 3   disclosures of some of your experts before December
 4   10th?  Did you understand what I was suggesting is
 5   that we on Exhibit B we leave the first four blocks
 6   the way they are, but then starting with "all expert
 7   depositions be completed," then start going with
 8   Exhibit A, so that they would be completed by April
 9   26, and then use the rest of Exhibit A.  What would
10   you think about that?
11              MR. SCHLESINGER:  I'm happy to do that,
12   Judge.  I did follow what you're saying, and the idea
13   of getting all the experts done under the plaintiffs'
14   proposal by April 26, even if the disclosures are
15   pushed back, I think we could do that.  I think we
16   could do that.  Most of these depositions I've got to
17   believe are done during a day-long deposition.
18              THE COURT:  Well, that's what I was
19   thinking, is that probably as soon as you disclose
20   your experts, they're going to want to depose them
21   then; not wait till everything is disclosed.  I would
22   think that's the way they'd want to do it.
23              MR. SCHLESINGER:  And what I'll try to do,
24   Your Honor, is I'll try to disclose not only the
25   report, because I think the key to the disclosure is
```

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                       201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                  FAX (505) 843-9492

**BEAN
&ASSOCIATES**, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

14

1    the report, because they already know that I'm using

2    Dr. Proshaska and Dr. Cummings and Dr. Proctor.  So

3    the key to it is the report.  But I'm happy to

4    disclose when we disclose the report a couple of

5    alternative dates of deposition when these witnesses

6    can be available as well.  Because, like I said, I'm

7    happy to do anything I can do to accelerate or

8    advance this.

9           I remember when we first started and we

10   laid out the schedule, we were hoping we would know

11   one way or another whether we could get to a class

12   certification process sometime in the year 2018.  And

13   now it looks like we're going to take up most of the

14   year 2019 to do it.  So if that's what we're looking

15   at, I'm looking to shave time anywhere we can, Judge.

16           THE COURT:  All right.  Anything else

17   before we hear from the defendants?

18           MR. SCHLESINGER:  No.

19           THE COURT:  All right.  Thank you, Mr. --

20           MR. SCHULTZ:  Can I make a suggestion

21   before the plaintiffs are done?  This is Matt Schultz

22   on the phone.

23           THE COURT:  Yes, Mr. Schultz.

24           MR. SCHULTZ:  And I've not spoken about

25   this with Scott.  One area you touched on was the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   length of time needed for depositions after the

2   defense disclosures.  I think, having taken a lot of

3   these deposition -- and I suspect I'll be involved in

4   the expert depos -- I don't think there is any

5   question we can shave some time off of that.  One

6   other thing that occurred to me is we may have very

7   few or no rebuttal experts.  And we've worked very

8   well together, I think.  And my notion is, if we were

9   to say, after getting the expert reports, Look guys,

10   we don't have any rebuttal experts, can we bump

11   everything back that 30 days, because that 30 days is

12   just sitting there that nobody needs for anything.

13   So just a thought that if we don't have rebuttal,

14   there is 30 days saved right there.

15           THE COURT:  Okay.  All right.  Well, there

16   is a couple of things to play with.  Anything else,

17   Mr. Schlesinger, before I hear from the defendants?

18           MR. SCHLESINGER:  No, Your Honor.

19           THE COURT:  All right.  Thank you,

20   Mr. Schlesinger.

21           Mr. Monde, is there anything you can work

22   with there?

23           MR. MONDE:  To Mr. Schlesinger's point that

24   he's ready to do anything to move things ahead, I

25   would suggest that, again focusing on schedule B for

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492
                                                                    1-800-669-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                     e-mail: info@litsupport.com

1  a moment, we move up the disclosure deadline for the

2  plaintiffs to November 10th.  That's going to save 30

3  days across the board right there.

4         THE COURT:  Educate me a little bit.  It

5  sounded like he had one expert he might have some

6  problems moving up.  He might be ready on everything

7  but a marketing expert.

8         MR. MONDE:  Well, I was a bit confused,

9  too, because I heard some different messages there.

10  On the one hand, I heard he was mostly ready, and

11  then perhaps there was this marketing expert, that he

12  wasn't.  And so clearly we want to get the reports

13  before any depositions are taken.  But, you know,

14  whatever date Mr. Schlesinger is able to produce his

15  reports before December 10th is saving us time, and I

16  suggest that we do that.  And let Mr. Schlesinger

17  have time to confer with his co-counsel and decide

18  now on a date that he can make his disclosures of all

19  his experts.  And we'll move all the dates up

20  accordingly.

21         And then, secondly, I agree with Mr. Matt

22  Schultz completely.  We, except for this issue about

23  potentially changing from staggered to simultaneous,

24  the parties have worked well together, and I agree

25  with Matt Schultz completely.  If it turns out that

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    the plaintiffs do not intend to call rebuttal

2    experts, then we can move up all the corresponding

3    dates accordingly, and thereby save really all of the

4    time that the plaintiffs were seeking to gain back

5    here.

6              THE COURT:  How do we mechanically do that?

7    Would what we do today is just simply enter a short

8    order that just has four dates on it, and then, if on

9    April 11 -- or I guess really on March 11, looking at

10   the schedule B, on March 11, if the plaintiffs decide

11   they don't need rebuttal then you come back in --

12             MR. MONDE:  Exactly.

13             THE COURT:  -- and schedule the rest?  Or

14   do I go ahead and enter an order scheduling this, and

15   then y'all come back in and amend the order?  What,

16   mechanically, do you propose?

17             MR. MONDE:  I think the first suggestion is

18   the one that makes more sense.

19             THE COURT:  Just do a short order?

20             MR. MONDE:  Short order; set a status

21   conference for the date on which the plaintiffs would

22   need to make their decision about rebuttal experts.

23   And I would imagine that that's something that we

24   could then just deal even in a telephonic conference

25   in terms of setting the rest of the schedule.  So we

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   really join in that.
 2           But the driver of all that, of course, is
 3   getting a commitment from the plaintiffs on a date
 4   that they can disclose all of their expert reports.
 5   So my suggestion is to give --
 6           THE COURT:  How would you feel if I asked
 7   Mr. Schlesinger -- let's say he said:  I can get
 8   everyone disclosed by November 10th, except this
 9   marketing expert, and I need more time on that, does
10   that help you to have early disclosure on the bulk of
11   the experts, and then have one out there that comes
12   in a little later?
13           MR. MONDE:  At the margins, yes;
14   materially, no.  And the reason being that we really
15   need to know the full scope of their claims before we
16   go ahead and finalize a strategy for response,
17   including taking depositions.
18           And, as Your Honor knows from experience,
19   while experts believe they have their own very tight,
20   narrow swim lanes to swim in, there is overlap.  And
21   so I believe that the more efficient and the better
22   thing to do, that still accomplishes the goals of
23   everyone here, is to have them commit to a date
24   certain when they can disclose all of their experts.
25   And then we structure the next four blocks, as Your
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1    Honor said, accordingly.
 2              THE COURT:  All right.  What else?
 3              MR. MONDE:  If I may, just briefly, when we
 4    were last together with the Court telephonically in
 5    June, we had written a letter to the Court explaining
 6    that because of the predictive coding mistakes that
 7    had been made, that we needed to make a supplemental
 8    production of documents.  And that we had done that
 9    by June 11.
10              Mr. Matt Schultz had raised the prospect of
11    a motion to compel.  Your Honor asked him:  Well, you
12    know, they've owned up to their mistake, they've
13    committed to fix it, what is it that you would have
14    the Court do?  And Mr. Schultz suggested that he
15    needed a 30(b)(6) deposition to really be able to
16    answer that question.
17              That deposition has taken place.  All of
18    the documents have been produced.  And, Judge, that
19    was five months ago that they got those.  We
20    committed at that telephonic hearing to pay the
21    expenses for the plaintiffs' lawyer taking the
22    30(b)(6) deposition; we paid those, without being
23    asked, after the deposition.
24              So we have honored our commitments that we
25    made at that telephonic conference.  And that issue
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    is long past us.

2           Furthermore, in that conference, I held

3    open the possibility that the plaintiffs might need

4    to reopen depositions because of the additional

5    materials produced, or they might need to take

6    additional fact witness depositions.  They did

7    neither.  Not a single additional fact witness has

8    been deposed because of that supplemental production,

9    nor has a single deposition been reopened.

10          But when Mr. Schlesinger talks about

11   concern about the delay, there are some issues that

12   we're concerned about that do need to be resolved

13   very soon before fact discovery closes.  And these

14   are issues that I've been discussing with Mr. Matt

15   Schultz and Jeff Haberman for some time.

16          Specifically, the plaintiffs elected to

17   substitute in a new named plaintiff, a gentleman by

18   the name of Clive Pontusson.  And they filed their

19   action in another district court.  They went to the

20   MDL panel to get a transfer.  The MDL panel

21   transferred Mr. Pontusson.  They issued a conditional

22   transfer order.  But that order is not effective

23   until it's docketed in this court, and it hasn't been

24   docketed yet.

25          In addition, the plaintiffs need to amend

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   their complaint to add Mr. Pontusson.  And then the
2   parties need to come to an agreement, which we can
3   readily do, to obviate the need to rebrief the motion
4   to dismiss, while preserving our rights on the
5   Court's prior ruling on that.  And then we need to
6   do, really, a short form answer, I would suggest,
7   that deals with Mr. Pontusson's allegations.
8            The point being that, when they chose to
9   add this person after fact discovery had closed under
10  the current order, we promptly deposed him.  We
11  deposed him within a couple of weeks.  But there are
12  important procedural steps that still need to take
13  place before fact discovery can close here.
14           The other item -- I said there were two --
15  the second item is that one of their clients, a named
16  plaintiff, a gentleman by the name of Albert Lopez,
17  has been unavailable for deposition.  We noticed him
18  in May.  Plaintiffs needed to cancel him at the last
19  moment in June.  And we have not been able to depose
20  him since.  We've not brought it to the Court's
21  attention because I had an agreement with the
22  plaintiffs that they would either make Mr.  Lopez
23  available by September 30, or they would dismiss him.
24  We're fine either way.  But they still have not done
25  either of those.  And so, if they want to proceed
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    with Mr. Lopez, that's fine with us, but we need a

2    chance to depose him.  And, obviously, he needs to be

3    deposed before fact discovery closes.

4           So we've got those issues.  They are things

5    that can be readily addressed.  You've got counsel

6    that are cooperating.  This need not be a monkey

7    wrench in the plan that we appear to be working out

8    with the Court.  But they're items, nonetheless, that

9    need to be addressed.

10          And to the extent that Mr. Schlesinger has

11   concerns about the pace of things, we certainly don't

12   need to get into the weeds of that at all today.  But

13   suffice to say that both parties have agreed to all

14   the prior extensions because both needed them.

15          THE COURT:  All right.  Thank you,

16   Mr. Monde.

17          Mr. Schlesinger, I think you're in the

18   driver's seat on this.  Do you want to try to -- I

19   don't see anybody pushing back on the October 31 date

20   that y'all had to complete discovery.  But what about

21   the December 10th?  Anything you want to do with

22   that?

23          MR. SCHLESINGER:  Well, I'll tell you,

24   gaging my brain trust, you know, they wanted December

25   10th, but I think it was primarily because we've got

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                               Albuquerque, NM 87102
(505) 989-4949                                                           (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1    an economist expert and a marketing or advertising
 2    expert that we're still working with.  But those four
 3    names that I've got, you know, if I can disclose them
 4    November 10th with reports, I will, Judge, you know,
 5    and I don't see -- I think we can probably do that.
 6    They know these folks; they know Pierson, they know
 7    Proshaska, they know Proctor, they know Cummings.
 8                THE COURT:  You say December 10th, but
 9    that's what you have down here.
10                MR. SCHLESINGER:  Right.
11                THE COURT:  Do you just want to keep that?
12                MR. SCHLESINGER:  I guess so.  But I will
13    tell Your Honor that I will try to disclose, with
14    reports, at least those five experts I've named by
15    November 10th.  And I'll exhort them myself to wrap
16    up the reports so that I can disclose them.  Because
17    under Rule 26, when I disclose them, I have to
18    disclose them with the reports.  But I've already
19    told everybody who they are.  And it gives defense
20    time to look through other testimony.
21                THE COURT:  But you think you'll need till
22    December 10th to get that fourth expert?
23                MR. SCHLESINGER:  For the two folks, the
24    economist and the advertising/marketing expert, yes,
25    I need till December 10th.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  So I guess, then, if we're

 2    going to stick with the December 10th date, the

 3    proposal then, I guess, on the table, would be for me

 4    to just not enter anything after the March 11 date.

 5    So let the defendants disclose.  And then you take a

 6    look at it.  I can set a date at y'all's convenience,

 7    after March 11, for us to have a status conference.

 8    Y'all don't have to come; you can get on the phone,

 9    whatever is convenient for you.  But we not enter

10    anything else.  You take a look at their reports, and

11    decide whether you want to have rebuttal experts.  If

12    you think you don't, then we can set a sooner date

13    for the rest of the deadlines at that point.  What

14    would you think about that?

15              MR. SCHLESINGER:  I think that's a great

16    idea, Judge.  I know that Matt was hoping we wouldn't

17    need a rebuttal expert.  And I'm hoping he's right

18    about that.  But it does occur to me that the experts

19    that we did identify who will give the report may,

20    upon hearing an opinion from the defendants, they may

21    want to supplement.  So even though it might not be a

22    rebuttal expert, it might be in the nature of a

23    rebuttal opinion.  But it might be from the same

24    expert.

25              So I can envision Dr. Proctor, for
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    instance, reading a defendant's reports, and saying:

2    Wait a second, let me reflect on that and retort.  So

3    that's -- you know, and that wouldn't necessarily be

4    a new person, it might be a new opinion.

5               THE COURT:  Why don't I do this:  Why don't

6    I enter an order that sets three dates, October 31st,

7    December 10th, March 11th.  And then -- Mr. Gonzales,

8    can you look at what we have after March 11th and

9    see --

10              THE CLERK:  Yes, Your Honor.

11              THE COURT:  Mr. Schlesinger, after you get

12   the disclosure of the defendants', do you want to

13   tell me about how long want to think about the

14   rebuttal experts, and then I'll --

15              MR. SCHLESINGER:  I would say, Judge, when

16   we get the disclosure with reports, within a week or

17   10 days we could advise them.

18              I will also say, Your Honor, if you want to

19   allow that to stay in place, and commit to the April

20   26 deadline to depose all experts, I think we could

21   do that as well.  And I hope that when we're deposing

22   experts, we don't have to also stagger the expert

23   depositions.  Once they've identified their opinions

24   on paper, I would hope that we can just agree to

25   schedule depositions as we get them done, and knock

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    them out over a month or six weeks, and have ten
 2    expert depositions taken without any preference of
 3    who goes first; just get them done.  Because I don't
 4    know that they have to hear Dr. Proctor testify live
 5    before I get to hear who they're putting up as an
 6    expert.  And my experience with them is their experts
 7    are often in-house corporate representatives,
 8    although I would hope that they'd have somebody
 9    academic as well.
10            THE COURT:  Do you want to do what we have
11    an agreement on, and that's just set three dates, and
12    then set a hearing?  Or do you want to do what Mr.
13    Schlesinger is saying, and take those three dates and
14    then pull that April 26, and then run it on out, just
15    keep the schedule that you have in Exhibit A, but use
16    the April 26 date as all depositions will be
17    completed by that date?
18            MR. MONDE:  The former.
19            THE COURT:  The former.
20            MR. MONDE:  To do the first three dates;
21    set a conference at the Court's convenience, not less
22    than 10 days after our disclosures on March 11.  And
23    then we can know if there is even an issue regarding
24    rebuttal experts, and if so, the scope of it.
25            A concern that I've got about setting the
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   April 26 deadline now is that that would give us just
 2   two weeks after their April 11th disclosure of
 3   rebuttals to, first of all, just understand what
 4   they're saying, and then take depositions.  So that's
 5   why I suggest the Court's first suggestion is the way
 6   to go here.
 7           My only other point is, again, a close of
 8   fact discovery on October 31st is just fine with us.
 9   But I would like the Court to make clear in its order
10   that by that date Mr. Lopez either has to have been
11   made available for deposition, or he needs to be
12   dismissed, and that the parties are to submit to the
13   Court, let's say within two weeks, a proposed order
14   about how to deal with the addition of Mr. Pontusson
15   from a procedural standpoint.
16           THE COURT:  All right.  Let's take them one
17   at a time here.  Let me look at -- what do we have,
18   Mr. Gonzales, say, about March 22nd?  What do we have
19   in that timeframe?
20           THE CLERK:  It looks clear.
21           THE COURT:  What if I just enter the first
22   three days:  October 31st, December 10th, March 11th,
23   and then we set a status conference for March 22nd,
24   say at 8:30, would that work for everybody?
25           MR. MONDE:  Yes, Your Honor.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1              THE COURT:  All right.  Does that work for
2    you, Mr. Schlesinger?
3              MR. SCHLESINGER:  Yes, Judge.
4              THE COURT:  And then I think we'll be in a
5    little better position, rather than forcing you to
6    try to guess whether you're going to have rebuttal
7    and what the time length is going to be to depose
8    those people.  I think we'll have a better timeframe.
9    And I'll make myself available.
10             If y'all get to that point, and you say,
11   here, we can now agree on the dates, you can submit
12   me an order.  If you can't, then we'll have March
13   22nd.  So I'm going to write here at the bottom,
14   status conference set for 8:30 a.m. on Friday, March
15   22, 2019.  All right.
16             Now, let's take Mr. Lopez first.  Can you
17   make a commitment to -- I guess the commitment is
18   that he be deposed by the end of the month.
19             MR. MONDE:  Judge --
20             MR. SCHLESINGER:  I can tell you about
21   Mr. Lopez.
22             THE COURT:  Let me first find out what you
23   need from Mr. Monde, and then I'll hear whatever you
24   say.
25             MR. MONDE:  I just need a date certain by
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   which he be made available.  There is no rhyme or

2   reason or magic to October 31st.  And, frankly,

3   people's schedules may not allow for that.  What we

4   want to avoid at all costs is find ourselves in the

5   middle of expert discovery and reports, and there is

6   still an open issue regarding Mr. Lopez.

7            So as long as I have a commitment of

8   counsel that, say for example, he'll be available by

9   November 15, and either deposed by then or dismissed,

10  that's certainly fine with us.

11           THE COURT:  Could you give that commitment?

12           MR. SCHLESINGER:  I'll tell you why I can't

13  right now, Judge.  Mr. Lopez is a fellow that we've

14  tried to communicate with.  And we've had an

15  inability to contact him.  And that's the only reason

16  why we haven't put him up, is we just can't run him

17  down.  What we discussed with Mr. Monde was that we

18  would either find him -- he's an Illinois

19  plaintiff -- we're either going to find him and get

20  responsiveness from him.  The only rumor we got was

21  from a cousin that he had been hospitalized.  But we

22  just don't have any details.

23           And Mr. Monde had tried to work out the

24  possibility that we would substitute Mr. Lopez with

25  another Illinois plaintiff.  And one of our

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    plaintiffs, Joshua Horn, would probably qualify as an
 2    Illinois plaintiff, because he's purchased and smoked
 3    American Spirit cigarettes in Illinois.  So we may be
 4    able to have him be our Illinois plaintiff without
 5    even substituting.
 6            But the larger point that I do want to
 7    emphasize to the Court is that I don't think that
 8    expert discovery is something that has to take place
 9    in absolute terms, only after any and all fact
10    discovery is done.  That's always -- to me, that's
11    putting the cart before the horse and making
12    scheduling more important than the realities of
13    litigation.
14            THE COURT:  Well, I don't think Mr. Monde
15    is insisting on that.  He's shaking his head.
16            MR. SCHLESINGER:  Right.
17            THE COURT:  But I do think that he's
18    entitled to probably a drop-dead date that, if the
19    deposition doesn't occur before a certain date, we're
20    either going to abandon Lopez, he's out of the case,
21    something like that.  So if it's not November 15,
22    what would you propose?
23            MR. SCHLESINGER:  November 15 is fine,
24    Judge.  Because you're right.  I agree.  The reasons
25    I am still interested in taking corporate folks'
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    depositions who have not been produced -- they've
 2    produced who they selected for 30(b)(6), but they've
 3    got some higher-ups, I mentioned more than a year
 4    ago, such as Susan Cameron Ivy --
 5              THE COURT:  So let me get this Lopez down,
 6    and we'll go to something else.
 7              How do I write it in the order?  That the
 8    deposition of Lopez will take place by November 15,
 9    or he'll be not in the case?
10              MR. MONDE:  Or he'll be dismissed.
11              THE COURT:  All right.  So you can live
12    with that, Mr. Schlesinger?
13              MR. SCHLESINGER:  Yes.
14              THE COURT:  All right.  So I'm going to
15    write that --
16              MR. SCHULTZ:  Can I mention, Your Honor,
17    just on a procedural point?  This is Matt Schultz.
18              THE COURT:  Sure.
19              MR. SCHULTZ:  And I spoke with David about
20    this.  And my understanding was -- not that -- I
21    don't know that it matters, frankly -- but not that
22    we would dismiss him, but if Lopez was out of the
23    case when we amended our complaint to include
24    Pontusson, we would simply eliminate Lopez from that
25    complaint.  And that would resolve the issue, as
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    opposed to a deadline for dismissal.

2         MR. MONDE:  And, Judge, that alternative is

3    fine as well.

4         THE COURT:  Tell me then how to write it.

5    I've got "Deposition of Lopez will take place by

6    November 15."

7         MR. MONDE:  "November 15, or the complaint

8    will be amended to drop Mr. Lopez as a named

9    plaintiff."

10        THE COURT:  All right.  Is that okay with

11   you, Mr. Schlesinger?

12        MR. SCHLESINGER:  Yes, sir.

13        THE COURT:  All right.  Give me a second to

14   write that down.  All right.  So that takes care of

15   Lopez.

16        Who is the other person?

17        MR. MONDE:  Mr. Pontusson.  It's spelled

18   P-O-N-T-U-S-S-O-N.  The status of Mr. Pontusson is

19   that an individual action in a district court in

20   North Carolina was filed.  The MDL panel has issued

21   and entered a conditional transfer order.  That was

22   back on August 15.  There has been some sort of a

23   communication snafu between the district court in

24   North Carolina and the district court here, because

25   that CTO simply needs to be entered.  But I checked

SANTA FE OFFICE                                                                        MAIN OFFICE
119 East Marcy, Suite 110                                                           201 Third NW, Suite 1630
Santa Fe, NM 87501                                                                  Albuquerque, NM 87102
(505) 989-4949                                                                              (505) 843-9494
FAX (505) 843-9492                                                                     FAX (505) 843-9492
                                                                                         1-800-669-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                                                       e-mail: info@litsupport.com

```
1    the docket this morning, and it still isn't.
2              THE COURT:  Do you think it's at their end
3    or do you think it is our end?
4              MR. MONDE:  I don't know, Judge.
5              THE COURT:  What do you suggest I do to
6    make that happen?  Is there something in the clerk's
7    office I can do?
8              MR. MONDE:  It's ordinarily something that
9    the plaintiffs take care of.  I mean, it's a phone
10   call.  Because it may not just be with your clerk
11   here.  So I would urge, as I have in the past, the
12   plaintiffs to just track down the status of that
13   conditional transfer order and get it entered.
14             Once that happens, I would suggest that by
15   that same November 15 date, the Court order that the
16   complaint, at the same time it's going to be amended
17   with regard to Mr. Lopez, if they drop him, that it
18   be amended to add Mr. Pontusson.  And then I would
19   suggest that the Court direct the parties to confer
20   and submit a joint order that addresses the other
21   procedural issues that I raised.  That obviates the
22   need for further motion to dismiss briefing.  That
23   obviates the need for the Court to revisit any of its
24   rulings.  And that preserves the rights of all
25   parties with regard to the Court's prior rulings on
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    that.

 2              THE COURT:  All right.  Tell me how -- and

 3    I'll clear this with the plaintiffs before I write it

 4    in -- but tell me what you would want the order to

 5    say on Mr. Pontusson.

 6              MR. MONDE:  That "by November 15,

 7    plaintiffs will amend the complaint to add Mr.

 8    Pontusson as a named plaintiff."

 9              THE COURT:  And if I do that, does that

10    take care of the rest of it?

11              MR. MONDE:  As far as I'm concerned.  I

12    mean, Matt -- I suspect that Mr. Schultz is the

13    person I'd be dealing with primarily on this.  And if

14    Matt agrees, he and I will go off and work on a

15    proposed order that takes care of these procedural

16    issues.  I fully anticipate we'll be submitting a

17    joint order.  If there is an issue, we'll telephone

18    the Court's clerk and advise of the issue, so we can

19    get it resolved.

20              THE COURT:  Could you live with that

21    language, Mr. Schultz, Matt Schultz?

22              MR. SCHULTZ:  Yes, Your Honor.

23              THE COURT:  All right.  Does this work for

24    you, Mr. Schlesinger?

25              MR. SCHLESINGER:  It does, Judge.  We
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&
ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    contemplated his consent -- Mr. Pontusson's situation

2    is very different, insofar as he's been deposed, so

3    there is no absence of data for the defendant.  They

4    know what he has to say.  He's been deposed.  So we

5    can get this all done with a consent order, I think.

6              THE COURT:  All right.  So what it now

7    says, Mr. Monde, is "Status conference set for 8:30

8    a.m. on Friday March 22, 2019.  Deposition of Lopez

9    will take place by November 15, or the complaint will

10   be amended to drop Mr. Lopez as a named plaintiff.

11   By November 15, the plaintiffs will amend the

12   complaint to add Mr. Pontusson as a named plaintiff."

13             Does that take care of your concerns?

14             MR. MONDE:  Yes.

15             THE COURT:  All right.  And what else?  Is

16   there anything else that needs to be added to the

17   order, Mr. Schlesinger?

18             MR. SCHLESINGER:  Not for the plaintiffs.

19             THE COURT:  All right.  So I'm going to

20   initial this down at the bottom.  And today is the

21   26th.  So I am entering three dates, plus those

22   handwritten comments.  I'll hand that to Mr. Gonzales

23   and he can get that filed.

24             Did you have other things that you needed

25   to raise?  You were talking about corporate

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   executives, and I saw Mr. Biersteker shaking his
 2   head, so --
 3             MR. SCHLESINGER:  I made him shift.
 4             British American Tobacco finalized its
 5   complete takeover of Reynolds.  And I do believe that
 6   there is going to be -- and there has been quite a
 7   change in the management.  And I do believe there is
 8   going to be somebody we're going to want from British
 9   American Tobacco back -- which is an English
10   company -- now that they're no longer on the American
11   Stock Exchange.  I mean, it's just a different
12   company.  I do believe, because they still wholly own
13   and run American Spirit and govern it through
14   Reynolds and everything, that there is going to be
15   someone --
16             THE COURT:  So you're looking for one
17   probably 30(b)(6) of the British company to nail down
18   that you got the right parties here?
19             MR. SCHLESINGER:  And more than that, just
20   how they're ongoing with their wholly owned
21   subsidiaries.  And then, of course, one of the gals
22   that was very prominent and important in American
23   Spirit and the takeover of the Lorillard brand,
24   Newport cigarettes, was Susan Cameron Ivy.  I
25   mentioned her more than once to Your Honor as someone
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    who is a higher-up.  She's now retired in mid '17.
 2    But I do believe they will control her.  Other people
 3    that are corporate higher-ups, but they haven't
 4    designated, but folks that know a lot about the
 5    product, the business, folks that we would like to
 6    depose.
 7            And, as Your Honor may recall, I fussed
 8    about the nature of this protective order that
 9    blankets the discovery that's been given so far, and
10    I didn't believe there should be protection on it.
11    And that's something that we also will at some point
12    bring before Your Honor to consider.
13            So because it's a status conference, and I
14    guess it's an opportunity to let Your Honor know
15    about things that are on our mind, things that are of
16    interest, these are things that are important to us,
17    of interest.  And while they may not be ripe for
18    ruling today, I don't want to be heard in March from
19    the defendants, of them saying:  Why didn't they
20    mention this in -- back around the time of Halloween?
21    So I'm mentioning it, because they are matters of
22    interest to me in prosecuting the case.
23            THE COURT:  Any thoughts on those thoughts?
24            MR. MONDE:  More than a few, Judge.
25            First of all, British American Tobacco is
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

1   not a defendant or a party.  It is not subject to the

2   jurisdiction of this Court.  And that acquisition was

3   completed over a year ago.

4           So Mr. Schlesinger on the one hand says,

5   Oh, public health emergency -- or urgency, we need to

6   move this case along.  And now he is proposing to

7   take a deposition of a nonparty, not subject to the

8   jurisdiction of this Court, a year -- more than a

9   year later?  No.

10          If the Court would please refer back to

11  both the Exhibit A and the Exhibit B orders proposed

12  by plaintiff, they both call for the close of all

13  fact discovery by October 31.  That's five days from

14  now.  There was gracious, ample time for Mr.

15  Schlesinger, if he felt there were other fact witness

16  depositions to be taken, to take them.  He has not.

17          Ms. Ivy -- Mr. Schlesinger raised Ms. Ivy

18  back on the first initial status conference in May of

19  2016.  They've deposed other senior executives, but

20  never has Ms. Ivy been requested by the plaintiffs.

21  It's simply too late.

22          And furthermore, under the current

23  scheduling order fact discovery closed July 2.  At

24  that time we had the issue of the supplemental

25  production that was going on.  And we had agreed to

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    make a 30(b)(6) witness available on that, and to let
 2    that deposition go forward.  And if there were
 3    additional depositions necessary, flowing out of that
 4    deposition about predictive coding, we opened to the
 5    possibility of that.
 6              Fact discovery either closed, or is due to
 7    close by October 31, even under both plaintiffs'
 8    proposals.  And it's simply too late in the day for
 9    Mr. Schlesinger to be thinking about deposing people
10    that he knew about and could have deposed at any time
11    on a timely basis before this.
12              But most especially as to the deposition of
13    BAT, that is inappropriate on so many levels.  And it
14    is inconsistent with Mr. Schlesinger's stated desire
15    to move this case long into the expert discovery
16    phase.  And so we oppose any further fact
17    depositions, except for the completion of Mr. Lopez,
18    if he's going to be made available.  Under their
19    proposal, fact discovery closes in four days, five
20    days, and that's what it ought to be.
21              MR. SCHLESINGER:  And I would ask, Your
22    Honor, if you're of a mind -- I respect what
23    Mr. Monde says -- but I was in trial in tobacco cases
24    back-to-back-to-back all through May, June, and July.
25    And the corporate reps that they sent to me to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    testify in the phase 2 punitive damages phases in

2    cases against Reynolds, these guys had British

3    accents, and they were new.  And they didn't have

4    British accents before.  The corporate reps have

5    changed.  The corporate reps are coming from England

6    now.  They're Brits that have been infiltrating into

7    this corporate structure.  And that's part of the

8    reason why I said expert disclosures, and what have

9    you, notwithstanding, there is always the benefit to

10   getting to the truth of things, and really

11   understanding where you are in discovery.  And our

12   experts are going to be fine, even if we do take some

13   corporate people.  And some of the corporate people

14   are going to be jurisdictional, because there are

15   multiple layers of companies between Lorillard,

16   Reynolds American -- now British American Tobacco --

17   for jurisdictional purposes, it would be nice to get

18   somebody up high to give us what everything is -- how

19   everything is structured down low.

20           And it isn't as if we haven't had

21   experience with Reynolds saying:  You've got the

22   wrong defendant, and RAI is the defendant, not RJR

23   Tobacco Company.  And now that the Brits own them,

24   and have changed things around -- and I'm seeing it

25   real-time in cases where American Spirit is part of

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    the evidence in the case -- it just does occur to me

 2    that it's pertinent.

 3             I've not been in front of Your Honor on

 4    this for quite some time.  These are things that are

 5    coming to my state of knowledge.

 6             THE COURT:  Well, let's do this:  Let's

 7    stick with the October 31st date.  Everybody has been

 8    working toward this date to wrap up the factual

 9    discovery.  If you get into this case, and all of a

10    sudden they're telling you you've got the wrong

11    defendant, I'm probably going to be pretty liberal to

12    letting you depose somebody.

13             I guess, as much as I understand this case,

14    I think you've got the right defendants.  There may

15    be somebody now that is a holding company there, but

16    I think you've got the right defendants.  You've

17    still got all these people, their 30(b)(6); you've

18    got their representations.  I think you're pretty

19    nailed down for class certification.  I'm not seeing

20    much of a problem.  And I think we might be

21    unraveling a lot of progress if we start getting

22    third party depositions of the British folks.

23             So monitor it.  Let's stick with what we've

24    got.  We got agreement on this.  And if they start

25    telling you you've got the wrong people, I'll be
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

**BEAN
& ASSOCIATES**, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    pretty liberal about trying to sort that out.  I

2    think we're okay right at the moment unless you've

3    got something more tangible.  But let's stick with

4    what we've got, move forward.  And if there is a

5    problem, I'll probably be pretty liberal to try to

6    figure out what the problem is.

7            MR. SCHLESINGER:  I can do that as well.

8    But I can also, just to give Your Honor an

9    anticipated potential, is that rebuttal experts are

10   one thing.  I can envision their experts saying

11   things that may make me come back here and say:  I

12   want rebuttal discovery.  And they may bring

13   something up that maybe somebody at the levels that

14   they've produced doesn't know, that someone above

15   them does know.  So I can envision that.  I have to

16   wait and see how it shakes out with their experts.

17   But just to give Your Honor heads-up perhaps in the

18   expert discovery there may be actual fact discovery

19   or executive discovery that I feel is justified

20   because of how the experts shake out.  So I'll give

21   Your Honor heads-up.

22           THE COURT:  All right.  Let's see how it

23   develops.

24           Does that work for you, Mr. Monde?

25           MR. MONDE:  It does, Judge.

SANTA FE OFFICE                                                                MAIN OFFICE
119 East Marcy, Suite 110                                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                                      Albuquerque, NM 87102
(505) 989-4949                                                                      (505) 843-9494
FAX (505) 843-9492                                                         FAX (505) 843-9492
                                                                                 1-800-669-9492
                                                                  e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1              THE COURT:  All right.  What else can I do
 2      for you today?  What else do we need to discuss, Mr.
 3      Schlesinger?
 4              MR. SCHLESINGER:  Sadie's still serves good
 5      blue corn enchiladas, Judge.  I used to eat at
 6      Sadie's when it was in the bowling alley.  That's how
 7      long I've been coming out from here for business.  I
 8      finally got out there last night.
 9              THE COURT:  It was a good way to keep the
10      kids entertained.  Which one do you go, the one on
11      4th Street or -- they've got different locations now.
12              MR. SCHLESINGER:  I went to the one on 4th
13      Street.  I went there when they first opened it,
14      because the first time I went there Bill Snead took
15      me to the bowling alley.  And that was the first time
16      I'd ever had a sopapilla.  I'd never even heard of
17      that before.  We went to see some team roping, and
18      then we went out to Sadie's.  Back then, I couldn't
19      eat anything on the plate, it was so hot.  I've
20      gotten used to it.
21              Other than that, plaintiff is good, Judge.
22              THE COURT:  All right.  Mr. Schultz, do you
23      have anything else?  I know you're doing a lot of the
24      frontline work.  Anything we need to discuss?
25      Anything else I can help you with?
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492
                                                                 1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

```
 1              MR. SCHULTZ:  No.  Thank you, Your Honor.
 2              THE COURT:  How about you, Mr. Monde?
 3              MR. MONDE:  Only a regret that Mr.
 4    Schlesinger didn't invite me to dinner at Sadie's.
 5    But other than that --
 6              THE COURT:  Have you been to Sadie's?
 7              MR. MONDE:  I have not.  I did go to The
 8    Cellar on Lomas, and it was excellent, last night.
 9              THE COURT:  We'll get you to say "Lomas"
10    here.  We'll get you trained here, you know?
11              MR. MONDE:  Y'all come to Georgia sometime
12    and we can talk about that.
13              THE COURT:  I was in Atlanta on Sunday.  I
14    was judging a moot court over at Emery.
15              MR. MONDE:  Excellent.
16              THE COURT:  So I flew in from Denver on
17    Friday night.  And then they had a dinner for us on
18    Saturday night at the Empire State downtown?  Empire?
19              MR. MONDE:  You know, I guess I lead a
20    boring life.  I'm not really up to speed on the most
21    recent restaurants in Atlanta.
22              THE COURT:  I had to fly out on Sunday.
23    Weather was good.  The last time I was in Atlanta it
24    was a snowstorm so I was appreciative for the good
25    weather.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1          All right.  Well, I certainly hate to drag
 2   everybody from all parts of country for these things.
 3   So if y'all ever want to do them by phone, don't
 4   worry about it.  You're not going to -- it's not
 5   going to make any difference.  I know I always wanted
 6   to be where the judge was, so I know that feeling.
 7   But I've learned to tell people no whether they're in
 8   public, present, or on the phone.  So it doesn't
 9   matter.
10          All right.  Well, y'all have a good
11   weekend, have safe trips back.  We'll see y'all on
12   the 22nd in some form or fashion.  Call us if you
13   need anything.
14              (The Court was adjourned.)
15
16
17
18
19
20
21
22
23
24
25
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

<pre>
 1                    C-E-R-T-I-F-I-C-A-T-E

 2

 3   UNITED STATES OF AMERICA

 4   DISTRICT OF NEW MEXICO

 5

 6

 7       I, Jennifer Bean, FAPR, RDR, CRR, RMR, CCR,

 8   Official Court Reporter for the State of New Mexico,

 9   do hereby certify that the foregoing pages constitute

10   a true transcript of proceedings had before the said

11   Court, held in the District of New Mexico, in the

12   matter therein stated.

13       In testimony whereof, I have hereunto set my

14   hand on November 2, 2018.

15

16

17

18                    _____
                       Jennifer Bean, FAPR, RMR-RDR-CCR
19                    Certified Realtime Reporter
                       United States Court Reporter
20                    NM CCR #94
                       333 Lomas, Northwest
21                    Albuquerque, New Mexico 87102
                       Phone:  (505) 348-2283
22                    Fax:    (505) 843-9492

23

24

25
</pre>

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com