# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| IN RE: SANTA FE NATURAL TOBACCO COMPANY MARKETING & SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This Document Relates To: All Actions* | Lead Case No. 1:16-md-02695-JB-LF |

**CERTIFICATE OF SERVICE OF DEFENDANTS' RESPONSES AND OBJECTIONS TO PLAINTIFFS' INTERROGATORIES AND REQUESTS FOR <u>PRODUCTION OF DOCUMENTS</u>**

Santa Fe Natural Tobacco Company ("Santa Fe"), R.J. Reynolds Tobacco Company ("RJR Tobacco"), and Reynolds American Inc. ("RAI"; collectively, "Defendants") hereby certify that the following documents were served on December 13, 2018 via electronic mail upon Plaintiff Leadership Counsel:

1. Santa Fe's Response to Plaintiffs' Second Set of Interrogatories;

2. RJR Tobacco's Responses to Plaintiffs' First Request for Production of Documents;

3. RJR Tobacco's Response to Plaintiffs' First Interrogatories;

4. RJR Tobacco's Response to Plaintiffs' Second Set of Interrogatories; and

5. RAI's Response to Plaintiffs' Second Set of Interrogatories.

Date:   December 13, 2018

| | |
|---|---|
| | */s/ David M. Monde* |
| **Peter J. Biersteker** (*pro hac vice*) | **David M. Monde** (*pro hac vice*) |
| pbiersteker@jonesday.com | Dmmonde@jonesday.com |
| **Debra R. Belott** (*pro hac vice*) | **Michael F. Stoer** (*pro hac vice*) |
| dbelott@JonesDay.com | mstoer@jonesday.com |
| JONES DAY | JONES DAY |
| 51 Louisiana Avenue, N.W. | 1420 Peachtree Street, N.E. |
| Washington, DC 20001 | Suite 800 |
| Telephone:  202-879-3939 | Atlanta, GA 30309 |
| Facsimile:  202-626-1700 | Telephone:  404-521-3939 |
| | Facsimile:  404-581-8330 |
| **Sharyl A. Reisman** (*pro hac vice*) | **Andrew G. Schultz** |
| sareisman@jonesday.com | aschultz@rodey.com |
| JONES DAY | RODEY, DICKASON, SLOAN, |
| 250 Vesey Street, Floor 34 | AKIN & ROBB, P. A. |
| New York, NY 10281-1047 | 201 3rd Street NW, Suite 2200 |
| Telephone:  212-326-3939 | Albuquerque, NM 87102 |
| Facsimile:  212-755-7306 | Telephone:  505-768-7205 |
| | Facsimile:  505-768-7395 |

*Counsel for Defendants Santa Fe Natural Tobacco Company, Inc., R.J. Reynolds Tobacco Co., and Reynolds American Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that, on December 13, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will deliver the document to all counsel of record.

*/s/ Michael F. Stoer*
**Michael F. Stoer** (*pro hac vice*)
mstoer@jonesday.com
JONES DAY
1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA 30309
Telephone:  404-581-3939
Facsimile:  404-581-8330

***Counsel for Defendants Santa Fe Natural Tobacco Company, Inc., R.J. Reynolds Tobacco Co., and Reynolds American Inc.***