# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

IN RE: SANTA FE NATURAL TOBACCO
COMPANY MARKETING & SALES
PRACTICES AND PRODUCTS LIABILITY
LITIGATION

Lead Case No. 1:16-md-02695-JB-LF

*This Document Relates To All Cases*

_____

**DEFENDANTS' STATUS REPORT REGARDING THEIR COMPLIANCE WITH THE COURT'S DIRECTIONS AT THE DECEMBER 12, 2018 HEARING**

As directed by the Court, Defendants have responded in detail to Plaintiffs' December 4, 6 and 12, 2018 emails regarding NAS-related pricing documents sought in Plaintiffs' untimely document requests. A copy of the response is attached as Exhibit 1.

Dated:  December 14, 2018              Respectfully submitted,

   /s/ *David M. Monde*

David M. Monde (*pro hac vice*)
JONES DAY
1420 Peachtree Street, N.E., Suite 800
Atlanta, GA 30309
T: 404.521.3939
F: 404.581.8330
E: dmmonde@jonesday.com

Peter J. Biersteker (*pro hac vice*)
JONES DAY
51 Louisiana Ave., NW
Washington, D.C. 20001
T: 202.879.3939
F: 202.626.1700
E: pbiersteker@jonesday.com

Sharyl Reisman (*pro hac vice*)
JONES DAY
250 Vesey Street, Floor 34
New York, NY 10281
T: 212.326.3939
F: 212.755.7306
E: sareisman@jonesday.com

Andrew G. Schultz
RODEY, DICKASON, SLOAN, AKIN &
   ROBB, P.A.
201 3rd Street NW, Suite 2200
Albuquerque, NM 87102
T: 505.768.7205
F: 505.768.7395
E: aschultz@rodey.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 14, 2018, the foregoing *Defendants' Status Report* was electronically filed with the Clerk of Court using the CM/ECF system that will send notification of such filing to all counsel of record.

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By: *"Electronically Filed" /s/ Andrew G. Schultz* .
     Andrew G. Schultz