<pre>
 1                IN THE UNITED STATES DISTRICT COURT

 2                  FOR THE DISTRICT OF NEW MEXICO

 3

 4   IN RE: SANTA FE NATURAL
     TOBACCO COMPANY MARKETING
 5   AND SALES PRACTICES LITIGATION

 6
                                  NO. 16-MD-2695 JB/LF
 7

 8

 9

10        Transcript of Proceedings before The Honorable
     James O. Browning, United States District Judge,
11   Albuquerque, Bernalillo County, New Mexico,
     commencing on December 12, 2018.
12

13   For the Plaintiffs:  Mr. Nicholas Koluncich

14   For the Plaintiffs Via Telephone:  Ms. Melissa
     Weiner; Mr. Scott Schlesinger; Ms. Kathy Love; Mr.
15   Jeffrey Haberman; Ms. Erika Anderson; Mr. Steve
     Teppler; Ms. Kas Gallucci
16
     For the Defendants Via Telephone:  Mr. David Monde;
17   Mr. Andrew Schultz; Mr. Peter Biersteker

18

19
               Jennifer Bean, FAPR, RDR, RMR, CCR
20              United States Court Reporter
                 Certified Realtime Reporter
21                333 Lomas, Northwest
                  Albuquerque, NM  87102
22              Phone:  (505) 348-2283
                  Fax:  (505) 843-9492
23

24

25
</pre>

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  All right.  Good afternoon
 2    everyone.  The Court will call In Re: Santa Fe
 3    Natural Tobacco Company Marketing and Sales Practices
 4    and Products Liability litigation, MD-16-2695 JB/LF.
 5    Let's take counsel -- I'll start with Mr. Koluncich
 6    here in the courtroom, if you want to enter an
 7    appearance.
 8              MR. KOLUNCICH:  Good afternoon, Your Honor,
 9    counsel.  Nicholas Koluncich on behalf of plaintiffs.
10              THE COURT:  Mr. Koluncich, good afternoon
11    to you.  And who on the phone is here for the
12    plaintiffs?
13              MS. WEINER:  Good afternoon, Your Honor,
14    Melissa Weiner on behalf of the plaintiffs.
15              THE COURT:  You'll have to say that once
16    again.  You're a little hard to here.
17              MS. WEINER:  Good afternoon, Your Honor,
18    Melissa Weiner on behalf of the plaintiffs.
19              THE COURT:  Ms. Weiner, good afternoon to
20    you.  Who else is on for the plaintiffs?
21              MS. LOVE:  This is Kathy Love, local
22    counsel for plaintiffs.
23              THE COURT:  Ms. Love, good afternoon to
24    you.  Anyone else on the phone for the plaintiffs?
25              MS. SCHLESINGER:  Scott Schlesinger, Your
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   Honor.
 2             THE COURT:  Mr. Schlesinger, good afternoon
 3   to you.
 4             MS. SCHLESINGER:  Good afternoon, sir.
 5             THE COURT:  Who else is on the phone for
 6   the plaintiffs?  Anyone else?
 7             MR. HABERMAN:  Yes, Your Honor.  Good
 8   afternoon.  Jeffrey Haberman.
 9             THE COURT:  Okay.  Mr. Haberman, good
10   afternoon to you.  Anyone else for the plaintiffs?
11             MS. ANDERSON:  Your Honor, Erika Anderson.
12             THE COURT:  Say that one more time.
13             MS. ANDERSON:  Erika Anderson on behalf of
14   the plaintiffs.
15             THE COURT:  Ms. Anderson, good afternoon to
16   you.
17             Who else is there for the plaintiffs?
18             MR. TEPPLER:  Yes, Your Honor, Steve
19   Teppler for the plaintiffs.
20             THE COURT:  All right.  Mr. Teppler, good
21   afternoon to you.  Anyone else from the plaintiffs?
22             MS. GALLUCCI:  Kas Gallucci on behalf of
23   the plaintiffs.
24             THE COURT:  Say that one more time.
25             MS. GALLUCCI:  Kas Gallucci.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  Ms. Gallucci, good afternoon to
 2   you.  Anybody else on the plaintiffs' side wants to
 3   enter an appearance?
 4              Okay.  How about from the defendants?  Who
 5   is on the phone from the defendants?
 6              MR. MONDE:  Good afternoon, Judge.  David
 7   Monde on behalf of the defendants.
 8              THE COURT:  Mr. Monde, good afternoon to
 9   you.  Anyone else from the plaintiffs -- I mean, from
10   the defendants?
11              MR. BIERSTEKER:  Yes, Your Honor.  Peter
12   Biersteker.
13              THE COURT:  Mr. Biersteker, good afternoon
14   to you.  Anyone else from the defendants?
15              MR. SCHULTZ:  Yes, sir, Judge.  This is
16   Andrew Schultz for the defendants.
17              THE COURT:  Mr. Schultz, good afternoon to
18   you.
19              Anyone else for the defendants?  All right,
20   anybody else on the phone want to enter an
21   appearance?
22              All right.  I have reviewed the report that
23   I got from the defendants.  I also went back and
24   reviewed some of the materials that I had reviewed
25   and kept in the folder from the last time that we
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    were together, which I think was November 28 I
 2    believe.  So I think we set this up -- I'm not sure
 3    when we set today up, but we had I think three
 4    alternative dates.  And in any case, we're together
 5    this afternoon.  Maybe this is one of the alternative
 6    dates, maybe this is the first alternative date.  And
 7    I guess to see where we're going to go on this, it
 8    looks to me like the defendants have given us -- I'll
 9    let the plaintiffs tell me if they agree.  But it
10    looks to me like they have given me a report that is
11    in compliance with what I directed them to do with --
12    at least to me, it seemed to have the robustness that
13    I was hoping and expecting for.
14              So it seems to me we're probably in a
15    position where the plaintiffs need to make a decision
16    as to whether they just want to keep the schedule
17    that we have, or they want to slide the schedule and
18    get this discovery.
19              So let me -- since I've had the report of
20    the defendant, am I going to be hearing from you, Ms.
21    Weiner?
22              MS. WEINER:  Yes, Your Honor.
23              THE COURT:  All right.  Ms. Weiner.
24              MS. WEINER:  We obviously received the
25    report this afternoon.  That was the first that we've
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   understood the time compensated for the search and

2   production of the material responsive to the search

3   terms that the parties agreed upon last week.

4            And defense counsel is correct in its

5   representation to the Court that we did, in fact,

6   agree upon search terms.

7            There is a little bit more to the picture

8   that I would just like to highlight for the Court.

9   In drafting the search terms that we did, we spent a

10  lot of time in an effort to narrow the field to just

11  that information that pertains to the request for

12  production.  And there are four of them, not just two

13  of them, as stated in the status report.  I'm not

14  sure where the other two got left off.  But there has

15  always been with reference to an email between

16  Mr. Schultz and Mr. Monde on four pricing RFPs.

17           We attempted to try to find search terms

18  that would only produce the material that pertains to

19  pricing information, and not this large universe of

20  documents that would require a significant amount of

21  sifting.

22           So in addition to trying to come up with

23  very discrete search terms, we also went back through

24  the documents that we already have in this case,

25  where we believe there are -- I've been calling them

SANTA FE OFFICE                                            MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                           (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492
                                                        1-800-669-9492
                                              e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    kind of series of documents, reports that were either

2    monthly or quarterly, or a spreadsheet that we

3    believe is part of a larger universe of like

4    documents.  And we identified each of those

5    individual documents with Bates numbers, and in some

6    cases actual attachments, to defense counsel, to

7    attempt to limit this search to documents that we

8    know are missing from the production.

9              I sent a very comprehensive email on Friday

10   to Mr. Monde with some questions with regard to the

11   search techniques.  We, of course, met with our

12   technical folks on how can we do this with the least

13   amount of time burden, so that we can, if we decide

14   to agree to extend the schedule, it would be as

15   absolutely limited as possible.

16             And to that end, I suggested many

17   predictive coding and analytic tactics that can be

18   used in order to expedite the review and production

19   process.  I have not received a response to that

20   email that I sent on Friday, which identified all of

21   these specific questions and issues that I had

22   outstanding.  And so that is a piece of this that we

23   are still hoping before Friday that we can get an

24   answer to, so that we are able to make a decision by

25   Friday with respect to extending the schedule in any

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8

```
1    way.
2              I'm sorry, one more item, Your Honor.  I
3    sent Mr. Monde an email this afternoon.  Of course,
4    we're still in the process of digesting the report
5    that was filed this afternoon, and have to get in
6    touch with our technical folks.  Many of those
7    matters that are discussed in that status report with
8    respect to time, we, just from a very preliminary
9    standpoint, our technical side, the folks that we
10   have consulted with believe that that is probably
11   longer than it should take to review that amount of,
12   quote "hits," recognizing that there is some
13   variability there.
14             But one of the questions I had for
15   Mr. Monde that I have not received an answer to -- I
16   just sent the email a couple of hours ago, after I
17   received the report -- is whether the, quote, "hits"
18   that came about from the search terms, whether those
19   had been deduped from within that set itself, and
20   whether those hits had been deduped against the prior
21   production that we already have, because that will
22   play a very large part into the review time, if the
23   documents have already been reviewed by defendants,
24   and in some cases might be already in our possession.
25             So, in short, we have several questions,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1    and we have, I guess, the status report that was

 2    filed.  And we would hope, one, to get a response to

 3    the email that I sent on Friday with some additional

 4    detailed production, and perhaps an ability to limit

 5    the amount of documents that we received to those

 6    that are specifically Bates numbered, addressed in

 7    series, and also be able to make a decision by the

 8    end of the week on whether we'd like to request an

 9    extension from the Court.

10         THE COURT:  So what would you, as an action

11    item for me, or me setting up any sort of schedule,

12    what would you like for me to do, or what would you

13    like to have occur before we leave here today?

14         MS. WEINER:  We'd like an answer to the

15    email from the Friday at 9:00 a.m. -- I'm sorry, I

16    actually sent the email Thursday at 5:14 Central.

17    And we would like a response to that email that

18    identifies specific Bates-numbered documents, and

19    request a series of those specific documents,

20    because, Judge, what might happen here is we might

21    not be interested in extending the schedule, but

22    there might be certain subsets of documents that can

23    be produced in a fashion that we believe is timely

24    and accessible.

25         So I'm trying to determine by Friday if

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    there is some potential hybrid approach that allows

2    us to obtain the additional pricing information

3    without extending the schedule as proposed by

4    defendants.

5            The second item would be for -- we will

6    make a decision by Friday regarding any potential

7    requests for an extension.  And we'd like

8    understandings -- to leave with an understanding that

9    defense counsel will stipulate to either some short

10   extension --

11           This takes a lot of time, Your Honor, to

12   confer with our technical people, determine what it

13   is that defendants are stating that they'll produce,

14   and how long we believe is reasonable.  And as it

15   stands right now, the expert reports are due on

16   Monday.

17           So there may be some short extension that

18   plaintiffs might request in lieu of some later date

19   for production of all this information if we decide

20   to forego that opportunity.

21           THE COURT:  All right.  Thank you, Ms.

22   Weiner.

23           Mr. Monde, what's your thoughts, reaction

24   to Ms. Weiner's comments?

25           MR. MONDE:  First of all, thanks for



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    hearing us today.

 2            Second, today is the deadline for providing

 3    the time estimates, and based on the number of

 4    documents hit, using the agreed upon search terms.

 5    And we thought we could do that in one week and we

 6    got in just under the wire, because we did not count

 7    on the huge snowstorm that clobbered North Carolina.

 8            And I'd be remiss if I didn't just express

 9    to the Court that a lot of folks had to go above and

10    beyond to get this done.  And we're glad that we were

11    able to get it done.

12            Based on the -- I mean, we've laid out in

13    detail how we went about doing the search, how we

14    identified the email custodians, and the share points

15    that we would search.  I'm not hearing Ms. Weiner

16    express dissatisfaction with that.  But I'm not

17    clear.

18            The Friday email that she refers to, in our

19    view, seeks to expand significantly what the Court

20    directed the parties to do.  And frankly, it's as if

21    the hearing on November 28th never occurred, as if

22    the Court had never ruled that their discovery is

23    untimely.  These additional requests that they're

24    making are simply discovery requests that Your Honor

25    found were untimely and fall outside of the two RFPs
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    that relate to pricing.

2             One additional one that she wants to talk

3    about relates to focus groups, not in any way limited

4    to pricing terms.  And the other has to do with costs

5    to produce.  So just far afield.

6             But I'm, frankly, more than a bit surprised

7    to hear Ms. Weiner suggest that the parties at this

8    point engage in more predictive coding.  And that was

9    a key element of her Friday email.  What they're

10   proposing that we do is more predictive coding, using

11   generalized categories for documents.  Judge, that is

12   so far afield from what we agreed on and what the

13   Court directed, number 1.

14            Number 2, given the past history in this

15   case, it's a bit ironic that the plaintiffs would now

16   be suggesting that.  And, as a practical matter, were

17   we to do that, we would first have to get our

18   technical people together to meet and confer on a

19   predictive coding protocol.  And that takes more time

20   than is required to agree on some Boolean search

21   terms.  And then you have to run samples and seed

22   sets.  What the plaintiffs are suggesting is -- just

23   runs counter to everything that they say they want to

24   do, which is to speed things along.

25            The Court observed on November 28 that, at

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

13

```
 1    least aspects of plaintiffs' requests were
 2    schizophrenic.  This is that.
 3              In terms of the specific documents that
 4    they requested, well, it turns out that they had been
 5    given those.  And we pointed it out to them,
 6    including by giving them the Bates numbers.  Then, as
 7    to specific titles that they wanted us to run that
 8    was in addition to what we agreed to on November 28,
 9    but we went ahead and we did it, because it was
10    finite and something that we knew we could do without
11    delaying the process, and it turns out there were
12    four documents that they'll get as part of this
13    process assuming that they choose to go forward.  So
14    we've met them and beyond in terms of what was agreed
15    to.  The disagreements that exist, as I understand
16    it, are simply attempts to go beyond what was
17    ordered, and to act as if their prior discovery was,
18    in fact, timely after all, which  it's not.
19              The issue that needs to be resolved, of
20    course, is the choice that the Court gave, which was
21    clear enough on its face.  They can either extend the
22    schedule to allow for a production of documents.  We
23    have outlined in detail why it will take us the time
24    that it will take us.  I don't hear a lot of
25    complaint about that.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              I can tell you this, Judge, I pushed hard
 2    on our folks, pushed hard on them to give me good
 3    faith estimates in terms of the throughput that each
 4    reviewer could do.  I pushed hard to get a week's
 5    worth of work done during the holidays.  We've
 6    squeezed out the slack in this process, and we've
 7    laid out what it will be.  I guess, the duration of
 8    that extension to get the documents is in the eye of
 9    the beholder, in terms of how you would characterize
10    it.  But if you view it in the context of this case,
11    it is modest indeed.
12              So again, we're talking about what is, in
13    effect, a three-month extension.  And as the Court
14    put it to the plaintiffs the other day, the choice is
15    theirs.  They can either elect to receive those
16    additional documents, if they feel that they are
17    important enough for class certification to warrant
18    that extension.  Or, having seen the time projection,
19    they can elect not to accept those documents and to
20    designate their experts now.
21              Of course, we will grant whatever minor
22    extension that they need for December 17, if they
23    need that.  Each side has always been willing to do
24    that.  Nothing is going to change there.  If they
25    want another week or two, if they elect not to get
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  the documents, if they want to put it past the

2  holidays, that's fine with us.  Of course, we will

3  agree with that.

4          But what can't happen is to have the

5  plaintiffs now extend their requests beyond the

6  search terms that we worked so hard to work out with

7  them.  That's not acceptable.  That's not part of

8  what the Court ordered.  And that will almost

9  certainly extend the extension required beyond the

10  time that we've outlined in our report.

11          THE COURT:  Well, let me ask you a couple

12  of questions before I go back to Ms. Weiner.  It

13  would seem to me -- and Ms. Weiner may object to

14  this -- it seems to me -- I'm sorry?

15          MR. MONDE:  That was not me, Judge, it was

16  somebody else on the line.

17          THE COURT:  All right.  It would seem to me

18  that the plaintiffs are making their decision, and

19  the decision is to delay.  They may be not yet ready

20  to say how far they're wanting to delay, and how much

21  material they want.  But it looks to me, here on a

22  Tuesday (sic) afternoon past 4:00, they are basically

23  in delay mode rather than meeting that deadline on

24  Monday.

25          If that is the case, if I'm reading the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   question correctly and accurately, I guess the

2   question is:  Why do you, or do you care?  I mean, if

3   they are --

4           MR. MONDE:  Not at all, Judge.

5           THE COURT:  Well, let me finish my thought

6   just a second.  If they are going into a partial

7   delay, full delay, whatever we call it, then to a

8   certain extent I've given them the right to get the

9   discovery that I think they need for this class

10  certification.  If they're going into it, the fact

11  that you may have to sit down with them and help them

12  create search terms, and do it efficiently, and them

13  maybe give us certain searches and pick up other

14  searches, tell me whether you care, if you know that

15  it's going into delay mode or extension mode, and if

16  so, why do you care?

17          MR. MONDE:  Well, if they were to -- it

18  depends on what they're seeking to do, Judge.  And I

19  hear multiple possible alternatives.  So let me

20  address each of them, as I hear them as possible

21  alternatives.  If they want to discuss narrowing the

22  12 agreed upon search terms, and then asking us to

23  manually review the documents that are hit with that

24  reduced list, we are fine with that.  We will need

25  to, of course, run a new search to determine how many

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                           201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   documents are hit.  And then, using the throughput,
 2   that is the rate at which reviewers can review
 3   documents based on that, we can get an updated
 4   projection for when we can complete production.  So
 5   if that's the scenario, fine.  If the scenario is
 6   they want to add yet more search terms to the list,
 7   then, provided that they are limited to the issue of
 8   pricing, we don't object.
 9             Once again, we'll have to meet and confer
10   about that.  We'll have to get the terms translated
11   into the correct Boolean language, and then we'll
12   have to go through the process I just described of
13   running new searches, getting a new total on document
14   hits, and then giving the Court and the plaintiffs an
15   updated projection of how long it will take us to
16   review those and produce them.  If they're asking us
17   to do -- but if that's what they want to do, provided
18   it's limited to additional terms for pricing, okay.
19             If they want to have us do predictive
20   coding related to pricing, if the Court directs us to
21   sit down with them and do that, we'll do that.  I
22   think that I would just want to be on record as
23   saying that that almost certainly will result in a
24   longer delay, a materially longer delay, than what we
25   have presently projected based upon these 12 agreed
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                 201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

18

```
 1   upon search terms.  I would be happy to be proven
 2   wrong.  But experience teaches otherwise.
 3            And then, finally, if their scenario is to
 4   start asking for new categories of documents outside
 5   of pricing, we object, because all that is is
 6   attempting to revisit the ruling that the Court made
 7   that their written discovery requests are untimely.
 8   And it just undermines the letter and spirit of what
 9   we covered and what the Court ruled upon on November
10   28.  If that's helpful.
11            THE COURT:  Well, the last response
12   somewhat confuses me, because if we go down the path
13   of any of this additional discovery, we're basically
14   engaging in some discovery related to what discovery
15   is that I've labeled as untimely.  And it's untimely
16   because we had a discovery deadline, and it was not
17   served, in my view, before -- in a way that could be
18   answered before the deadline.  But it seems to me
19   that we're -- once we say:  Okay, the Court is
20   willing to extend the deadline, if the plaintiffs
21   think this discovery is more important than the
22   current schedule, then in some ways we are answering
23   that untimely discovery.  And so whether I do it as
24   1, 2 or 3, or I do it as just 4, or some combination
25   of those four options, we're basically answering
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    untimely discovery, but we're making it timely

2    because we're extending the deadline.

3           Am I reading something wrong here?

4           MR. MONDE:  Well, no, you're not.  But I

5    would make this point:  The discovery is untimely.

6    In the course of making their arguments, the

7    plaintiffs made it clear that of all the things

8    encompassed within the untimely discovery, the thing

9    they needed for class certification, the thing that

10   was potentially worth an extension, a sliding of the

11   schedule, was the pricing documents.  They said that.

12   And after they said it several times, I offered that,

13   in order to move this case forward, in order to

14   address the concerns that were raised, and

15   notwithstanding the fact that it was untimely, we

16   would be willing to agree upon search terms related

17   to the pricing issue.  Because that's a relatively

18   discrete, finite task.

19          That was not meant to start us down a

20   slippery slope.  And if the plaintiffs on November 28

21   had said:  "Well, we want the pricing material, but

22   we also want cost data, we want focus group data, we

23   want this and that, we actually want everything that

24   we asked for in all the discovery requests that are

25   late," my response would have been different, and

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

20

```
 1   obviously so, and we would have said, "It's simply
 2   too late."  There is no good reason for the
 3   plaintiffs to be permitted to pursue this belated
 4   discovery.  And the plaintiffs have made no genuine
 5   attempts to say what part of that discovery is truly
 6   necessary to their class certification efforts.
 7            And so that is the distinction.  And what
 8   this additional discovery that the plaintiffs are now
 9   seeking beyond the pricing related search terms is
10   going beyond the pricing.
11            THE COURT:  All right.  I'm about to turn
12   back to Ms. Weiner.
13            Anything else, Mr. Monde?
14            MR. MONDE:  No, sir.
15            THE COURT:  All right.  Ms. Weiner, Mr.
16   Monde may disagree with what I'm about to say, but
17   I'll let him correct me, but it seems to me that
18   you're still in control.  You control a great deal of
19   what is going to occur.  If you have made a strategic
20   professional decision that these documents are
21   something you really need to have for your class
22   certification, I'm probably going to get them into
23   your hands.  But I'm also going to slide the
24   schedule.
25            And it seems to me we're probably at a
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   point where we're going to slide the schedule anyway.

2   It just doesn't seem that, come the 17th, unless

3   you're prepared to say on the 17th, here's our

4   experts, we're moving, and forget that discovery, if

5   you're prepared to do that Friday or Monday, or

6   something like that, then I think you're in control.

7   But I think anything else, realistically, we're going

8   to have to start sliding the schedule.  But, you

9   know, it seems to me that I have signaled that I'm

10  willing to work with the plaintiffs.  And I don't

11  want to prejudice the defendants with an overly tight

12  schedule, something that I think could have been

13  avoided.  So I'm not enthusiastic about putting my

14  thumb on the defendants.  But I'll keep the pedal a

15  little bit to the metal to keep this thing moving.

16  But you're in control.

17          My suggestion would be:  I simply say take

18  the time you need to make a professional tactical

19  strategic decision.  Don't worry about Monday's

20  deadline.  If it slides, it slides.  I'm expecting it

21  to slide.  We have Mr. Monde's representation that he

22  doesn't care too much about that schedule on Monday.

23  And so we'll let it slide and take his word for it

24  that we'll work out a new schedule, and you take the

25  time you need to make this decision.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              And that's what I would propose.  And I can
 2    set another scheduling conference.  I have slightly
 3    given yours away this afternoon in a three-defendant
 4    restitution -- I am literally running out of -- the
 5    last time I talked to you, I was running out of days.
 6    Now I'm running out of hours.  So I've given your
 7    4:00 on Wednesday away to a three-defendant
 8    restitution case that's got a 90-day deadline.  I
 9    think it's the 90th day, so I'm literally at 3:30
10    that afternoon.  I might be able to squeeze something
11    in on Thursday.  I think that was the note I was
12    going to write to myself.  Ms. Bevel can be looking
13    at that.  And we can get back together maybe on
14    Thursday.  I don't know what I have on Thursday of
15    next week, or Friday, Thursday or Friday.
16              What's your reaction to what I'm saying?
17    We'll see, if after you speak, whether Mr. Monde has
18    a lot of problem with the way I'm reading the
19    situation.
20              MS. WEINER:  I'm trying to limit my
21    comments to that which I think will advance the ball
22    here.  Because Mr. Monde said a lot which I don't
23    agree with in his remarks a couple of moments ago.
24    Most notably that anything that we've done is in
25    conflict with what we believe was an agreement
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

23

```
1   between the parties, which will be borne out in the
2   motion that we will ultimately file with the Court
3   detailing the -- probably at least half a dozen
4   letters going back than and forth on the timing to
5   produce this information, not whether or not this
6   information was going to be produced.
7           So if there is any delay here, it is our
8   strong contention that it is not because of the
9   plaintiffs' delay, and that we were attempting to
10  work with defense counsel on getting this information
11  produced in a respectful and timely manner.  So the
12  fact that we found ourselves here being accused of
13  delaying and not serving discovery is very
14  frustrating, and simply contrary to the discussions
15  between the parties.
16          So I will limit my remaining comments to
17  where we are, and the email from Friday, which I
18  believe is important to the overall decision that we
19  will make -- we hope to make by Friday, Your Honor.
20          But Your Honor is correct, we do need to
21  take some time to digest the report filed by
22  defendants today, which from first glance, and
23  discussing with our expert, is about three times
24  longer than we believe it should take to produce
25  those documents.  So whether we are just not going to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    have a meeting of the minds on that point, and we

2    just have to make a decision, that's probably the

3    case.

4              But what we did, and what I want to explain

5    to Your Honor, all of the efforts that have been made

6    here to obtain the documents that are responsive to

7    the pricing requests that are at issue here -- and we

8    don't agree with Mr. Monde that documents reflecting

9    the cost to produce the American Spirit cigarette is

10   anything unrelated to pricing.  Of course that

11   relates to pricing.  The cost to manufacture them is

12   what goes directly related to the pricing.  So that

13   is one of the requests and has always been at issue

14   in the four that were sent by Mr. Schultz to Mr.

15   Monde back in the beginning of November.

16             So what we did is we spent a significant

17   amount of time last week going through the documents

18   we already have.  For example, a document titled,

19   "RJRT Outlet Pricing Tool."  We reviewed this

20   document.  There is one of them, and we believe that

21   there are probably additional like documents.  Mr.

22   Monde stated that that title in their -- as they went

23   back to look for that title, that it was simply to

24   them, in addition to the search term list that we had

25   already provided.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1           So what I did was I went back and found a

2     specific document where that RJRT Outlet Pricing Tool

3     was located, and asked that a search was run to

4     identify if that document exists as a series of

5     documents.  We did the same exact thing.  We

6     identified how many hits and how many were duplicates

7     with specific Bates-numbered documents that relate

8     directly to pricing.

9           And so, Your Honor is correct, in our

10    decision professionally whether to extend the

11    schedule, we are trying to figure out if these

12    documents that I have identified by Bates number, we

13    believe were missing the universe of those documents,

14    which should have already been produced, but we do

15    not believe have been produced.  If they can go back

16    and answer the email with those specific Bates

17    numbers, and specific requests for information, like

18    "Average retail prices for the sub-brand across the

19    class period," in our opinion that should have

20    already been produced, but if it hasn't, it should be

21    fairly easy to locate, which might allow us, if there

22    is an extension here, to have that extension be very,

23    very brief.  Because we do not want to extend the

24    schedule out into the spring.

25           So we will be providing the Court with a

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

26

```
 1   full understanding of the picture of the information
 2   that should have been -- all of it -- should have
 3   been produced to the plaintiffs long before the end
 4   of November conference.  But at a minimum, we would
 5   like a response to the email that I sent on Friday
 6   with specific Bates numbers requesting the universe
 7   of documents related to those Bates numbers so that
 8   we can make a decision regarding if, and for how
 9   long, we'd like to request an extension.
10            Because it may well be that we have a
11   conversation about limiting the search terms, and
12   perhaps -- and honestly, Your Honor, we really don't
13   know.  I'm not trying to hide the ball here.  We, you
14   know, quickly tried to review the status report, get
15   on the phone this afternoon with our technical folks,
16   try to understand what that extension might look
17   like, what limiting particular search terms might
18   look like.  We have not had any discussion with
19   defense counsel since we received the report.  So at
20   a minimum, a couple of days to meet and confer on our
21   side, and perhaps ask a couple of questions, like I
22   have this afternoon regarding deduplication, I think
23   at a minimum we should get a response to that email I
24   sent on Friday which only narrows the field of
25   documents, not expands it.  And I'm happy to provide
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

27

1    that email for the Court as well.

2            So we would like a response with respect to

3    the specific Bates numbers.  And, Your Honor, the

4    reason why we even raised this issue of analytics, or

5    predictive coding, if you will, is because, again --

6    and I did this before the hearing today -- so that we

7    could understand there might be tools that we can

8    utilize to take documents, such as the documents that

9    I have identified Bates number, and run analytics

10   with those documents against this set of documents

11   that has been identified by defendant to make this

12   process faster.  And I haven't received a response as

13   to whether -- and frankly, I am, Your Honor, not the

14   one who the response needs to go to.  I'd have to get

15   my technical people back involved.  But it was in

16   consultation with our experts that we sent that

17   email.  And I think it's extremely relevant to the

18   timing and potentially getting an extension here.

19           So that's the first place.  We'd like to

20   get an answer to that email with those specific

21   documents, detailing what efforts have or could be

22   made to round out those series of documents that we

23   believe are missing from the production.

24           And we would like -- and Mr. Schlesinger

25   and Mr. Haberman are on the phone right now -- we'd

 

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

28

 1   like at least a couple of days to digest this and

 2   determine -- you know, it's a delicate balance, Your

 3   Honor, as I'm sure you can appreciate, the need --

 4   what we could say is, quote, "the need for

 5   documents."  You know, we could move forward with

 6   experts.  We've had our experts retained for a very

 7   significant period of time.

 8           It's just a matter of obtaining the

 9   information that we believe is out there.  It's not

10   that we can't move forward with experts.  We believe

11   that there might be an even more significant

12   prejudice in allowing the schedule to linger into the

13   spring.  So we're trying to weigh those pros and cons

14   here.

15           THE COURT:  Let me ask Mr. Monde two

16   questions, and then I'll come back to you, Ms.

17   Weiner.  Mr. Monde, I don't have a copy of this

18   email.  That may or may not be important, but let me

19   ask you two questions:  One, do you intend to respond

20   to the email?  And second, do you have a timeframe --

21   if you do intend to respond, when do you think you

22   would respond by?

23           MR. MONDE:  Judge, first of all, yes, we

24   can respond to that email.  The reason we have not

25   responded to date is because it asked us to engage in

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1    predictive coding.

 2            When we got that email on Friday, with a

 3    snowstorm bearing down on North Carolina, we faced a

 4    decision.  We could either continue talking with

 5    plaintiffs, who move the goalposts every time we talk

 6    with them, and we're trying to claw back what was

 7    foreclosed on November 28, or we could do what the

 8    Court directed us to do, which is to run those search

 9    terms, find out the number of hits, and then run the

10    calculations necessary to determine how long it would

11    take us to process those documents.  That work is now

12    done.

13            And if the plaintiffs want to talk about

14    predictive coding, which is the essence of that

15    Friday email, then, yes, we will engage with them.

16    And we can do it by making a specific response to the

17    email, or if they choose to, we can get people on the

18    phone who can talk about predictive coding.  But

19    again, I just -- it's just a little hard to

20    understand why it is that the plaintiffs would want

21    to do that.

22            Second, the -- I hope I've answered your

23    question.

24            THE COURT:  Well, the first question is --

25    I think you are going to respond to the email.  The
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    second is:  When will you get a response to them?

2            MR. MONDE:  I can't answer that right now,

3    Judge, because I would need -- the technical folks,

4    the people who do predictive coding will have to be

5    involved.  I can't speak for them right now.  And I

6    already once put them under the gun.  I can represent

7    to the Court and assure the plaintiffs that we will

8    do it with all deliberate speed.  And I will start on

9    that tomorrow morning.  But I cannot now commit to a

10   date certain, because it is outside of my control.

11           MS. WEINER:  Your Honor, can I respond just

12   briefly on this predictive coding issue?

13           THE COURT:  Let me think for just a second,

14   then I'll hear from you, Ms. Weiner.

15           MS. WEINER:  Okay.  Thank you.

16           THE COURT:  Let me ask you a question, Ms.

17   Weiner, and then you can tell me what you want on

18   predictive coding.

19           But to make meaningful another conversation

20   with me about where we're going, if I gave you 30

21   minutes on Thursday at 9:00, or one hour on Friday

22   afternoon at 3:00 p.m. -- I can give you either one

23   of those or both, if that would be helpful, by when

24   would you need a response from Mr. Monde to make

25   those -- one or both of those hour and a half with me

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    productive?

2            MR. MONDE:  Judge, may I please interject?

3    As I explained to the Court when we were together on

4    November 28, I am going to be out of the country with

5    my family starting on Thursday the 20th in the

6    morning.

7            THE COURT:  What time in the morning?

8            MR. MONDE:  Our flight leaves at 11:10

9    a.m. Eastern time.  We are traveling internationally,

10   and so I need to leave the house at 8:00 a.m.

11           MS. WEINER:  And, Judge, I'm in court in

12   San Jose on the morning of the 20th, and on an

13   airplane as well, unfortunately.

14           THE COURT:  What do you have on Wednesday?

15   I'm not going to be stationary on Wednesday, but I

16   could probably do -- call in the car coming back from

17   Las Cruces.  Is everybody available on, say,

18   Wednesday afternoon, if I were to try to do one from

19   the car?

20           MR. MONDE:  Yes, sir.

21           MS. WEINER:  Yes, Your Honor.

22           THE COURT:  And we might have to tape it,

23   because my court reporter is going to go down there

24   with me.  And she's very talented, but I haven't seen

25   her drive and take transcription at the same time.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    And I'm not sure I'm interested in seeing that.  So

2    we'll probably tape it, and you can get it

3    transcribed.  If you have not done that service

4    before, it's really quite good, so it's no problem.

5            All right.  So let me refresh myself, when

6    is that last sentencing in Las Cruces?

7            THE CLERK:  The last one is scheduled at

8    9:30.  I would imagine half an hour.

9            THE COURT:  We're laughing.  Last time they

10   didn't bring the defendant.  But details, details,

11   right?

12           Well, why don't I do this?  What if I set

13   it for 11:00 New Mexico time?  That will be past your

14   lunch hour on the east coast, and that way it will be

15   the first thing in the afternoon, and it will be

16   before my lunch hour.  That doesn't do you any good,

17   does it, Ms. Weiner?

18           MS. WEINER:  No, Your Honor.  I'm traveling

19   that morning to Los Angeles.  My firm -- I am

20   available in the afternoon Pacific time, but I will

21   be on the airplane in the morning.  So I could do

22   2:00 or 3:00 Pacific.  So is that one hour --

23           THE COURT:  Let's see, the problem I've got

24   is I just gave away everything after 3:30 on

25   Wednesday because of this criminal case.  So that's

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   going to be 4:30 on Pacific time.  What time do you
2   land in California, Ms. Weiner?
3            MS. WEINER:  I'm pulling up my flight
4   information right now.  I could do anything after
5   around the noon hour.  I could be in transit, in a
6   taxi as well, Your Honor, which is fine.  I just want
7   to give a little bit of space.  I land around 11:00
8   Pacific time.
9            THE COURT:  Okay.  So that's 12:00 here.
10  Do you want to make it 12:30 or 1:00?  What's --
11           MS. WEINER:  Let's do 1:00, just so I have
12  a little bit of a buffer to get off the plane.
13           THE COURT:  All right.  So 1:00 New Mexico
14  time.  Everybody just call in to this number here.  I
15  may be the one that's most inept at calling in, now
16  that we've changed our telephone system.  But let's
17  shoot for 1:00.  And that will give us a little bit
18  of time.
19           Now go back to my question, Ms. Weiner.  To
20  make that conversation on Wednesday afternoon as
21  meaningful as possible, when do you need a response
22  from Mr. Monde?
23           MS. WEINER:  Your Honor, given that I sent
24  that email on -- I think it was Thursday last week --
25  by close of business on Friday would be the absolute
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    latest.  Because I'm going to be traveling starting
 2    on Wednesday morning.  And that would only still give
 3    us two business days to get in touch with our folks
 4    and consider the information and get any sort of
 5    decision made.
 6              THE COURT:  Could you live with a response
 7    deadline, Mr. Monde, of the end of business on
 8    Friday?  You may not be able to say everything, but
 9    give some response.  And if you have to do some
10    rolling response the following week, so be it, but
11    try to give some response, as much as possible, by
12    the end of business on Friday?
13              MS. WEINER:  Judge, we will do the best we
14    can.  But I am in no way committing to a full
15    response by Friday.
16              And I guess counsel didn't hear me when
17    I -- the notion that we've been sitting on this, I
18    object to.  It is contrary to the facts.  And the
19    primary person that will be involved in helping us
20    respond to this email is in Washington, D.C. out of
21    town on business, and I believe tied up all day
22    tomorrow.  We'll do the best we can, Judge, but I
23    simply can't commit to more right now.
24              And, again, it's just objectionable to
25    suggest that we've been sitting on this.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1          THE COURT:  All right.  Well, let's do
 2   this:  I want some response to the email by the end
 3   of business on Friday.  And then, B, make it as
 4   robust as possible.  And then we'll go from there.
 5   If we have to do some rolling responses next week,
 6   we'll just have to do it.  We'll see where we are at
 7   1:00 New Mexico time on Wednesday.  I'll be calling
 8   in.  I'll be in the state, so I'll still have a
 9   commission that allows me to conduct business.  So
10   I'll be calling in at 1:00.  So people don't need to
11   be here.  If they want to be here, that's fine, but
12   otherwise we'll expect to be on the phone at 1:00.
13          MR. MONDE:  Excuse me for interrupting.
14          I've got to say I'm extraordinarily
15   frustrated.  The Court was very clear to us in terms
16   of the direction it gave, in terms of the report that
17   we needed to provide.  The Court itself called it
18   robust.  And that's because we invested a great deal
19   of effort and time in preparing it.  And I feel that
20   we just wasted our time doing that now.  Because the
21   goalposts have been moved.
22          At page 35 of the transcript -- and where
23   we're headed, Judge, is when you say to Ms. Weiner:
24   Take the time to make a professional decision, the
25   schedule is going to slide, but I want to give you
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

36

1    the time you need to get these documents in your

2    hands, that phrase "these documents" is going to

3    morph.  It's going to morph far beyond pricing

4    documents.  And that's what's going to happen.  And

5    that's what we are sliding down the slope on.

6            At page 35 of the transcript from November

7    28th, the Court said "But call it a protective order,

8    or whatever, the defendants do not have to respond to

9    the discovery that was served shortly before the

10   deadline.  It's untimely.  Now, I will extend the

11   time to get those documents in your hands, the

12   pricing documents."

13           And then later on you said, on that page,

14   "I'll give you the choice, Ms. Weiner.  You can live

15   with what's right now, where I'm not requiring the

16   defendants to produce, or I can extend the deadlines,

17   start working with you to put new deadlines in place

18   then, to get the pricing documents in your hands.

19   Which do you prefer?"

20           And what is now happening is we're

21   expanding that to mean other things, to broaden the

22   searches.  And that's -- but beyond the delay

23   involved, there is expense involved, and it's expense

24   that we shouldn't be bearing.  And that's my view,

25   respectfully.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                       Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1          And yes, we will do what the Court has

2    directed.  We will make every effort to respond as

3    much as possible by the close of business Friday to

4    Ms. Weiner's Friday email.  But I'd be remiss if I

5    did not share those concerns with the Court.

6          MS. WEINER:  Might I respond?

7          THE COURT:  Well, I still think -- well,

8    hold on.  Let me respond, and then I'll let you

9    respond.  But I guess, first of all, you still don't

10   have to respond to discovery.  I mean, so my

11   protective order, or order, is still in place.

12   You're not having to respond to discovery.  We are

13   trying to make a decision whether we're going to go

14   back into discovery mode of either a limited nature,

15   or more robust or full-blown nature.

16          And I would agree with the defendant, the

17   more this morphs, chances are the longer the

18   continuance.  And that's the reality.  And I think

19   the plaintiffs have to deal with that reality that

20   the more it morphs, the longer the continuance gets.

21          It's a little difficult for me to figure

22   out exactly what's going to be argued in the class

23   certification motion.  I mean, I have some good

24   knowledge from the motion to dismiss, and I can make

25   some educated and experienced guesses and estimates.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    But still, you know, it's the plaintiffs' case, and

2    they're going to have to tell us how this thing gets

3    certified, and what it would look like if it were

4    certified.  And so I'm going to have to give them a

5    little bit of latitude here to make that call.

6    They've got to balance how quickly they want to get

7    to a class certification hearing and motion, and how

8    much they need in discovery.  I don't think that's a

9    whole lot different than what I do all the time when

10   I'm trying to balance schedules with plaintiffs'

11   needs for discovery.

12           So I hear what you're saying and, you know,

13   the more it morphs, the more they want, chances are

14   the longer the continuance is going to be, but

15   anyway...

16           Ms. Weiner.

17           MS. WEINER:  Your Honor, I wish that I

18   could have recorded the meet and confers between

19   counsel and play them back for the Court, where we

20   were welcomed to provide specific Bates numbers and

21   documents to try to not expand or morph or move the

22   goalposts.  Nothing has been moved here.

23           This all relates specifically to pricing.

24   And all we are trying to do is identify the documents

25   to the extent we can that can be produced more

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  expeditiously than what defendants have proposed.

2  And I would like to just read to the Court the

3  documents that Mr. Monde is claiming moved the

4  goalposts or somehow morphed this.  Because it will

5  be very clear to the Court that that is not what is

6  happening here.  All we have requested in that email

7  that I keep referring to is a document called the

8  "RJRT Outlet Pricing Tool."  And that is specifically

9  related to pricing.

10       The next one is called "Natural American

11  Spirit Price Strategy Discussion."  And I told Mr.

12  Monde we obtained 29 hits, but those are duplicates

13  for only three months:  August, September, and

14  November of 2010.  Please produce the entire set.

15  And then I attached an example of that document,

16  which is a price strategy discussion.  All we asked

17  for was that document, or an answer that it doesn't

18  exist across the class period.

19       The next one is a "Price Gap workbook,"

20  which I also attached.  It's referenced in emails

21  with a link to the workbook, but we couldn't access

22  the link.  And I identified the Bates number.  And

23  it's all a Santa Fe pricing report.  And we've even

24  located, but we think it resides on something called

25  the "SFNPC Bridge," which is also true of another

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  document called the "Santa Fe Price Gap Guide."  All

 2  we asked was for them to use, you know, predictive

 3  coding.  Your Honor, we can use that term really

 4  loosely.  And I have one of my lawyer tech folks on

 5  the phone, Mr. Teppler.  But predictive coding is

 6  widely used in litigation, in ESI.  In fact, there

 7  are plenty of court decisions that you are allowed to

 8  use predictive coding.

 9          The issue that we've had in this case is

10  that defendants used predictive coding in error, and

11  it resulted in a large error that we've been trying

12  to meet and confer over and resolve.

13          But the notion that using certain

14  analytical tools to take documents that we've already

15  identified, and locate other documents just like it

16  in a database, that that is somehow obscene or

17  outside of the regular course of conducting

18  electronically stored information review, is just

19  plain wrong.

20          So all I inquired was, if they were using

21  analytics to try to identify these documents, and if

22  so, what analytics were being used?  So this notion

23  that my entire email was about analytics, I simply

24  would ask for information regarding the review that

25  would be conducted to try to utilize specific tools

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    commonly used in ESI to limit the amount of time to

 2    review documents in a larger production.

 3            The next document is called "Price

 4    Management."  I identified it by specific Bates

 5    number.  And we could only find drafts of three of

 6    the reports, for Q3 in 2011; Q1 and 2 in 2012.  I

 7    asked for them to determine if they exist in a

 8    series, where we would get the full class period

 9    worth of that document.

10            The next one is called "SFNPC Price Gap

11    Guide."  We talked about that a little earlier.  I

12    attached a PDF of a PowerPoint discussing that guide.

13    Then I asked for a "Gap SFNPC Dashboard Output

14    Detail," which I said I believe is on the Santa Fe

15    Bridge.  The pricing guide for this document, in

16    addition to search the email and home drives, we

17    asked that they run the analytics, or something, to

18    locate this document, which I identified by Bates

19    number for the entire class period.

20            And the last one was a "Pricing Overview."

21    And I asked the same, if they could identify that

22    document in a series.  And the reason, Your Honor,

23    why I asked about analytics, is because when you take

24    titles of documents, sometimes, depending on how the

25    meta data in the document is held, it might not come
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    up as the, quote, "title," as we would refer to it in

2    common speak.  But rather, if you take a document,

3    you can run analytics against it to determine or find

4    documents that look like it, but are different, or in

5    that same series.

6              We then asked for RJRT documents regarding

7    premium cigarette brands broken down by year and

8    month; RJRT documents with revenue and costs of

9    premium cigarettes by year and month and state.

10   These are all requests that are specifically related

11   to pricing.  The last thing we asked for in that

12   email was material described by one of defendant's

13   employees, Karen Calderon.  In her deposition, Ms.

14   Calderon -- and Mr. Monde knows exactly what this

15   deposition testimony is -- that -- she stated that

16   they can identify the price gap between Marlboro and

17   American Spirit cigarettes even down to the week by

18   state geographically.  So we asked for that.  If

19   you've got it, produce it.

20             So these are -- what we've asked for -- and

21   the updated search terms, Your Honor, are all related

22   to pricing, they all have the word "price" in them,

23   which is one of the search terms originally

24   identified in this case.

25             So we are not moving -- if anything, we're

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    trying to narrow the field to these pricing documents
2    that we believe -- and Your Honor will see when we
3    ultimately move to compel -- it was agreed to be
4    produced; it's responsive to the RFPs.  And all we've
5    done here is tried to make this easier by identifying
6    specific Bates numbers of documents that we believe
7    should be produced.
8            So a response by Friday will give us the
9    opportunity to determine what they're willing, and
10   can produce, and what should be, Your Honor, based on
11   all of the technical consultation that we've had in
12   this, and our own experience in ESI, and frankly how
13   long it took our side to review the documents that
14   we've received -- much shorter to produce the
15   information that I sought in the email from last week
16   than what defendants have represented in that status
17   report that they filed today.
18           So that is -- I am not going to sit and,
19   you know, be accused of moving the goalposts, when
20   all we've asked for is the pricing information that
21   we believe should be more readily identifiable now
22   that we've given specific documents that they can run
23   and locate.
24           THE COURT:  Well, let me react a little bit
25   to that.  I'm not saying that -- I'm not making any
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   ruling here.  And I'm not also saying that if you

2   don't want to go into this area you're not, A,

3   entitled to it, or I won't let you do it.  But when I

4   talk about morphing, when I hear the word "cost," I

5   think that's beginning to morph.  Because I think we

6   were talking on November 28th about pricing.  And now

7   I'm hearing the word -- not as much, but some --

8   cost.  And so I will probably consider that to be

9   morphing.

10          Now, I do understand, from taking economics

11  and being alive for this many years, that cost

12  affects price.  But I also can imagine that a lot of

13  pricing could have less to do with cost.

14          So all I'm telling you, as you make your

15  decision whether to go forward and what to ask for, I

16  probably will begin to think of cost as morphing.

17  And I won't use the word "moving the goalposts.  I

18  like "morphing" better.  But it's probably beginning

19  to expand more than what I envisioned and what I was

20  thinking of when I thought we were going into

21  pricing.  I think it's beginning to go into some

22  broader areas.

23          So if that's helpful to you in making the

24  decision that you have to make, just be aware that

25  I'll probably, in my mind, start seeing that as

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                  FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
1-800-669-9492
e-mail: info@litsupport.com

```
 1    morphing.  And as I indicated earlier, the more
 2    morphing, the more continuance and extension that
 3    will take place.
 4             All right.  Is there anything else we need
 5    to discuss while we're together?  Anything else I can
 6    do for you?  Ms. Weiner?
 7             MS. WEINER:  Nothing further, Your Honor.
 8    Should we assume that we will discuss what will now
 9    be the expert deadline next week, and that we should
10    not plan to produce reports on Monday?  I just want
11    to be really clear about that.
12             THE COURT:  That's fine with me.  Does that
13    work for you, Mr. Monde?
14             MR. MONDE:  Yes.
15             THE COURT:  All right.  Anything else, Ms.
16    Weiner?
17             MS. WEINER:  Nothing further, Your Honor.
18             THE COURT:  How about you, Mr. Monde?  Is
19    there anything else we need to discuss today?
20    Anything else I can do for you?
21             MR. MONDE:  As much as I would like to
22    respond to Ms. Weiner, Judge, I don't think that a
23    real purpose is served doing that this afternoon.
24             Thank you for your time.  And nothing
25    further.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1            THE COURT:  All right.  I will be on the
2   phone with somebody at 1:00 next Wednesday.  And
3   we'll hope the connections go well and that I don't
4   get cut off somewhere between Las Cruces and
5   Albuquerque.  Be patient with me, because there are
6   some dead spots out there.  I've got a pretty good
7   phone, the court gives me a pretty good phone.  But
8   we may be on and off a little bit as I try to get
9   back.
10           All right.  Y'all have a good evening.
11  Talk to you next week.
12           (The Court was in recess.)
13
14
15
16
17
18
19
20
21
22
23
24
25
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

 

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1                    C-E-R-T-I-F-I-C-A-T-E

2

3    UNITED STATES OF AMERICA

4    DISTRICT OF NEW MEXICO

5

6

7         I, Jennifer Bean, FAPR, RDR, CRR, RMR, CCR,

8    Official Court Reporter for the State of New Mexico,

9    do hereby certify that the foregoing pages constitute

10   a true transcript of proceedings had before the said

11   Court, held in the District of New Mexico, in the

12   matter therein stated.

13        In testimony whereof, I have hereunto set my

14   hand on December 15, 2018.

15

16

17

18   _____
                                Jennifer Bean, FAPR, RMR-RDR-CCR
19                              Certified Realtime Reporter
                                United States Court Reporter
20                              NM CCR #94
                                333 Lomas, Northwest
21                              Albuquerque, New Mexico 87102
                                Phone:  (505) 348-2283
22                              Fax:    (505) 843-9492

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com