IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

IN RE: SANTA FE NATURAL TOBACCO
COMPANY MARKETING & SALES
PRACTICES AND PRODUCTS LIABILITY
LITIGATION

Lead Case No. MD 16-2695 JB/LF

*This Document Relates To All Cases*

_____

# [PROPOSED] ORDER EXTENDING CERTAIN DEADLINES

UPON the joint motion of Plaintiffs and Defendants and for good cause shown, the parties' motion is GRANTED and Defendants' August 16, 2019 deadline for certain expert witness disclosures and Plaintiffs' August 30, 2019 deadline for rebuttal expert disclosures (if any) are amended as follows; all other deadlines set in the Court's March 23, 2019 Scheduling Order [Doc. 242] remain and are re-stated here for the convenience of the Court and parties:

| | |
|---|---|
| Disclosure of Defendants' Fed. R. Civ. P. 26(a)(2) expert witness disclosures (class experts), including written reports, for Charles Garner and David Teece | August 16, 2019 |
| Disclosure of Defendants' Fed. R. Civ. P. 26(a)(2) expert witness disclosures (class experts), including written reports, for Jan Steenkamp and Kip Viscusi | August 30, 2019 |
| Disclosure of Defendants' Fed. R. Civ. P. 26(a)(2) expert witness disclosures (class experts), including written reports, for Kent Van Liere | September 6, 2019 |
| Disclosure of Plaintiffs' rebuttal expert disclosures (class experts) pursuant to Fed. R. Civ. P. 26(a)(2), including written reports and available dates for depositions of each disclosed expert. | September 20, 2019 |
| All expert depositions to be completed. | October 31, 2019 |

1

| | |
|---|---|
| Deadline to file the motion in support of class certification and all *Daubert* motions. | December 2, 2019 |
| Defendants shall file their opposition to Plaintiffs' motion for class certification and all parties shall file oppositions to *Daubert* motions. | January 31, 2020 |
| Plaintiffs shall file their reply in support of their motion for class certification, and all parties shall file replies to *Daubert* motions. | February 21, 2020 |
| Hearing on motion for class certification and Daubert motions | Week of April 17, 2020 |
| 120 Days After Ruling on Class Certification | Completion of discovery. Within 7 days after the Court's ruling on the motion for class certification, the parties will meet and confer regarding the completion of discovery including, but not limited to, additional depositions, experts, and other discovery. |
| 60 Days After the Completion of Discovery | Deadline for Fed. R. Civ. P. 56 motions for summary judgment |
| 120 Days After the Completion of Discovery | Deadline for briefs in opposition to Fed. R. Civ. P. 56 motions for summary judgment |
| 150 Days After the Completion of Discovery | Deadline for reply briefs in support of Fed. R. Civ. P. 546 motions for summary judgment. |

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By  /s/ Andrew G. Schultz  .
    Andrew G. Schultz

-and-

JONES DAY

By  /s/ David M. Monde  .
    David M. Monde

*Counsel for Defendants*

**Submitted with the approval of Plaintiffs' counsel per email from Plaintiffs' counsel, Matthew Schultz.**