IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

IN RE: SANTA FE NATURAL TOBACCO
COMPANY MARKETING & SALES
PRACTICES AND PRODUCTS LIABILITY
LITIGATION

Lead Case No. MD 16-2695 JB/LF

*This Document Relates To All Cases*

_____

**PLAINTIFFS' AND DEFENDANTS' JOINT REPORT ON CASE STATUS
IN SUPPORT OF THEIR PROPOSED AMENDED SCHEDULING ORDER**

Plaintiffs and Defendants (collectively, the "Parties") jointly submit this report on case status in support of their proposed amended scheduling order.

1. The close of expert discovery had been set for October 31, 2019. However, additional time became necessary because, after the parties agreed on deposition dates for the defense expert witnesses to meet the October 31 deadline, Plaintiffs exercised their right to serve two rebuttal expert reports, including one from a new rebuttal expert. Plaintiffs then asked for additional time to serve those rebuttal reports and Defendants agreed. Finally, due to (a) the trial schedules of key members of Plaintiff's team, (b) the need to reschedule all of the previously-set depositions of the defense expert witnesses (some of whom had trial conflicts as well), (c) the need to depose the rebuttal expert, and (d) reopening of the deposition of Plaintiff's expert who provided a rebuttal report, the parties agreed it was not possible to complete the expert discovery in the time they had requested previously and that the Court allotted.

2. The parties now have completed the expert depositions except for the final two; these will be taken on January 30 and February 5, 2020.

3. Thus, the Parties respectfully ask the Court to enter a jointly proposed amended scheduling order that modifies the deadlines set in the Court's March 25, 2019 Scheduling Order [Doc. 242] and August 26, 2019 Scheduling Order [Doc. 254]. The parties will submit the proposed order to the dedicated email box established by the Court for that purpose and attach a copy here for the convenience of the Court and Parties as Exhibit A.

4. The Parties do not seek a status conference with the Court at this time but, of course, will appear at any such conference set by the Court.

Dated: January 24, 2020

/s/ Scott P. Schlesinger
**Scott P. Schlesinger** (*pro hac vice*)
scott@schlesingerlaw.com
Jonathan Gdanski (*pro hac vice*)
jgdanski@schlesingerlaw.com
SCHLESINGER LAW OFFICES
121 SE 3rd Avenue
Fort Lauderdale, FL 33316
Telephone: 954-467-8800
Facsimile: 954-523-4803

**Matthew D. Shultz**
mschultz@levinlaw.com
Levin, Papantonio, et al.
316 S. Baylen St., Suite 600
Pensacola, FL 32502
Telephone: 850-435-7140
Facsimile: 850-436-6140

***Attorneys for Plaintiffs***

/s/ David M. Monde
**David M. Monde** (*pro hac vice*)
dmmonde@jonesday.com
JONES DAY
1420 Peachtree Street, N.E.,
Suite 800
Atlanta, GA 30309
Telephone: 404-521-3939
Facsimile: 404-581-8330

**Peter J. Biersteker** (*pro hac vice*)
pbiersteker@jonesday.com
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001
Telephone: 202-879-3939
Facsimile: 202-626-1700

**Sharyl A. Reisman** (*pro hac vice*)
sareisman@jonesday.com
JONES DAY
250 Vesey Street, Floor 34
New York, NY 10281-1047
Telephone: 212-326-3939
Facsimile: 212-755-7306

**Andrew G. Schultz**
aschultz@rodey.com
RODEY, DICKASON, SLOAN,
AKIN & ROBB, P. A.
201 3rd Street NW, Suite 2200
Albuquerque, NM 87102
Telephone:  505-768-7205
Facsimile:  505-768-7395

*Attorneys for Defendants*

3