IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

IN RE: SANTA FE NATURAL TOBACCO
COMPANY MARKETING & SALES
PRACTICES AND PRODUCTS LIABILITY
LITIGATION

Lead Case No. MD 16-2695 JB/LF

*This Document Relates To All Cases*

### [PROPOSED] ORDER EXTENDING CERTAIN DEADLINES

UPON the joint motion of Plaintiffs and Defendants and for good cause shown, the parties' motion is GRANTED and the following deadlines set in the Court's March 23, 2019 Scheduling Order [Doc. 242] and August 26, 2019 Scheduling Order [Doc. 254] are amended as follows:

| | |
|---|---|
| All expert depositions to be completed. | February 7, 2020 |
| Plaintiffs to file their motion for class certification and all parties to file their *Daubert* motions. | April 13, 2020 |
| Defendants to file their opposition to Plaintiffs' motion for class certification and all parties to file oppositions to *Daubert* motions. | June 15, 2020 |
| Plaintiffs shall file their reply in support of their motion for class certification, and all parties shall file replies to *Daubert* motions. | July 16, 2020 |
| Hearing on motion for class certification and Daubert motions (project 5 days) | On or after August 24, 2020 |
| 120 Days After Ruling on Class Certification | Completion of discovery. Within 7 days after the Court's ruling on the motion for class certification, the parties will meet and confer regarding the completion of discovery including, but not limited to, additional depositions, experts, and other discovery. |

| 60 Days After the Completion of Discovery | Deadline for Fed. R. Civ. P. 56 motions for summary judgment |
|---|---|
| 120 Days After the Completion of Discovery | Deadline for briefs in opposition to Fed. R. Civ. P. 56 motions for summary judgment |
| 150 Days After the Completion of Discovery | Deadline for reply briefs in support of Fed. R. Civ. P. 546 motions for summary judgment. |

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.


By_____ /s/ Andrew G. Schultz_____.
        Andrew G. Schultz

-and-

JONES DAY


By_____ /s/ David M. Monde_____.
        David M. Monde

*Counsel for Defendants*


**Submitted with the approval of Plaintiffs' counsel per email from Plaintiffs' counsel, Scott Schlesinger.**