1           IN THE UNITED STATES DISTRICT COURT

2              FOR THE DISTRICT OF NEW MEXICO

3

4    IN RE: SANTA FE NATURAL TOBACCO COMPANY
     MARKETING and SALES PRACTICES and PRODUCTS and
5    PRODUCTS LIABILITY LITIGATION

6    LEAD CASE NO. 1:16 MD 02695 JB/LF

7

8

         Transcript of Telephonic Status Conference
9    Proceedings before The Honorable James O. Browning,
     United States District Judge, Albuquerque, Bernalillo
10   County, New Mexico, commencing on October 21, 2020.

11

12

13

14

15           Jennifer Bean, FAPR, RDR, RMR, CCR
              United States Court Reporter
16              Certified Realtime Reporter
                 333 Lomas, Northwest
17             Albuquerque, NM  87102
              Phone:  (505) 348-2283
18             Fax:  (505) 843-9492

19

20

21

22

23

24

25




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

PROFESSIONAL COURT
REPORTING SERVICE

```
 1              THE COURT:  All right.  Good afternoon
 2    everyone.  I appreciate everybody making themselves
 3    available to me this afternoon.
 4              The Court will call In Re: Santa Fe Natural
 5    Tobacco Company Marketing and Sales Practices and
 6    Products Liability Litigation, Lead Case No. 1:16 MD
 7    02695 JB/LF.
 8              If the counsel will enter their appearances
 9    for the plaintiffs.
10              MR. SCHLESINGER:  Good afternoon, Judge.
11    I'll start out.  Scott Schlesinger for the plaintiff.
12              THE COURT:  All right.  Mr. Schlesinger,
13    good afternoon to you.
14              Anybody else from the plaintiffs on the
15    phone that want to enter an appearance this
16    afternoon?
17              MS. WEINER:  Hi, Judge, good afternoon.
18    Melissa Weiner, Pearson, Simon & Warshaw, on behalf
19    of the plaintiffs.
20              THE COURT:  All right.  Ms. Weiner, good
21    afternoon to you.
22              Anyone else?  Sounds like somebody else?
23              MR. MATT SCHULTZ:  Matt Schultz, Levin
24    Papantonio Firm on behalf of the plaintiffs, Your
25    Honor.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          THE COURT:  Give me that again.  I didn't

2    quite catch you on that.  Matt Schultz?

3          MR. MATT SCHULTZ:  Yes, Your Honor.  Matt

4    Schultz, Levin Papantonio.

5          THE COURT:  All right.  Mr. Schultz, good

6    afternoon to you.

7          Anyone else on the plaintiffs' side?

8          MS. LONG:  Your Honor, Nancy Long on behalf

9    of the plaintiffs as well.

10          THE COURT:  Ms. Long, good afternoon to

11    you.

12          Anyone else on the plaintiffs' side?

13          MR. GDANSKI:  Good afternoon, Judge.

14    Jonathan Gdanski for the plaintiff.

15          THE COURT:  Mr. Gdanski, good afternoon to

16    you.

17          Somebody else on the plaintiffs' side want

18    to enter an appearance?

19          MR. HABERMAN:  (Unintelligible.)

20          THE COURT:  Say that again.

21          MR. HABERMAN:  (Unintelligible.)

22          THE COURT:  All right.  We're still not

23    picking you up.  Do you want to spell your name for

24    the court reporter?

25          MR. HABERMAN:  Sure.  Jeffrey Haberman.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1              THE COURT:  All right.  Mr. Haberman, good
2   afternoon to you.
3              Anybody else on the plaintiffs' side that
4   wants to enter an appearance?
5              MS. ANDERSON:  Erika Anderson, Your Honor,
6   on behalf of the plaintiffs.
7              THE COURT:  All right.  Ms. Anderson, good
8   afternoon to you.
9              Anyone else on the plaintiffs' side?
10             MR. KOLUNCICH:  Good afternoon, everyone.
11  Nicholas Koluncich on behalf of plaintiffs.
12             THE COURT:  All right.  Mr. Koluncich, good
13  afternoon to you.
14             Anyone else on the plaintiffs' side?
15             All right.  For the Reynolds Group.
16             MR. MONDE:  Good afternoon, Judge.  This is
17  David Monde on behalf of the defendants.  And if I
18  may, I wanted to introduce my partner.  Meir Feder,
19  F-E-D-E-R, who will be taking the lead on our class
20  and Daubert arguments.  And I just wanted to do a
21  proper introduction for the Court.
22             THE COURT:  All right.  Mr. Monde, Mr.
23  Feder, good afternoon to you.
24             MR. FEDER:  Good afternoon, Your Honor.
25             THE COURT:  Anybody else on the defense
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    side?

 2              MR. SCHULTZ:  Your Honor, this is Andrew

 3    Schultz from the Rodey Law Firm for the defendants.

 4              THE COURT:  All right.  Mr. Schultz, good

 5    afternoon to you.

 6              Anyone else?

 7              MS. REISMAN:  Good afternoon, Your Honor

 8    this is Sharyl Reisman on behalf of the defendants.

 9              THE COURT:  All right.  Ms. Reisman, good

10    afternoon to you.

11              MR. BIERSTEKER:  And Peter Biersteker, Your

12    Honor.

13              THE COURT:  Say that one more time.

14              MR. BIERSTEKER:  Sure.  Peter Biersteker.

15              THE COURT:  All right.  Mr. Biersteker,

16    good afternoon to you.

17              Anybody else for the Reynolds Group?

18              MR. MONDE:  That should be it for Reynolds,

19    Judge.

20              THE COURT:  All right.  Anybody else on the

21    phone that blipped in and wants to enter an

22    appearance?

23              All right.  Well, let me give you two

24    thoughts.  I'll certainly hear what anybody wants to

25    say, but these two thoughts may be helpful to you as
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1    we discuss.

 2              First of all, I get up every morning during

 3    the pandemic and try to tell myself to do three

 4    things during the day:  One, be compassionate,

 5    because I know everybody is approaching the pandemic

 6    in a different way; be flexible; and be compromising.

 7    So I have learned over the last six months to

 8    probably do things that I never thought I'd have to

 9    do or do or learn to do.  And I'm not saying that I'm

10    great at everything.  But we're all making

11    adjustments.  Chances are, if you -- if the two sides

12    here agree to do something, I will go along.  So you

13    don't have to worry too much about pleasing the judge

14    because I'm trying to be flexible and compromising.

15    And if it works for you, it will probably work for

16    me.  So if y'all are getting along, and y'all have

17    done a lot of things through this case and gotten

18    along, if y'all got along and, you're saying:  This

19    is the way we want to do this hearing, and we'll work

20    together to get it done, and this is what we've

21    compromised and come up with, chances are I'll go

22    along with it, too.

23              The second thing I wanted to mention is

24    that as far as the Daubert hearings, here is sort of

25    my rule on Daubert hearings, but again, I can be

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   talked into probably what you want.  Generally, what
 2   I do on Daubert hearings is if the proponent of the
 3   expert wants to have that person here, that's fine.
 4   I always am reluctant -- and maybe even hate -- to
 5   exclude an expert of a party without giving the
 6   proponent of that expert an opportunity to bring the
 7   expert here or Zoom or however we do it, and have me
 8   see and hear the direct examination,
 9   cross-examination of that witness.  But I don't
10   require it.  So, you know, this is probably not a
11   case where people are, you know, short on money and
12   resources, but a lot of cases in New Mexico, you
13   know, it's hard for, particularly a plaintiff, to put
14   on an expert and pay for the expert to be here.  So I
15   generally will defer to the proponent.  If somebody
16   says, "Oh, Judge, you've got to have him here," and
17   it's the opponent, I'm a little more reluctant to
18   start forcing witnesses to be here.  But I'll listen.
19   So largely, if you have worked things out, that's
20   fine, and I'm here, then, to probably resolve
21   disputes between you.
22           But as I looked over your two-page letter
23   to me, and then also reviewed the order extending the
24   deadlines that we filed back at the end of September,
25   those were two things that I thought I might be able
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    to say at the beginning that would maybe help us with
 2    our discussion this afternoon.  But I don't know.
 3              But why don't I start with calling on the
 4    plaintiffs.  So Mr. Schlesinger, I'll call on you.
 5    And if somebody else has a different way of telling
 6    me what the issues are for today and what you need
 7    from me and what you want from me, let me know.  But
 8    I'll start with you, Mr. Schlesinger.
 9              MR. SCHLESINGER:  May it please the Court.
10    Thank you, Judge.
11              THE COURT:  Mr. Schlesinger.
12              MR. SCHLESINGER:  The first thing I would
13    say is I'd like to determine from the Court if, in
14    fact, the hearing will be conducted by Zoom.  I'm
15    willing to do so.  I'm pretty sure, if I recall my
16    conversation with Mr. Monde, he's willing to do that
17    as well.  And that we would conduct these hearings on
18    the 14th or the 18th; not live in person, but by a
19    Zoom, and even with whatever witnesses we present, we
20    present them as well by videoconferencing.  If that's
21    good with Your Honor, if that's Your Honor's
22    preference that's good with us, and that would be our
23    preference as well.
24              THE COURT:  Mr. Monde, is that okay with
25    you?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. MONDE:  Judge, in a word it is.  I had
 2     the opportunity to do a meet and confer with some of
 3     Mr. Schlesinger's colleagues yesterday.  Obviously,
 4     first, we're going to do whatever the Court would
 5     like us to do.  But given your opening comments,
 6     while we would all like to be present in Albuquerque
 7     in December, that does not seem feasible as we sit
 8     here.
 9              And so the other point that we agreed on;
10     that neither side wants anyone to be advantaged or
11     disadvantaged by being present in the courtroom, some
12     people, and other people by Zoom.  So what we agreed
13     is that it would be all or nothing.  So that no one
14     feels any pressure to appear live, when they don't
15     really want to do that, or don't feel they can do
16     that safely.  So I would simply say that we concur in
17     holding the hearings by Zoom from being out there.  I
18     know that the courtroom is wired for that sort of
19     thing and high tech.  But on behalf of all the
20     parties, I want to offer whatever assistance we can
21     provide to the Court to facilitate a virtual hearing
22     that runs smoothly.
23              THE COURT:  Well, I think we have an
24     agreement, we're going to do this by Zoom, and that's
25     fine.  Right at the moment -- your local counsel,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    Ms. Long, Mr. Koluncich, and Mr. Schultz can probably
 2    tell you, right at the moment I don't think anybody
 3    wants to be in this state.  So it's tricky getting
 4    in.  It's tricky doing things.  We're operating here.
 5    I had a sentencing yesterday where I had people in
 6    the courtroom.  But I'm sitting here talking to Zoom
 7    a lot.  That's fine.  So unless y'all tell me
 8    otherwise, we'll plan on it being by Zoom.
 9            Here are the things you may want to give
10    some thought to.  Mr. Gonzales is sitting right in
11    front of me.  You can work with him.  If Mr. Gonzales
12    says, Yep, he can handle it all, that's fine.  We did
13    have -- I did have a high profile case about two
14    weeks ago where, put it kindly, I thought the clerks
15    office let us down -- not Mr. Gonzales -- let us
16    down, in that the public could not be present, and
17    some people who were amicus in the case could not be
18    present.  So I've had experience with sort of a major
19    breakdown of a Zoom call that did not allow either
20    the public or amicus to be involved.  Now, that's not
21    probably what we're looking here, but I am
22    disappointed in the performance of that.  So Mr.
23    Gonzales may say, Yep, he can handle it all.  If he
24    doesn't, then his superior is my old courtroom
25    deputy, K'Aun Wild, who y'all may have started this
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    case with and know her.  She is quite available to

2    assist either Mr. Gonzales, y'all, whatever.  But I

3    guess I would encourage you to maybe -- we're looking

4    at five days here.  That's going to be -- we all are

5    probably getting a little weary of doing everything

6    by Zoom.  And five days is a lot.  I've done a lot of

7    stuff by Zoom.  But still, five days is going to be a

8    record for me as far as Zooming for five days.  And

9    that's fine.  But y'all may want to try to interface

10   with Mr. Gonzales, Ms. Wild, and whoever they point

11   you to to make sure that when we start on Monday

12   morning, at 8:30 or whenever we're starting, we get

13   off to a good start and we don't have any problems.

14   So I'm not threatening, warning, or anything like

15   that.  It's just sort of -- it may make sense for

16   y'all to have some discussions with Mr. Gonzales

17   and/or Ms. Wild, and then whoever they point you to

18   in the building to make sure we get off to a good

19   strong start.

20             MR. MONDE:  We'll do that, Judge.

21             THE COURT:  Anything else on that subject?

22   Mr. Schlesinger?  Mr. Monde?  Or are we ready to go

23   to the next subject?

24             MR. SCHLESINGER:  Only thing on that,

25   Judge, and it probably will come up again, is that



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    you've just given us a heads-up on the hours of the

2    day that you'll be conducting the hearing, so we can

3    plan to be on the call and off the call depending

4    what time you start, what time you break, things like

5    that.

6            THE COURT:  Yeah, I know y'all are all

7    scattered out.  But largely, you're probably on the

8    east coast, so I know these are going to be hard for

9    you.  But here's the problem I have, if I don't run

10   it New Mexico time, the security in this building, my

11   court reporter, Mr. Gonzales has a family, my clerks.

12   It just gets hard for me to really run a courtroom

13   with security and everything like that unless I keep

14   sort of normal hours.

15           So here's what I would suggest, but I'm

16   open to something different if y'all are.  We start

17   at 8:30; we work an hour and a half at a time, so

18   that would put us about 10:00.  We take our first

19   break at 10:00, and then we pick back up at 10:15; we

20   go to 11:45.  And here's where I get flexible and

21   y'all can do it either way.  I think Ms. Bean will

22   agree to do it this way.  We take a 15-minute break,

23   then we go another hour and a half; we take a late

24   lunch New Mexico time.  If that's too late for you,

25   we take it at 11:45; we pick up back at 12:45, and we

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                               (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492
                                                              1-800-669-9492
                  BEAN
                  & ASSOCIATES, Inc.
                  PROFESSIONAL COURT
                  REPORTING SERVICE                e-mail: info@litsupport.com

1    go to -- what is that going to be, 1:15, 2:15; take a

2    break at 2:15; start again at 2:30.  And that goes to

3    4:00.  Take a 4:15 break, and we go to 5:30 New

4    Mexico time, call it a day.  That's a lot of work,

5    but that's what I would offer and propose, or

6    otherwise it gets difficult at this end to start

7    operating under maybe east coast time.  What do you

8    think about that, Mr. Schlesinger?

9              MR. SCHLESINGER:  If it please the Court, I

10   think that I think we've all anticipated that we

11   would work on New Mexico time.  I have, even though

12   I'll be on the east coast.  I'm working on your time,

13   Judge, your courtroom, your time.  I'm fine to start

14   at 8:30.  And I'm also fine with taking a short break

15   at 11:45 for 15 minutes, and working for another hour

16   and a half.  I'm fine with doing that.  But I'm

17   not -- I think that's a great idea.  So, if Your

18   Honor wants to do that, and if Mr. Monde is good

19   with, that I'm good with it.

20             THE COURT:  It doesn't matter.  It's going

21   to be a little late lunch for y'all.  And if you'd

22   prefer to take it -- Ms. Bean doesn't care, I don't

23   think -- she doesn't care.  So it's kind of y'all's

24   call.  And you don't have to decide it today.  Do you

25   have any preference, Mr. Monde?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

14

```
 1            MR. MONDE:  The schedule you outlined is
 2    fine here, Judge.  And I suppose, just depending on
 3    where we are on a particular day, we can always fine
 4    tune this.  But an hour break for lunch around 11:45
 5    Mountain time sounds just right.
 6            THE COURT:  Okay.  So you kind of prefer to
 7    take the lunch break at that point, which puts it a
 8    little earlier, rather than taking it a little later,
 9    kind of in the 1:30 range here, which would be very
10    late for y'all, and would put us 1:30 to 2:30.  You'd
11    prefer to do it about 11:45 here?
12            MR. MONDE:  Judge, very slight preference.
13    Again, we're going to do what the Court would like us
14    to do.  And all else being equal, you know, I think
15    11:45 as a lunch break -- it's 1:45 east coast
16    time -- makes the most sense.  But again, if we're in
17    the middle of an argument, and it just makes sense to
18    take a short break and continue through until later,
19    all the parties are going to be flexible on that, I'm
20    sure.
21            THE COURT:  So is that all right with you,
22    Mr. Schlesinger?  We'll just plan on the lunch break
23    coming at 11:45?
24            MR. SCHLESINGER:  No problem, Judge.
25            THE COURT:  Okay.  We'll go with that.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              All right.  What's the next issue we need

 2       to go to, Mr. Schlesinger?

 3              MR. SCHLESINGER:  I think that we need to

 4       get a sense of how Your Honor would like to handle

 5       the presentation of the class certification motion.

 6       I'm accustomed to arguing it with witnesses.  And

 7       then I also know that some of the witnesses may be

 8       subject to Daubert challenges.  And it's the

 9       plaintiffs' position that that can all be done

10       together, so as not to have to bring witnesses twice.

11       And I think maybe Mr. Monde had some ideas of

12       staggering things where Daubert would precede some of

13       the actual class certification.  Plaintiff is pretty

14       strongly in favor of just going forward with the

15       class certification motion and dealing with the

16       Daubert as it comes, entrusting the Court to make the

17       decisions on which experts it accepts or excludes,

18       and then rule on the class certification based on the

19       evidence that the Court accepts as being supportive

20       of the class certification motion, or the evidence

21       that the Court accepts from the defendant in

22       opposition to the class certification motion.

23              And I would just point Your Honor to the

24       schedule that we're running along with this whole

25       entire time, we always agreed to -- and we pushed
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

16

```
 1    back the dates -- but we've always -- it's a hearing
 2    on the motion for class certification and Daubert
 3    motions for five days.  We always end up that way.  I
 4    think that's the next issue, or the next matter that
 5    we need the Court's guidance on.
 6               THE COURT:  I'll hear from Mr. Monde in
 7    just a minute, but let me give you some thoughts.
 8    The way, as a judge, I approach it, I think of the
 9    end product here.
10               I hope I have the number right.  I think
11    somebody said there was nine expert witnesses, and
12    then we've got Daubert issues, we've got a class
13    certification.  So I'm thinking about what is the
14    product?  What is the product I've got to put out?
15    And I need to get a sense as to what your
16    expectations of me are and what you want my product
17    to be.  I guess I was thinking that probably y'all
18    probably looked at some of my class action opinions,
19    particularly in the ones that I have done in some of
20    these oil and gas cases in Northern New Mexico.  I'm
21    trying to think of -- Anderson Living Trust, those
22    cases that we've done up there.  My memory, with some
23    pretty experienced class counsel in those cases and
24    pretty good defense counsel in those cases is that
25    the product that I gave them wasn't separate opinions
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

**BEAN & ASSOCIATES, Inc.**
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    on their Daubert people.  What I ended up doing was

2    doing a class certification opinion and largely in

3    the footnotes is I sorted through the evidence making

4    findings of fact, decided what evidence was

5    admissible and what wasn't, so that largely the

6    Daubert issues were resolved in maybe some lengthy

7    footnotes when it came time to decide whether that

8    witness was going to be admitted, or portions, which

9    is more likely the case, portions of the witness are

10   going to be admitted and some maybe aren't.  So if

11   I'm thinking clearly, and I have a pretty good

12   visibility as to what the end product is going to be,

13   it would seem to me -- and I think I've done it both

14   ways -- but it would seem to me that it might be

15   better to just bring the people in, put the evidence

16   in -- and I'm not saying don't make the Daubert

17   arguments early.  It seems to me that it might make

18   sense to have Daubert arguments first so that I'm

19   attuned to what to be listening for and watching for

20   as they testify.  But I guess I'm not quite sure we

21   need to see them twice.

22          So I guess this is what -- and I'm thinking

23   out loud -- is that you come in, and let's spend some

24   time with Daubert motions.  If you want to bring the

25   witness in at that point, that's fine.  If you want

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

18

```
 1   to just come in and make Daubert motions on -- the
 2   Daubert motions with the transcripts and those
 3   things, you make them then.  And then, whenever we
 4   bring them in, let's just do them all at one time,
 5   that person; you put them on, we bring in all the
 6   evidence.  I don't exclude anything on the basis of
 7   Daubert during the testimony.  I take the testimony.
 8   And then, as I write the opinion, I make rulings on
 9   the Daubert. I think you will see -- I hope you will
10   see that I have been disciplined enough not to just
11   be, you know, the kind of judge you just bring in the
12   dump truck and dump it in here, and I'm not going to
13   be a judge and rule on the Daubert issues.  I will
14   rule on them.  It's just a timing issue.  And I don't
15   think I'm going to be in good shape to rule during
16   that week on the Daubert issues.
17            So I guess what I would propose is that we
18   have a day or two at the beginning in which we may
19   have Daubert arguments.  If you want to bring in your
20   witness at that point, fine.  Let's just get all the
21   testimony out of that expert done at that point.  If
22   you want to just have arguments at that point, that's
23   fine, and then, when the witness comes in and
24   testifies during the -- what I'll call the class
25   certification part of the week, then we take all the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    testimony there including any questions that may be
 2    related to Daubert.
 3            So let me go -- because if I heard what Mr.
 4    Schlesinger said, he thought that might be pretty
 5    good, but maybe not after I described it.  Let me go
 6    to Mr. Monde first.  Mr. Monde, what do you think
 7    about that sort of approach?  You may be the one
 8    that's more reluctant on that one.
 9            MR. MONDE:  Well, Judge, we agree about
10    hearing the Daubert arguments first.  I'm going to
11    pass the baton to my partner Meir Feder, who, as I
12    said, will be taking the lead on that aspect of
13    things, to flush out our position a little bit more.
14            THE COURT:  All right.  Mr. Feder.
15            MR. FEDER:  Thank you, Your Honor.
16            From the defendant's standpoint, I think
17    there are two potential issues it's raising.  One of
18    them just about the amount of time available for the
19    hearings in December, in total.  Particularly if what
20    we're talking about is, it sounds like, is hearings
21    where we're going to be hearing from a number of
22    witnesses with live testimony with eight Daubert
23    motions, plus obviously a pretty involved class
24    certification motion.  I think that, if we're
25    actually going to be trying to do that in five days,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    that we will end up giving short shrift to some

2    things that may require more time.  And so I just

3    want to bracket that argument, or concern, as one

4    thing to think about.

5          The second thing is that, at least as to a

6    couple of the experts, we think that it would make a

7    lot more sense to proceed first with those, and get

8    some resolution on those, because they could either

9    be dispositive as to class certification or at a

10   minimum could clarify some issues for class

11   certification.

12         There are two experts I have in mind in

13   particular.  The most obvious are plaintiffs' --

14   example is plaintiffs' damages expert, Dr. Dubay

15   (phonetic).  If his testimony were to be excluded,

16   then the plaintiffs would have no basis for

17   class-wide damages model, so that would be

18   dispositive.  That's sort of an example of the

19   witness as to whom the Daubert ruling, you know,

20   could save the need for other hearings.

21         The other one is Dr. Pearson, who is the

22   plaintiffs' survey expert.  And again, if she were to

23   be excluded, that would create big obstacles for

24   them.  But even if you were to rule that her

25   testimony was (unintelligible due to static) in part

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   but not in whole, I think that could well affect the
 2   way some of the issues on class certification get
 3   argued.  So that we get better presented to you in a
 4   way that doesn't have to account for sort of a series
 5   of contingencies as to what evidence might be coming
 6   in or not.  So, you know, we do think that there
 7   would be a lot to be gained, at least as to those two
 8   motions, to have them addressed first (unintelligible
 9   due to static).
10        THE COURT:  Mr. Feder.  Mr. Feder, you're
11   going to have to go back about a paragraph.  You've
12   got a lot of static on your phone, and you cut out on
13   us.  So go back about a paragraph and repeat that.
14        MR. FEDER:  I apologize.  I'm going to
15   hypothesize that it's the headphone that I'm using
16   and pull the headphone out and try talking straight
17   into the phone.  In any event -- I'm not sure where
18   the static came in -- but I think that we have the
19   issue of time overall, and the issue of sequencing,
20   from sequencing the plaintiffs' damages expert,
21   Dr. Dubay is an example of one where, if he were to
22   be excluded, that would just be basically dispositive
23   of class certification.
24        As to their survey expert, Dr. Pearson, I
25   think, if she were to be excluded, it would be the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

22

```
 1   same thing.  But if she were to be excluded in part,
 2   I think that, you know, depending on what Your Honor
 3   decided, that could change the complexion of what's
 4   argued on issues like commonality and predominance in
 5   ways that would allow the parties to speak much more
 6   directly to what you ultimately would have to decide
 7   than they could if it were being addressed, you know,
 8   on various contingencies, depending on whether she
 9   is -- her testimony is admitted in part, and which
10   part, and so forth.
11            THE COURT:  Well, let me make a couple
12   observations, and then you may need to group with
13   your attorneys and then put out a proposal.  I think
14   it's going to be real hard for me to have a five-day
15   hearing, listen to Daubert issues on Monday and
16   Tuesday; give you a ruling, and then that impact the
17   rest of the week.  I don't think, knowing myself,
18   that's going to be realistic.  You're not going to
19   get a ruling that week probably on these Daubert
20   issues.  So if you think that's going to shortcut
21   stuff to put on Daubert issues first on Monday and
22   Tuesday; get a quick ruling from me, and that
23   eliminate the case, I don't think that's going to
24   happen.  So if that is helpful to you, then you may
25   want to rethink what you're requesting.  Because I
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
1    don't think that's going to happen.  You're probably
2    going to put on a week's worth of work, and we just
3    need to brace ourselves for it, get it done, and I'll
4    sort it out when I write the opinion.
5              If you're telling me that everybody would
6    love to get together earlier and have a day or two in
7    which we hear some critical witnesses, and then we
8    pause and I write an opinion on Daubert issues on a
9    couple of witnesses, then we can talk about that.
10   But given what I just said what's your thoughts, Mr.
11   Feder?
12             MR. FEDER:  My thought is that, obviously,
13   we are going to present our side of the case in
14   whatever time the Court has available.  I think that
15   when the schedule was set, I'm not sure that we knew
16   that there were going to be eight Daubert motions to
17   address.  I think that if we attempt to address them
18   all in part -- forgetting about ruling on them -- I
19   think to address them all in part of a week is
20   probably going to end up -- particularly if Mr.
21   Schlesinger is contemplating testimony, as it sounds
22   like he may be -- I think it's going to be awfully
23   tight and result in not necessarily being able to do
24   justice to all of these eight motions.
25             THE COURT:  Well, let me go back to you,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   Mr. Schlesinger.  I made a new comments before we

2   really fleshed out the plaintiffs' position.  Given

3   my comments, given what -- I mean, if you need more

4   time, we'll find more time.  I mean, I don't want to

5   shortchange you on time.  So, you know, I'm not

6   saying five days and that's it; you've got to put on

7   Daubert motions and a class certification in five

8   days.  So I can work with you on flexibility on time.

9   I can work with you on -- if you want to do Daubert

10  motions that week, and then you tell me, Judge, go

11  write an opinion on it and give us your opinion on

12  Daubert motions, we'll come back and do the class

13  certification.

14          The one caveat I'd just throw out there is

15  sometimes people think Daubert motions are decided in

16  a vacuum, and it's like summary judgment motions,

17  like a vacuum.  And sometimes it's not.  I mean,

18  sometimes we are killing ourselves, I think, in a

19  Daubert hearing over this testimony.  And a lot of

20  times, when we really get to the testimony, either at

21  trial or the class certification or whatever, you

22  know, we just need a bit of it here, a bit of it

23  there.  And you don't need to wipe out the whole

24  expert.

25          So I'll do it any way y'all want to, if

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  y'all can agree.  But sometimes I think Daubert

2  motions sometimes are better thought out and better

3  decided in a real world context, rather than

4  sometimes the hypothetical, theoretical feeling that

5  a Daubert issue has.

6          But, anyway, let me hear from you, Mr.

7  Schlesinger.  I've been talking probably too much.

8          MR. SCHLESINGER:  Not at all, Judge.  It's

9  good to get the Court's hint.  And if it please the

10  Court, what you first said your preference was

11  sounded exactly like the way I think it should go.  I

12  want to remind the Court that forever the scheduling

13  order has always contemplated a hearing on a motion

14  for class certification.  And I don't want the tail

15  wagging the dog on behalf of the plaintiff, with the

16  Court's indulgence, by making the Daubert motions

17  predominant.  Because they are not.  I have to

18  disagree with my learned opposing counsel, none of

19  the two experts that he has a Daubert motion pending

20  against me -- he's only got two against me --

21  Ms. Pearson and my damages expert.  Neither one of

22  them are dispositive.  And much as you said, there

23  are bits and pieces that when you hear all the

24  testimony, you may pick and choose some of it as

25  being satisfactory to the Court and some is not.

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                         201 Third NW, Suite 1630
Santa Fe, NM 87501                                    Albuquerque, NM 87102
(505) 989-4949                                                  (505) 843-9494
FAX (505) 843-9492                                       FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1            You said the end product is going to be a
 2   ruling on class certification interspersed with
 3   whatever decisions Your Honor makes with regard to
 4   the validity of the experts' evidence.  So that
 5   you'll only include that evidence that you accepted.
 6            So what we should be doing, because we have
 7   the burden of proof -- and we don't need more than
 8   five days, and we don't need any preliminary hearing.
 9   I think Your Honor will find that we're going to be
10   completely done with all the briefing the better part
11   of a month ahead of this.  We've already submitted
12   our Daubert motions.  More importantly, the defendant
13   has already submitted their Daubert motions.  So
14   you'll have a familiarity with what it is that they
15   find or that they suggest is lacking in our
16   witnesses' position.  So Your Honor is going to come
17   into the hearing with some knowledge about that.
18            You're also going to see all of our
19   experts' report, the depositions, are taken.  We're
20   going to try to make the presentation that adds color
21   to what's already in the amount of paperwork that
22   Your Honor will probably have digested substantially
23   before you ever hear us argue it.
24            I'm happy to split the time that we use
25   evenly with Mr. Monde.  We can work out the schedule
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    of how we present things to Your Honor.  But if I had

 2    my druthers, what you first said about how you'd like

 3    to go about doing it would work for me on behalf of

 4    the plaintiffs, and that is Monday morning we can

 5    begin our presentations.  If there are any

 6    preliminary matters to take up, we can give an

 7    opening overview of what we intend to present and

 8    what our principal arguments are in favor of class

 9    certification.  Mr. Monde and his team can give an

10    opening to lay out how they oppose it.  And then

11    we're going to present evidence, whether it's

12    experts, the video depositions of all the experts

13    that have already been deposed and put on video, or

14    witnesses on the videoconference live to flush out

15    their opinions or perhaps focus on the key points of

16    their opinion.  I think that that's how we, as the

17    plaintiff, would much prefer to do it.  And it's also

18    the stipulation that we've made with opposing

19    counsel, now going back for quite some time, because

20    the scheduling order, the order extending certain

21    deadlines, is just a reiteration of different dates

22    on a motion for a hearing on a motion for class

23    certification.  So it doesn't say hearing on motions

24    for Daubert or dispose of Daubert first.

25                 I've looked at the law, and I see how Your
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

28

1    Honor approaches it.  I don't want the Daubert tail

2    wagging the dog.  And I would say, just as one point

3    of -- you know, of consideration, that the two

4    witnesses who we are -- there is one witness they

5    moved for Daubert that's a rebuttal, so that's not a

6    moment.  Ms. Pearson is backed up by other witnesses

7    with similar testimony to hers, and she has

8    impeccable credentials, if I may say so, and I think

9    Your Honor will see that her work product meets all

10   the minimum and maximum requirements of Daubert even

11   on the papers.  And our economist, even though we

12   have other damages beside economic damages, that's

13   injunctive relief, so the economist is no way

14   dispositive.  But Mr. Dubay is also impeccably

15   credentialed.  We'd like to present at least some of

16   his testimony live to you.  I think that on the

17   papers, Your Honor may already be somewhat persuaded

18   these are satisfactory to give you evidence.  So

19   you'll have an idea before we ever have the hearing.

20           I suppose if one of our witnesses looks,

21   you know, shaky based on Mr. Monde's arguments

22   against him, and Your Honor can express that to us,

23   and say:  I have a concern.  Are you ready to shore

24   this guy or this lady up, when you put him or her on

25   the witness stand?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1              But in terms of what we want, we want to go
2      forward with the class certification Monday morning.
3      We want to start just like a regular trial, treat it
4      like a trial, the evidentiary, and let Your Honor
5      decide how you want to write it up, and you can --
6      let you edit out those witnesses who don't pass
7      muster under the Daubert.  But that should be
8      derivative to the actual class cert hearing.  That's
9      the plaintiffs' position, please the Court.
10             THE COURT:  Well, let me tweak that a
11     little bit.  I guess I'm thinking that maybe we take
12     a little bit of Monday, I guess that's what I'm
13     thinking -- Mr. Feder may say that's not going to be
14     enough, and then we'll have to figure out -- but some
15     of Monday, and let him make a presentation on his
16     Daubert argument so that my antennas go up and I'm a
17     more intelligent listener and watcher during the
18     week.  If I was inclined to go a little bit that
19     approach, how would you tweak, Mr. Schlesinger, your
20     proposal of how to deal with the week?
21             MR. SCHLESINGER:  You know, I'm used to --
22     one of the things I'm used to -- and Mr. Monde will
23     attest -- is with some of the tobacco defendants we
24     routinely deal with, they usually have some pretrial
25     matters they want to take up.  And unlike a lot of
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   trials I've done over the years, the pretrial matters
 2   with "industry" are often a bit involved.  So if we
 3   wanted to earmark the morning for defense counsel to
 4   lay out their Daubert concerns, you know, so that we
 5   could have a back and forth about that; we could hear
 6   from Your Honor whatever preliminarily you discern
 7   from the materials you've already had available on
 8   Daubert to consider; we'll respond in the morning,
 9   and then maybe by after the lunch hour we can launch
10   into an opening statement and start presenting
11   witnesses.  We're happy to do that.
12              The alternative, I guess, would be to just
13   start as I originally suggested with opening
14   statements, and they can lay out in their opening
15   statement their position as to Daubert.  But if Your
16   Honor is of a mind to let them fuss about Daubert in
17   the morning on Monday, I would accommodate that.
18              THE COURT:  Well, what do you think about
19   that, Mr. Feder:  Give you from 8:30 to 11:45 on
20   Monday morning, and you give me your Daubert argument
21   so my antennas are up and I can be a good listener
22   and watcher.  Then that gives us four-and-a-half days
23   to get through the class certification.  What do you
24   think about that?
25              MR. FEDER:  You know, I'd like to confer
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    with my colleagues.  I think that that sounds at
 2    least like it has the markings of a reasonable
 3    compromise.  I do think that, you know, I liked what
 4    you said earlier about, you know, perhaps starting
 5    with the Dauberts and seeing how much time that
 6    takes, and then getting to class certification
 7    subsequent to that without, you know, necessarily
 8    bifurcating the hearing.
 9               I think, like Mr. Schlesinger, and I think
10    one of their biggest concerns is not letting the
11    Daubert become the tail that wags the dog, because as
12    you'll see in our papers, most of our class cert
13    opposition is based on things that have nothing to do
14    with the expert witnesses.  And so, you know, we want
15    to make sure that whatever focus goes to the Daubert
16    and the expert witnesses does not end up either
17    foreshortening or interfering with the class cert
18    argument.  So, you know, that's the primary thing
19    that we want to have coming out of this.  And, you
20    know, so what you're suggesting sounds reasonable to
21    me, subject to my being told by my colleagues that
22    there is something I'm not thinking of that would be
23    problematic about it.
24               THE COURT:  Well, let's do this:  I like to
25    kind of leave one of these status conferences as firm
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

32

 1   as I can.  So let's plan on it.  So we'll give you

 2   the morning to argue your two motions, and you've got

 3   that time to argue those.  And we'll plan on right

 4   after lunch starting with Mr. Schlesinger doing the

 5   opening statement he set on class certification.  If

 6   you and Mr. Schlesinger want to tweak that, I'm game.

 7   Probably whatever y'all come up with is going to be

 8   fine with me.  If you can't agree, what I just

 9   outlined will be the default position, and that's how

10   we'll start out on Monday morning, and then we'll go

11   from there.  I think the --

12            MR. FEDER:  Your Honor --

13            THE COURT:  I think the backstop is that if

14   we get to the end of the week and we need more time,

15   you know, if the defendants feel squeezed about their

16   Daubert stuff, I can find some more time to come

17   back, and they can make more of their Daubert

18   presentation.  But probably the train is going to

19   leave and everything is coming in and I'm going to

20   sort it out largely in the writing of the opinion.

21            Somebody was trying to speak.  Who was I

22   cutting off?

23            MR. FEDER:  I apologize, Your Honor.  Mr.

24   Feder again.  I just wanted to mention that one thing

25   that does raise is that a number of Daubert motions

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    that plaintiffs have filed don't really go to class
 2    certification issues.  And so, if what you're
 3    contemplating is sort of an early focus on the couple
 4    that do, and then class certification, I'm not sure
 5    that it's entirely clear how some of those other
 6    Daubert motions will end up fitting in, and, you
 7    know, whether to contemplate any division between
 8    constant on class certification and constant on some
 9    of these Daubert, that really just go to summary
10    judgment or trial.
11            THE COURT:  Well, I think what you're
12    wanting is you're wanting to get your Daubert motions
13    argued.  It sounds like Mr. Schlesinger doesn't
14    really care exactly when his Daubert issues get
15    argued.  He's not as concerned about it.  He wants to
16    get to the class certification.  So I'm trying to
17    give you a little bit of time to argue your Daubert.
18    He seems less interested in arguing those at the
19    first.  He'll figure out how to do them either in the
20    class certification or we'll pick another time and
21    argue them.  Am I reading you right, Mr. Schlesinger?
22            MR. SCHLESINGER:  Yes, sir.
23            THE COURT:  All right.  So we'll structure
24    it this way.  I'm trying to get the things that are
25    important to you at the beginning.  And we'll, as the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

34

```
1    week goes on, we'll either get them done or we'll
2    have to regroup on smaller issues at a later point.
3            All right.  Mr. Schlesinger, what is the
4    next issue or topic we need to discuss?
5            MR. SCHLESINGER:  Let's see, I have -- let
6    me just look at my notes here.  No, sir.  The only
7    thing I would say, and I take this up conferred with
8    my co-counsel today is, you know -- and of course, I
9    would do it, you know, by agreement if need be with
10   Mr. Monde -- if we want to preserve any testimony of
11   a witness that we present during the class
12   certification hearing, I'd like the Court's blessing
13   to present a witness by so-called preserved trial
14   testimony between now and the hearing.  And I'm only
15   saying that because it occurs to me that a witness
16   that we might want to have appear live in that
17   December timeframe might be traveling or on holiday
18   or not available.  And in the event I find that out
19   in the next few days, I may want to set up a video
20   deposition for preservation to present in support of
21   class cert on a witness that I either can't otherwise
22   bring live or it would just be more convenient to
23   just get that the witness in the can so that I can
24   present all or part of it to the Court as if they
25   were attending the actual class certification
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

35

```
 1   hearing.  In the Court permits me to do that, I'll
 2   set that up, and of course I'll clear the dates and
 3   everything with Mr. Monde.
 4               THE COURT:  How do you feel about that, Mr.
 5   Monde?
 6               MR. MONDE:  Well, Judge, let me just back
 7   up half a step.  It does sound like the two sides
 8   need to agree on a schedule to share information
 9   about who they intend to actually call as witnesses
10   at the hearing, so that we can prepare for those that
11   are coming and not waste time preparing for witnesses
12   that the other side has no intent of calling.  So I
13   would say that, number one.
14               Number two, if either side has a witness
15   who is simply not available those five days in
16   December because of business or personal reasons, I
17   expect the two sides will work with each other to
18   accommodate that, and in that limited instance agree
19   on alternatives such as preserving the testimony.  I
20   heard Mr. Schlesinger at one point extend that to
21   just as matters of convenience.  And that to me
22   would -- just falls on the other side of the line.
23   You know, we're preparing for this hearing, and the
24   hearing has long been scheduled from December 14th to
25   the 18th, and so we have long expected that if there
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   are going to be witnesses called that that's when we
 2   would need to do our cross-examinations, and vice
 3   versa.  And on top of all that, Mr. Schlesinger spoke
 4   in a bit of a hypothetical.
 5          So the parties will confer and agree on a
 6   date by which we will exchange information about who
 7   we intend to have present, number one.  And then
 8   number two, if Mr. Schlesinger has a particular
 9   witness with a business related, personal related
10   scheduling issue as opposed to just mere convenience,
11   then we will work with him to get that preserved.
12          THE COURT:  Will, let me say this:  If
13   y'all agree on anything, it will be fine with me.  If
14   you don't agree -- somebody can correct me if I'm
15   wrong -- discovery on class certification is over.
16   And so if you don't agree, the default position is
17   discovery is over.  And I don't know -- whether
18   you're preserving it for trial or whatever, it's
19   over.  But, you know, it's up to y'all.  I know these
20   are important to everybody, so whatever y'all want to
21   do.  But, you know, you probably have a deposition of
22   these people.  You've got reports of these people.
23   You know, I think you probably have all the tools to
24   present it.  Even if you don't have a video or
25   something that you can show me, I can read.  If want
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   to dazzle me, you can put it on the screen and scroll
 2   it and highlight and all that sort of stuff for me,
 3   like -- I did that in the old days, like 2003.  So,
 4   you know, I think there are ways to do it.  But if
 5   you can't agree, I'm probably not going to reopen
 6   discovery so I force one side or the other to do a
 7   deposition to preserve discovery or preserve a
 8   deposition.
 9           MR. SCHLESINGER:  Your Honor, that's fine.
10   If I can't work something like that out with Mr.
11   Monde, and I don't expect it's going to be an issue.
12   Don't give it a second thought, Judge.
13           THE COURT:  Okay.  All right.  What's the
14   next issue that we need to discuss, Mr. Schlesinger?
15           MR. SCHLESINGER:  For the plaintiffs, Your
16   Honor, I think -- let me look at my notes here real
17   quick.  I think that's it.
18           THE COURT:  All right.  I don't want to
19   undercut you, you're lead attorney for the
20   plaintiffs, but do you mind if I ask any of your
21   co-counsel if they have any other issues they want to
22   bring up, since we're having to do this by phone?
23           MR. SCHLESINGER:  Oh,not at all.  Please.
24   I'm sure that Ms. Weiner has some thoughts as well,
25   and she's on the phone.  So absolutely, Judge.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

38

```
 1            THE COURT:  Ms. Weiner, do you want to
 2    bring up any topics for us to discuss before I go to
 3    the defendants?
 4            MS. WEINER:  Judge, no, other than just
 5    kind of some logistical questions in terms of when
 6    the Court would like us to present it, either with
 7    our agreement on a schedule -- you know, if we should
 8    confer with Mr. Monde and his colleagues regarding
 9    the point that he raised on alerting the others who
10    we intend to call so that we can adequately prepare;
11    just kind of -- whether the Court would like to set
12    that schedule now, or if we should meet and confer,
13    work together, and submit something to the Court in
14    terms of how we plan to handle that schedule?
15            THE COURT:  Do you have a thought on that,
16    Mr. Monde?
17            MR. MONDE:  Let's meet and confer.  And if
18    we have an issue, Judge, we'll get back in touch with
19    Juan and set a short call if needed.
20            THE COURT:  Let me just tell me how I'm
21    going to probably prepare for this hearing.  At some
22    point Juan is going to go into a massive copying job
23    on this.  And if it looks like it fits in a chair, I
24    probably am going to drag my feet and continue to
25    work on other stuff, since I've got one crisis after
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    another before the end of November.  If, on the other

2    hand, he fills the entire conference table, I may

3    start freaking out and start reading it now.  So the

4    reason I say that is because -- don't worry about my

5    schedule right now, because I don't really have a

6    sense as to the volume of material I'm going to have

7    to read.  I just don't have a sense.  Y'all probably

8    do.  And if it's a lot, and Mr. Gonzales starts

9    copying things, then I'll probably begin to get a

10   feel for it.  So take your time.  And, you know, I'm

11   not in a hurry to see how you're structuring this

12   thing.  I'm more worried about figuring out when I'm

13   going to begin to read these things, given what I've

14   got to do between now and the end of November.

15   And --

16            MR. SCHLESINGER:  I think there is already

17   plenty, Judge.  I'm certain we've already submitted

18   plenty of reading material.

19            THE COURT:  I figured that.  So don't worry

20   about it, Ms. Weiner; just go ahead and meet with Mr.

21   Monde.  I'm sure, when you get it to me, it will be

22   just fine.

23            What else do you have, Ms. Weiner?

24            MS. WEINER:  That's all I have, Judge.

25   Thank you.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  Anybody else on the plaintiffs'
 2    side that feels like there is some topic that needs
 3    to be raised before I go to the defendants?
 4              All right.  Mr. Monde, Mr. Feder, what
 5    issues would you like to bring up for discussion?
 6              MR. MONDE:  Meir, do you have anything
 7    else?
 8              MR. FEDER:  I don't.
 9              MR. MONDE:  Judge, I would just say in
10    fairness in response to your question, there is a
11    significant volume of material.  What does that mean?
12    It probably exceeds the bounds of one chair, for
13    sure.  I say that not to worry the Court, or
14    certainly not to ask the Court to start reading
15    early.  I say it only to make this point:  That we
16    will proceed as the Court has outlined in terms of
17    getting a hearing on the two Dauberts that we have
18    brought that do relate to class certification.  I
19    don't know whether a half day is going to be
20    sufficient or not.  I think, once the Court sees the
21    papers on those two witnesses, the Court -- and
22    that's again Dr. Dubay and Dr. Pearson -- I think the
23    Court will appreciate that it is difficult to give a
24    firm estimate of how much time would be required.
25              But more importantly to your point, these
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    are very important issues to us.  The Court has

2    always been willing to hear us out, within reason of

3    course, both sides.  And we simply ask for that here.

4    And the scheduling order, in fact, calls for hearing

5    on both class certification and the Daubert motions.

6    So hearings on the Daubert motions have, in fact,

7    been part of scheduling order from the beginning; not

8    just a hearing on class certification.  We understand

9    the Court wants to consider those together.  We'll do

10   that.  But I just want to make the point that we

11   would like the opportunity to present on these two

12   Dauberts at the outset, as the Court has allowed,

13   without feeling that we are on a very tight clock,

14   such that at 11:45 we can't argue anything more on

15   those two motions.

16          THE COURT:  Well, if you can wrangle more

17   time from Mr. Schlesinger, that's fine with me.  But

18   if you can't, then you're going to have to be on the

19   clock.  You'll just have to organize your

20   presentations.  Because unless Mr. Schlesinger is

21   willing to slide a little bit on Monday and give you

22   a little more time, we'll probably start -- not

23   probably -- we will start the openings on class

24   certifications at 12:45.  But if y'all agree to

25   something else, then fine.  You'll just have to make

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                               Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    a compressed one, and we'll either have to circle

2    back and do it at the end of the week or another day

3    or we'll have to figure out some other way to give

4    you a full opportunity to make the arguments that you

5    want.

6            MR. MONDE:  Well -- and that helps, Judge.

7    In other words, what I hear you saying is that you

8    want us to wrap up our presentation on those two

9    experts for the time being or suspend it at 11:45.

10   And then, if we feel we need additional time, the

11   Court is willing to hear us at some point.

12           THE COURT:  Yeah, I think that's your

13   backstop is I'm not going to say that's it, 11:45, I

14   never want to hear these motions again.  I'll double

15   back at the end of the week, if we have some extra

16   time or set up another time.  And I'm also willing,

17   if y'all want to throw this into your discussions, if

18   y'all want to try to find some time before this to

19   maybe have a day or two days on Daubert motions, or

20   something like that, I'll try to find some time

21   between now and the time in December -- that's two

22   months away -- to find you some more time.  And if

23   y'all want to do that, I'll give it to you, and we'll

24   give you two days.  And that way Mr. Schlesinger can

25   come in here at 8:30 on Monday morning and get

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                         1-800-669-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                              e-mail: info@litsupport.com

```
 1    started with his class certification.  And we can
 2    take a day or two days, whatever you think you need,
 3    on Daubert issues, and maybe we can take some of Mr.
 4    Schlesinger's motions as well.  I don't really know
 5    what those are as much, but -- so that's a
 6    possibility, too.  And if y'all discuss and think
 7    that's something worth asking for or pursuing, I'm
 8    game.
 9            MR. MONDE:  Thank you, Judge.  We'll
10    discuss that.
11            THE COURT:  Okay.  What else, Mr. Monde,
12    Mr. Feder, Mr. Schultz?  Y'all have any other issues,
13    topics you want to raise, need some guidance on
14    today?
15            MR. MONDE:  I don't think anything further
16    from us, Judge.
17            THE COURT:  Okay.  All right.  Is there
18    anything else we need to discuss while we're
19    together?  Anything else I can do for you, Mr.
20    Schlesinger?
21            MR. SCHLESINGER:  Stay healthy in New
22    Mexico, Judge.  We've been through what you're going
23    through now in New Mexico, we've been through in
24    August here in Florida.  And we just hunker down and
25    stay healthy.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            THE COURT:  You know, after I lost my wife
 2   last year, after she passed away, I don't have much
 3   family out here.  So if the Governor doesn't let me
 4   go to Texas, I don't get to see anybody.  And I can't
 5   go to New York.  We're such a hot spot.  My boys live
 6   up in Brooklyn.  I can't get up there without
 7   quarantining when I get up there, so I don't really
 8   want to go to New York and quarantine.  So I'm ready
 9   to see some people is what I would like to do.  But
10   it doesn't look like it's going to happen for a
11   while.
12            MR. MONDE:  You're not alone, Judge.  I
13   think we have a raging consensus on that, Your Honor.
14            THE COURT:  All right.  Anything else, Mr.
15   Schlesinger?
16            MR. SCHLESINGER:  Judge, you know, I
17   remember we had heard that you had lost your wife.
18   And I don't know that we've ever spoken and were able
19   to express our condolences, but everybody involved in
20   this litigation would do that, and I will do that
21   right now, if we haven't done it before.  I heard
22   from Randi McGinn you had.  And I would like to
23   express my condolences.
24            THE COURT:  I appreciate that.  Yeah, Randi
25   lost her husband, Charlie Daniels, here a little bit
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

45

```
1    after that.  Well, Saturday was the 18-month
2    anniversary.  And Judge Parker here, who lost his
3    wife a few years ago, told me that the 18 months is
4    the hardest, was one of the hardest times for him.
5    I've talked to counselors and other people.  So on
6    Sunday, I just took the day off and got in the car.
7    And my wife and I used to always go to Northern New
8    Mexico, so we used to try to go up to Northern New
9    Mexico and see the trees about this time.  So I
10   recreated our last few years' trip up there.  I
11   didn't stop and eat.  I didn't think I wanted to eat
12   alone.  But I did stop and see a lot of trees, and
13   pester the family with a lot of pictures and stuff
14   like that.  So it was a good weekend.  I miss her
15   greatly.  But it was a good weekend.
16           How about you, Mr. Monde?  Anything else we
17   need to discuss while we're together?  Anything else
18   I can do for you today?
19           MR. MONDE:  Nothing, Judge, except of
20   course, we join in Mr. Schlesinger's thoughts.  And
21   I'll close where you opened, that if we can all just
22   learn a bit more compassion from this very
23   challenging time that we're going through, we will
24   come out better for it.
25           THE COURT:  Yeah, I went out to Placitas --
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    the local guys will know where that is -- but my
 2    wife's brother and his wife live out there.  They're
 3    both from Hobbs.  We all grew up together down in
 4    Hobbs together.  And it was kind of interesting.  I
 5    don't know if it's a combination of him losing his
 6    sister and -- or just the pandemic, but they told me
 7    that they're probably going to leave the state.  They
 8    had spent 30 days this summer in Colorado at Fort
 9    Collins.  They had a dog that needed some chemo, and
10    you can't get chemo for a dog in New Mexico.  That's
11    stretching our poor state's limits.  So they went to
12    Colorado Springs, which has the veterinarian school.
13    And they were up there in their RV for 30 days.  And
14    they just fell in love with Fort Collins.  And the
15    their son lives with his partner in Denver, and her
16    husband, and they're in Denver.  And I think they're
17    just moving up there.  So interesting times.  I think
18    whether you lose a wife or whether you just live
19    through the pandemic, or a combination of it, I don't
20    think we're ever going to be quite the same.  We're
21    going to make changes with our lives and do things a
22    little different.
23            Well, listen, y'all be safe.  Call Mr.
24    Gonzales if we can do anything for you.  And if y'all
25    get off the phone and agree to something else, want
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                     201 Third NW, Suite 1630
Santa Fe, NM 87501                                             Albuquerque, NM 87102
(505) 989-4949                                                         (505) 843-9494
FAX (505) 843-9492                                               FAX (505) 843-9492
                                                                          1-800-669-9492

**BEAN & ASSOCIATES, Inc.**
PROFESSIONAL COURT
REPORTING SERVICE
                                                          e-mail: info@litsupport.com

47

```
 1    to go a different direction, let me know.  But we
 2    stand ready to serve y'all.  I was telling my law
 3    clerk -- got new law clerks here that I'm introducing
 4    to this case -- I said:  This was a great idea to be
 5    an MDL judge about three years ago.  Now that the
 6    work is here, I wonder how great it is.  But we'll
 7    have fun together.  We'll remember this when we're
 8    old and sitting on rocking chairs out in front.
 9              Y'all be safe.  Call us and let us know how
10    we can help.
11              (The Court stood in recess.)
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1                      C-E-R-T-I-F-I-C-A-T-E

2


3     UNITED STATES OF AMERICA

4     DISTRICT OF NEW MEXICO

5


6


7          I, Jennifer Bean, FAPR, RDR, CRR, RMR, CCR,

8     Official Court Reporter for the State of New Mexico,

9     do hereby certify that the foregoing pages constitute

10    a true transcript of proceedings had before the said

11    Court, held in the District of New Mexico, in the

12    matter therein stated.

13         In testimony whereof, I have hereunto set my

14    hand on November 5, 2020.

15


16


17


18    _____
                              Jennifer Bean, FAPR, RMR-RDR-CCR
19                            Certified Realtime Reporter
                              United States Court Reporter
20                            NM CCR #94
                              333 Lomas, Northwest
21                            Albuquerque, New Mexico 87102
                              Phone:  (505) 348-2283
22                            Fax:    (505) 843-9492

23


24


25
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492





PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com