# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

IN RE: SANTA FE NATURAL TOBACCO
COMPANY, MARKETING, SALES
PRACTICES, AND PRODUCTS LIABILITY
LITIGATION

Lead Case No. MD 16-2695 JB/LF

*This Document Relates To All Cases*

_____

## PLAINTIFFS' NOTICE OF FILING EXHIBIT LIST

Plaintiffs respectfully file the Exhibit List attached hereto for the Class Certification and *Daubert* hearing scheduled for December 14, 2020.

Dated: December 10, 2020             Respectfully submitted,

By */s/ Scott P. Schlesinger*
Scott P. Schlesinger
Jeffrey L. Haberman
Jonathan R. Gdanski
SCHLESINGER LAW OFFICES, P.A.
1212 SE Third Ave.
Ft. Lauderdale, FL 33316
Phone: (954) 467-8800
Email: scott@schlesingerlaw.com
         jhaberman@schlesingerlaw.com
         jgdanksi@schlesingerlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2020, I served a copy of the foregoing by CM/ECF, which will provide notification to all parties and counsel of record.

By: s/Jeffrey L. Haberman
Jeffrey L. Haberman