UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| IN RE: SANTA FE NATURAL TOBACCO COMPANY MARKETING & SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | LEAD CASE NO. MD 16-2695 JB/LF<br><br>NOTICE OF SUPPLEMENTAL AUTHORITY |

Plaintiffs notify the Court of *Cherry v. Dometic Corp.*, ___ F.3d ____, No. 19-13242, 2021 WL 346121, at *1 (11th Cir. Feb. 2, 2021). The Eleventh Circuit held "Rule 23 provides no basis to require administrative feasibility." Therefore, the court "limit[ed] ascertainability to its traditional scope: a proposed class is ascertainable if it is adequately defined such that its membership is capable of determination." *Id.* at *5. The court explained "membership can be capable of determination without being capable of *convenient* determination." *Id.* at *4. The court rejected application of "the heightened standard of the Third Circuit." *Id.* at *3.

The court held that "[b]ecause administrative feasibility has no connection to Rule 23(a), it is not part of the ascertainability inquiry." *Id.* at *4. Rather, a district court "may consider administrative feasibility as part of the manageability criterion of Rule 23(b)(3)(D)," which it "must evaluate in comparative terms . . . . First, would a class action create more manageability problems than its alternatives? And second, how do the manageability concerns compare with the other advantages or disadvantages of a class action?" *Id.* at *5. Further, a "plaintiff proves administrative feasibility by explaining how the district court can locate the remainder of the class *after* certification." *Id.* at *4. *Cherry* is the Eleventh Circuit's first published decision on this issue. *Id.* at *3.

This decision relates to the parties' arguments regarding ascertainability. Defendants conflate ascertainability and administrative feasibility; they push the adoption of a minority position among Circuit Courts. *See* Defs.' Opp'n (Doc. 315) 26 (citing *Karhu v. Vital Pharm., Inc.*, 621 F. App'x 945, 950 (11th Cir. 2015) (unpublished), which *Cherry* overruled). But ascertainability is separate from administrative feasibility, and "administrative feasibility is not a requirement under Rule 23." *Cherry*, 2021 WL 346121 at *5.  The relevant inquiry is whether "Plaintiffs' class definitions show class membership is based on . . . objective criteria" (whether, when, and in which state a person purchased Natural American Spirit Cigarettes). *See* Pls.' Reply in Supp. of Mot. for Class Certification 11.

Dated: February 11, 2021

By */s/ Scott. P. Schlesinger*
Scott P. Schlesinger
Jeffrey L. Haberman
Jonathan R. Gdanski
SCHLESINGER LAW OFFICES, P.A.
1212 SE Third Avenue
Ft. Lauderdale, FL 33316
Telephone: 954-467-8800
Email: scott@schlesinerlwaw.com
Email: jhaberman@schlesingerlaw.com
Email: jgdanski@schlesingerlaw.com

Respectfully submitted,

By */s/ Melissa S. Weiner*
Melissa S. Weiner
PEARSON, SIMON & WARSHAW, LLP
800 LaSalle Ave., Suite 2150
Minneapolis, MN 55402
Telephone: (612) 389-0600
Facsimile: (612) 389-0610
Email: mweiner@pswlaw.com

Matthew D. Shultz
LEVIN, PAPANTONIO, ET AL.
316 S. Baylen St., Suite 600
Pensacola, FL 32502
Telephone: (850) 435-7140
Facsimile: (850) 436-6140
Email: mschultz@levinlaw.com

D. Greg Blankinship
FINKELSTEIN, BLANKINSHIP, FREI-PEARSON & GARBER, LLP

One North Broadway, Suite 900
(914) 298-3290
Email: gblankinship@fbfglaw.com

Caleb Marker
ZIMMERMAN REED LLP
2381 Rosecrans Avenue, Suite 328
Manhattan Beach, CA 90245
(877) 500-8780 Telephone
(877) 500-8781 Facsimile
Email: caleb.marker@zimmreed.com

Michael R. Reese
REESE LLP
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-0500
Facsimile: (212) 253-4272
Email: mreese@reesellp.com

James W. Gustafson, Jr.
SEARCY DENNEY SCAROLA
BARNHART & SHIPLEY, P.A.
The Towle House
517 North Calhoun Street
Tallahassee, FL 32301
Telephone: (850) 224-7600
Email: gustafsonteam@searcylaw.com

Ronald A. Marron
LAW OFFICES OF RONALD A. MARRON
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665
Email: ron@consumersadvocates.com

Daniel L. Warshaw
PEARSON, SIMON & WARSHAW, LLP
15165 Ventura Blvd., Suite 400
Sherman Oaks, CA 91403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104

948873.2                         3

Email: dwarshaw@pswlaw.com

Nancy R. Long
LONG, KOMER & ASSOCIATES, P.A.
2200 Brothers Road
Santa Fe, NM 87505-6903
Telephone: (505) 982-8405
Facsimile: (505) 982-8513
Email: nancy@longkomer.com

Charles J. LaDuca
CUNEO GILBERT & LADUCA, LLP
4725 Wisconsin Avenue NW, Suite 200
Washington, DC 20016
Telephone: (202) 789-3960
Facsimile: (202) 589-1813
Email: claduca@cuneolaw.com

*Counsel for Plaintiffs and Proposed Class Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2021, I served a copy of the foregoing on the Clerk of Court by CM/ECF, which will provide notification to all parties and counsel of record.

By: s/ Jeffrey L. Haberman
Jeffrey L. Haberman