UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| IN RE: SANTA FE NATURAL TOBACCO COMPANY MARKETING & SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | LEAD CASE NO. MD 16-2695 JB/LF<br><br>NOTICE OF SUPPLEMENTAL AUTHORITY |

  Plaintiffs notify the Court of *In Re: Kind LLC "Healthy and All Natural" Litigation*, ___ F.R.D.___, 2021 WL 1132147 (S.D.N.Y. Mar. 24, 2021), where the court granted plaintiffs' motion for class certification in a deceptive labeling case.

  There, the court held plaintiffs met the implied, but not demanding, ascertainability requirement where the proposed classes included "*anyone* who purchased one of 39 KIND products that Plaintiffs allege contain false advertising." *Id.*, at *6. (emphasis added). The court rejected defendant's concern that the class structure did not require class members to provide receipts as proof of purchase. The court held: "Imposing a receipt requirement would severely constrict consumer class actions where most consumers do not keep receipts because the purchase price is low and part of a minerun retail transaction."

  As for Rule 23(b)(3)'s requirements on materiality, the court noted "[t]he operative issue on class certification is whether the question of materiality predominates, not whether Plaintiffs' answer is correct." *Id.* at *10 (rejecting defendant's argument that plaintiffs must – but could not – show that the label would mislead a reasonable consumer). In other words, the question is whether materiality *can be* determined classwide. The court found that "[g]eneralized proof as to what message the packaging conveys will satisfy the inquiry." *Id.*

1

The court also held that the plaintiffs' proposed damages models satisfied the proof of injury requirement even though the expert had yet to run the models. *Id.* at \*13. There, the plaintiff's expert proposed two methods, hedonic regression and conjoint analysis, to ascertain the premium paid as a result of the false advertising. The court noted that *Comcast* does not require experts to perform their analyses at the class certification stage. *Id.* at \*14. The court rejected defendant's additional concern that variations of the label meant that plaintiffs' damages model could not be coherent. The court reasoned that all purchasers were exposed to allegedly misleading advertising and therefore may have paid a premium, and that because the differences among the labels were slight, any difference in premium would be insignificant.

Dated: April 6, 2021

By */s/ Scott. P. Schlesinger*
Scott P. Schlesinger
Jeffrey L. Haberman
Jonathan R. Gdanski
SCHLESINGER LAW OFFICES, P.A.
1212 SE Third Avenue
Ft. Lauderdale, FL 33316
Telephone: 954-467-8800
Email: scott@schlesingerlwaw.com
Email: jhaberman@schlesingerlaw.com
Email: jgdanski@schlesingerlaw.com

Respectfully submitted,

By */s/ Melissa S. Weiner*
Melissa S. Weiner
PEARSON, SIMON & WARSHAW, LLP
800 LaSalle Ave., Suite 2150
Minneapolis, MN 55402
Telephone: (612) 389-0600
Facsimile: (612) 389-0610
Email: mweiner@pswlaw.com


Matthew D. Shultz
LEVIN, PAPANTONIO, ET AL.
316 S. Baylen St., Suite 600
Pensacola, FL 32502
Telephone: (850) 435-7140
Facsimile: (850) 436-6140
Email: mschultz@levinlaw.com

D. Greg Blankinship
FINKELSTEIN, BLANKINSHIP, FREI-
PEARSON & GARBER, LLP

One North Broadway, Suite 900
(914) 298-3290
Email: gblankinship@fbfglaw.com

Caleb Marker
ZIMMERMAN REED LLP
2381 Rosecrans Avenue, Suite 328
Manhattan Beach, CA 90245
(877) 500-8780 Telephone
(877) 500-8781 Facsimile
Email: caleb.marker@zimmreed.com

Michael R. Reese
REESE LLP
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-0500
Facsimile: (212) 253-4272
Email: mreese@reesellp.com


James W. Gustafson, Jr.
SEARCY DENNEY SCAROLA
BARNHART & SHIPLEY, P.A.
The Towle House
517 North Calhoun Street
Tallahassee, FL 32301
Telephone: (850) 224-7600
Email: gustafsonteam@searcylaw.com

Ronald A. Marron
LAW OFFICES OF RONALD A. MARRON
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665
Email: ron@consumersadvocates.com

Daniel L. Warshaw
PEARSON, SIMON & WARSHAW, LLP
15165 Ventura Blvd., Suite 400
Sherman Oaks, CA 91403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104

3

Email: dwarshaw@pswlaw.com

Nancy R. Long
LONG, KOMER & ASSOCIATES, P.A.
2200 Brothers Road
Santa Fe, NM 87505-6903
Telephone: (505) 982-8405
Facsimile: (505) 982-8513
Email: nancy@longkomer.com

Charles J. LaDuca
CUNEO GILBERT & LADUCA, LLP
4725 Wisconsin Avenue NW, Suite 200
Washington, DC 20016
Telephone: (202) 789-3960
Facsimile: (202) 589-1813
Email: claduca@cuneolaw.com

*Counsel for Plaintiffs and Proposed Class Counsel*

5

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 6, 2021, I served a copy of the foregoing on the Clerk of Court by CM/ECF, which will provide notification to all parties and counsel of record.

By: s/ Jeffrey L. Haberman
Jeffrey L. Haberman

5