UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| IN RE: SANTA FE NATURAL TOBACCO COMPANY MARKETING & SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | LEAD CASE NO. MD 16-2695 JB/LF |

## PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY

In *Benson et al. v. Newell Brands, Inc. and Nuk USA, LLC*, No. 19 C 6836, 2021 WL 532510 (N.D. Ill. Nov. 16, 2021) (Guzman, R.) ("*Benson*"), the court certified a multi-state class of purchasers of a consumer product sold by third-party retailers where Dr. Jean Pierre Dubé proffered the precise damages methodology offered in support of class certification here.

In this case, Dr. Dubé concluded that the determination of class-wide economic damages can be calculated using a Conjoint Analysis. ECF No. 280-008. Using the preference estimates from the Conjoint Analysis, Dr. Dube opines he can implement a marketplace simulation to measure the price premium. *Id.* ¶19. Further, the preference estimates from the Conjoint Analysis can likewise be used to measure willingness-to-pay, the microeconomic measure of total incremental class-wide economic value from the benefits associated with the Challenged Claims on the labels of the Challenged Products. *Id.* ¶20. The *Benson* court found this exact damages methodologies feasible and capable of calculating class-wide damages. *Benson*, 2021 WL 532510, at *5.

Like in *Benson*, here, Dr. Dubé "begins with the assumption that defendants' claims about their [products] are false, and states that under that assumption, the economic damages to consumers who purchased the products consist of . . . a Price Premium and Willingness-to-pay ('WTP')." *Id.* at *4, compare* ECF No. 280-008 at ¶ 21 (*e.g.* the proffer of a class-wide damages

methodology starts with "the assumption that the Challenged Claims are false, misleading and/or deceptive.").

The *Benson* court acknowledged that "price-premium damages calculations based on conjoint analysis designed to isolate the portion of the payment attributable to a misrepresented product feature have been accepted by several courts." *Benson*, 2021 WL 532510, at *5. The court confirmed that Dr. Dube does not have to actually perform his Conjoint Analysis at the class certification stage. The methodology presented in *Benson*, which is what is proposed in this case, satisfies the class certification standard as it "show[s] that there is a method of estimating damages that applies class-wide and that method measures damages attributable to plaintiffs' theory of liability." *Id.*

Judge Guzman's consideration of Dr. Dube's "detail[ed]" conjoint analysis, which was "tied to plaintiffs' theory of liability," along with expert criticisms in opposition resulted in a thorough and well-reasoned decision granting class certification.

|  |  |
|---|---|
| November 19, 2021 | Respectfully submitted, |
|  | By /s/ Melissa S. Weiner<br>Melissa S. Weiner<br>PEARSON SIMON WARSHAW, LLP<br>800 LaSalle Ave., Suite 2150<br>Minneapolis, MN 55402<br>Phone: (612) 389-0601<br>Email: mweiner@pswlaw.com |
|  | Scott P. Schlesinger<br>Jeffrey L. Haberman<br>Jonathan R. Gdanski<br>SCHLESINGER LAW OFFICES, P.A.<br>1212 SE Third Ave.<br>Ft. Lauderdale, FL 33316<br>Phone: (954) 467-8800<br>Email: scott@schlesingerlaw.com<br>Email: jhaberman@schlesingerlaw.com<br>Email: jgdanski@schlesingerlaw.com |

Matthew D. Shultz
LEVIN, PAPANTONIO, ET AL.
316 S. Baylen St., Suite 600
Pensacola, FL 32502
Phone: (850) 435-7140
Email: mschultz@levinlaw.com

D. Greg Blankinship
FINKELSTEIN, BLANKINSHIP, FREI-PEARSON & GARBER, LLP
One North Broadway, Suite 900
white Plains, NY 10601
(914) 298-3290
Email: gblankinship@fbfglaw.com

Caleb Marker
ZIMMERMAN REED LLP
2381 Rosecrans Avenue, Suite 328
Manhattan Beach, CA 90245
(877) 500-8780 Telephone
(877) 500-8781 Facsimile
Email: caleb.marker@zimmreed.com

Michael R. Reese
REESE LLP
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-0500
Facsimile: (212) 253-4272
Email: mreese@reesellp.com

James W. Gustafson, Jr.
SEARCY DENNEY SCAROLA BARNHART & SHIPLEY, P.A.
The Towle House
517 North Calhoun Street
Tallahassee, FL 32301
Telephone: (850) 224-7600
Email: gustafsonteam@searcylaw.com

Ronald A. Marron
LAW OFFICES OF RONALD A. MARRON
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665
Email: ron@consumersadvocates.com

*Counsel for Plaintiffs and Proposed Class Counsel*