**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

IN RE: SANTA FE NATURAL TOBACCO
COMPANY MARKETING & SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION

This Document Relates to All Cases,

LEAD CASE NO. MD 16-2695
JB/LF

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiffs respectfully submit *MacDougall v. American Honda Motor Co., Inc.*, Case: 20-56060 (9th Cir. Dec. 21, 2021) (Exhibit A), as supplemental authority in support of their Motion for Class Certification. (ECF No. 278.)

In *Honda*, the Ninth Circuit reversed the district court's exclusion of the class-plaintiffs' damages expert who proffered a damages methodology utilizing a conjoint survey analysis in support of class certification.  The Ninth Circuit found the trial court abused its discretion when it accepted Honda's argument that use of conjoint analysis fails as a measure of economic damages.  The Ninth Circuit further held that Honda's challenges to the conjoint analysis regarding market considerations and specific product attributes go to the weight and not admissibility of the expert's opinion.

Defendants here made substantially similar arguments against Dr. Dubé as Honda made: that the economist's conjoint analysis did not properly measure supply-side factors and had other methodological flaws.  *See MacDougal v. American Honda Motor Co. Inc.*, 2020 WL 5583534 (C.D. Cal. Sept. 11, 2020). Just as the Ninth Circuit concluded such arguments go to the *weight* and not admissibility of the expert's opinion in *Honda*, those arguments should not be any basis to exclude Dr. Dubé's opinions here. Furthermore, *Honda* demonstrates that utilizing conjoint analysis is appropriate for measuring class-wide damages.

Numerous courts have likewise approved of the conjoint analysis to measure class-wide damages in consumer class actions, as Dr. Dubé proffered here.  *See* Plaintiffs' proposed findings of fact and conclusions of law at page 105 (ECF No. 361), citing authorities.

December 22, 2021                                  Respectfully submitted,

By */s/Scott P. Schlesinger*
Scott P. Schlesinger
Jeffrey L. Haberman
Jonathan R. Gdanski
SCHLESINGER LAW OFFICES, P.A.
1212 SE Third Ave.
Ft. Lauderdale, FL 33316
Phone: (954) 467-8800
Email: scott@schlesingerlaw.com
Email: jhaberman@schlesingerlaw.com
Email: jgdanski@schlesingerlaw.com

Melissa S. Weiner
PEARSON, SIMON & WARSHAW, LLP
800 LaSalle Ave., Suite 2150
Minneapolis, MN 55402
Phone: (612) 389-0601
Email: mweiner@pswlaw.com

Matthew D. Shultz
LEVIN, PAPANTONIO, ET AL.
316 S. Baylen St., Suite 600
Pensacola, FL 32502
Phone: (850) 435-7140
Email: mschultz@levinlaw.com

D. Greg Blankinship
FINKELSTEIN, BLANKINSHIP, FREI-
PEARSON & GARBER, LLP
One North Broadway, Suite 900
white Plains, NY 10601
(914) 298-3290
Email: gblankinship@fbfglaw.com

Caleb Marker
ZIMMERMAN REED LLP
2381 Rosecrans Avenue, Suite 328

Manhattan Beach, CA 90245
(877) 500-8780 Telephone
(877) 500-8781 Facsimile
Email: caleb.marker@zimmreed.com

Michael R. Reese
REESE LLP
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-0500
Facsimile: (212) 253-4272
Email: mreese@reesellp.com

James W. Gustafson, Jr.
SEARCY DENNEY SCAROLA
BARNHART & SHIPLEY, P.A.
The Towle House
517 North Calhoun Street
Tallahassee, FL 32301
Telephone: (850) 224-7600
Email: gustafsonteam@searcylaw.com

Ronald A. Marron
LAW OFFICES OF RONALD A. MARRON
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665
Email: ron@consumersadvocates.com

***Counsel for Plaintiffs and Proposed Class Counsel***

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2021, I served a copy of the foregoing on the Clerk of Court by CM/ECF, which will provide automatic notification to all parties and counsel of record.

By: */s/ Jeffrey L. Haberman*
Jeffrey L. Haberman