UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| IN RE: SANTA FE NATURAL TOBACCO COMPANY MARKETING & SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases, | LEAD CASE NO. MD 16-2695 JB/LF |

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiffs respectfully submit Judge William Orrick's order in the *Juul Labs, Inc. MDL* as supplemental authority in support of their Motion for Class Certification. *In Re: Juul Labs, Inc. Marketing Sales Practices and Products Liability Litigation*, No. 19-md-02913-WHO, 2022 WL 2343268 (N.D. Cal. June 18, 2022) (attached as Exhibit A).

In *Juul*, the court granted e-cigarette-consumer plaintiffs' motion for class certification. The court certified a nationwide class and a California subclass for "*all persons who purchased*, in the United States, a JUUL product" based on the various causes of action respective to those classes. (emphasis added). Similar to Plaintiffs' claims here, the *Juul* plaintiffs alleged that the tobacco companies' marketing practices were deceptive: that their branding and marketing was pervasive; and that, despite using different wording or images, the marketing and branding conveyed a consistent message. *Id.* at *27. The court rejected the types of contentions SFNTC and RJR raise here: that class members are too heterogeneous or that "each had different impressions of the impact (or materiality) of the misrepresented … information." *Id.* at *9-15 and *27-31.

The *Juul* opinion is yet another example of a court finding that conjoint analysis can measure class-wide damages. *Id.* at *15-20; and at *48-56 (denying the *Juul* defendants' *Daubert* motion respecting the plaintiffs' economic damages expert).

| | |
|---|---|
| July 1, 2022 | Respectfully submitted, |

By */s/Scott P. Schlesinger*
Scott P. Schlesinger
Jeffrey L. Haberman
Jonathan R. Gdanski
SCHLESINGER LAW OFFICES, P.A.
1212 SE Third Ave.
Ft. Lauderdale, FL 33316
Phone: (954) 467-8800
Email: scott@schlesingerlaw.com
Email: jhaberman@schlesingerlaw.com
Email: jgdanski@schlesingerlaw.com

Melissa S. Weiner
PEARSON, SIMON & WARSHAW, LLP
800 LaSalle Ave., Suite 2150
Minneapolis, MN 55402
Phone: (612) 389-0601
Email: mweiner@pswlaw.com

Matthew D. Shultz
LEVIN, PAPANTONIO, ET AL.
316 S. Baylen St., Suite 600
Pensacola, FL 32502
Phone: (850) 435-7140
Email: mschultz@levinlaw.com

D. Greg Blankinship
FINKELSTEIN, BLANKINSHIP, FREI-PEARSON & GARBER, LLP
One North Broadway, Suite 900
white Plains, NY 10601
(914) 298-3290
Email: gblankinship@fbfglaw.com


Caleb Marker
ZIMMERMAN REED LLP
2381 Rosecrans Avenue, Suite 328
Manhattan Beach, CA 90245
(877) 500-8780 Telephone
(877) 500-8781 Facsimile
Email: caleb.marker@zimmreed.com

Michael R. Reese
REESE LLP
100 West 93rd Street, 16th Floor

New York, New York 10025
Telephone: (212) 643-0500
Facsimile: (212) 253-4272
Email: mreese@reesellp.com

James W. Gustafson, Jr.
SEARCY DENNEY SCAROLA
BARNHART & SHIPLEY, P.A.
The Towle House
517 North Calhoun Street
Tallahassee, FL 32301
Telephone: (850) 224-7600
Email: gustafsonteam@searcylaw.com

Ronald A. Marron
LAW OFFICES OF RONALD A. MARRON
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665
Email: ron@consumersadvocates.com

*Counsel for Plaintiffs and Proposed Class Counsel*

# CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2022, I served a copy of the foregoing on the Clerk of Court by CM/ECF, which will provide notification to all parties and counsel of record.

By: s/ Jeffrey L. Haberman
Jeffrey L. Haberman